**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VERIS HOME TECHNOLOGY d/b/a AXISS AUDIO,** | ) | |
| **Plaintiff,** | ) | **No.: 3:26-cv-00918** |
| **v.** | ) | **District Judge Waverly D. Crenshaw, Jr.** |
| **MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC, and BESPOKE AUDIO SHOP,** | ) | **Magistrate Judge Luke A. Evans** <br> **JURY DEMAND** |
| **Defendant(s).** | ) | |

---

**NOTICE OF APPEARANCE**

---

Notice is hereby given of the appearance of Peter C. Robison of the law firm of Lewis Thomason, P.C. as counsel for Defendants Michael Bovaird, Suncoast Audio LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution, LLC, in the above-styled case. This Notice is given without waiving any objection regarding jurisdiction of this Court and preserving all rights to file motions or otherwise. The clerk is requested to direct all mailings in this case to Peter Robison.

Respectfully submitted,

*/s/ Peter Robison*

Peter C. Robison (BPR # 27498)
LEWIS THOMASON, P.C.
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*Counsel for Defendants Michael Bovaird, Suncoast Audio, LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2026 , a copy of the foregoing has been delivered to all parties at interest via Court's ECF system and/or U.S. Mail:

Eric G. Osborne
Amy R. Mohan
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiff Veris Home Technology LLC d/b/a Axiss Audio*

Michael Gefteas
2359 Briar Ct.,
Frisco, TX 75034

Florian Wiegand
Cross Street Corporate Services, LLC
50 Central Avenue, 8th Floor
Sarasota, FL 34236

Bespoke Audio Shop
2359 Briar Ct.
Frisco, TX 75034

*/s/ Peter Robison*

Peter C. Robison