IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC D/B/A AXISS AUDIO<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC, and BESPOKE AUDIO SHOP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00918 |

**STIPULATION OF PARTIES TO SUBPOENA META PLATFORMS, INC. FOR THE PRESERVATION AND PRODUCTION OF DOCUMENTS RELATED TO DEFENDANT MICHEAL GEFTEAS AND BESPOKE AUDIO SHOP**

The Parties who have appeared thus far in this case, through undersigned counsel, submit this stipulation pursuant to Federal Rule of Civil Procedure 26(d)(1) and agree to permit Plaintiff to serve third-party discovery by subpoenaing Meta Platforms, Inc. for the purpose of preserving documents that are at risk of being permanently deleted on or around September 22, 2026. Those documents are referenced in the subpoena as any posts, comments, responses to comments or posts, reactions, or replies associated with the Facebook account titled "The GREEK Audio Geek-Audiophile Adventures" or any page or group associated with Michael Gefteas that references that same or similar title. The subpoena further specifies that Micheal Gefteas's personal account

documentation is not requested. It only refers to those pages, groups, or accounts that are titled "The GREEK Audio Geek-Audiophile Adventures" or similar authored by Michael Gefteas.

Dated: September 1, 2026

Respectfully submitted,


/s/ *Eric G. Osborne*/
Eric G. Osborne, BPR No. 029719
Amy R. Mohan, BPR No. 031238
**Sherrard Roe Voigt & Harbison, PLC**
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com

*Counsel for Plaintiff Veris Home Technology LLC d/b/a Axiss Audio*

/s/*Peter Robison (signed by Eric Osborne with permission)*____
Peter Robison
**Lewis Thomason, P.C.**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 259-1343
probison@lewisthomason.com

*Counsel for Defendants Michael Bovaird, Suncoast Audio LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all attorneys of record registered on the CM/ECF system. All other parties will be served by electronic mail and/or U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Florian Wiegand
Cross Street Corporate Services, LLC
50 Central Avenue, 8th Floor
Sarasota, Fl. 34236

Michael Gefteas
2359 Briar Ct.,
Frisco, TX 75034

Bespoke Audio Shop
2359 Briar Ct.
Frisco, TX 75034

*Courtesy copy sent to:*

Eric C. Lyons
**Buchalter**
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3736
elyons@buchalter.com

DATED: September 1, 2026

*/s/ Eric G. Osborne*
Eric G. Osborne