IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC D/B/A AXISS AUDIO<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC, and BESPOKE AUDIO SHOP,<br><br>Defendants. | ) | Case No. 3:26-cv-00918 |

**MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT FLORIAN WEIGAND**

Plaintiff Veris Home Technology, LLC d/b/a Axiss Audio, through counsel, respectfully requests that the court grant an extension of time to serve the Complaint and Summons upon Defendant Florian Weigand ("Weigand"), who is a Switzerland resident. Because Weigand resides in Switzerland, he must be served via the Hague Service Convention. The Hague Service Convention requires a full, certified translation of the documents to be served into the official language of the Switzerland canton where Weigand resides. Such a translation takes time to acquire. Furthermore, transmittal of the documents and forms to the appropriate canton may take up to three months. Plaintiff has completed the certified translation and has transmitted the documents to Switzerland, but in light of the three months it may take for service to be completed

by the Swiss authorities, Plaintiff respectfully requests the court grant an additional 120 days to attempt to effectuate service of process on the Defendant.

Respectfully submitted,

/s/ *Eric G. Osborne*/
Eric G. Osborne, BPR No. 029719
Amy R. Mohan, BPR No. 031238
Sherrard Roe Voigt & Harbison, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com

*Counsel for Plaintiff Veris Home Technology LLC d/b/a Axiss Audio*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all attorneys of record registered on the CM/ECF system. All other parties will be served by electronic mail and/or U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Peter Robison
**Lewis Thomason, P.C.**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 259-1343
probison@lewisthomason.com

*Counsel for Defendants Michael Bovaird, Suncoast Audio LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution LLC*

Michael Gefteas
2359 Briar Ct.,
Frisco, TX 75034

Bespoke Audio Shop
2359 Briar Ct.

Frisco, TX 75034

Florian Wiegand
Cross Street Corporate Services, LLC
50 Central Avenue, 8th Floor
Sarasota, FL 34236

*Courtesy copy sent to:*

Eric C. Lyons
**Buchalter**
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3736
elyons@buchalter.com