UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC,<br>Plaintiff,<br><br>v.<br><br>MICHAEL BOVAIRD et al.,<br>Defendants. | Case No. 3:26-cv-00918<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

**ORDER**

Plaintiff has filed a motion under Rule 4(m) to extend the time by which to serve defendant Florian Weigand. (Doc. No. 16.) The motion is GRANTED. Good cause exists under Rule 4(m) to extend the time for service through January 15, 2027.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge