**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VERIS HOME TECHNOLOGY d/b/a AXISS AUDIO,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.: 3:26-cv-00918** |
| **v.** | ) | |
| | ) | **District Judge Waverly D. Crenshaw, Jr.** |
| **MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC, and BESPOKE AUDIO SHOP,** | ) | **Magistrate Judge Luke A. Evans** |
| | ) | **JURY DEMAND** |
| **Defendant(s).** | ) | |

---

**DEFENDANTS MICHAEL BOVAIRD, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, AND CLARYSIS AUDIO GLOBAL DISTRIBUTION, LLC'S MOTION TO DISMISS**

---

Defendants Michael Bovaird ("Mr. Bovaird"), Suncoast Audio LLC ("Suncoast"), Luxury Hi-Fi Distribution LLC ("Luxury"), and Clarisys Audio Global Distribution, LLC ("Clarisys") (collectively "Defendants" or the "Bovaird Defendants"), without waiving any other defenses, hereby file this Motion to Dismiss all claims filed against them by Plaintiff Veris Home Technology d/b/a AXISS ("Veris" or "Plaintiff") pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3).

As argued more fully in the Memorandum of Law filed contemporaneously herewith, Plaintiff's own Complaint establishes that the Bovaird Defendants are located in Florida. The alleged breach of contract claims against Suncoast involved a contract between Suncoast and a company located in California, with a California choice of law provision, and alleged breaches in

the delivery of audio equipment shipped to a customer in Malibu, California. According to the Complaint, the allegedly slanderous and/or defamatory statements made by the Bovaird Defendants or their representatives occurred in California, Florida, Colorado, or Utah. There is no factual basis for this Court to exercise general jurisdiction or personal jurisdiction over any of the Bovaird Defendants. Similarly, for the same reasons, venue in the Middle District of Tennessee is improper under 28 U.S.C. § 1391(b)(1)-(3). Accordingly, all claims against the Bovaird Defendants should be dismissed for lack of personal jurisdiction and improper venue.

Respectfully submitted,

*/s/ Peter Robison*
Peter C. Robison (BPR # 27498)
LEWIS THOMASON, P.C.
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*Counsel for Defendants Michael Bovaird, Suncoast Audio, LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2026 , a copy of the foregoing has been delivered to all parties at interest via Court's ECF system and/or U.S. Mail:

Eric G. Osborne
Amy R. Mohan
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiff Veris Home Technology LLC d/b/a AXISS Audio*

Michael Gefteas
2359 Briar Ct.,
Frisco, TX 75034

Florian Wiegand
Cross Street Corporate Services, LLC
50 Central Avenue, 8th Floor
Sarasota, FL 34236

Bespoke Audio Shop
2359 Briar Ct.
Frisco, TX 75034

*/s/ Peter Robison*
Peter C. Robison