IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC d/b/a AXISS Audio, *Plaintiff*, | ) | |
| v. | ) | Case No. 3:26-cv-00918 |
| MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC, and BESPOKE AUDIO SHOP, | ) | JURY DEMAND<br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |
| *Defendants*. | ) | |

**DEFENDANT MICHAEL GEFTEAS' AND BESPOKE AUDIO SHOP'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER AND/OR PERSONAL JURISDICTION, OR IMPROPER VENUE, OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM**

Defendants Michael Gefteas and sole proprietorship Bespoke Audio Shop (collectively, "Gefteas"), by and through undersigned counsel, and without waiving any other defenses, move to dismiss this action for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and/or lack of personal jurisdiction under Rule 12(b)(2).

In the alternative, if, and only if, the Court concludes that it has jurisdiction, Gefteas moves to dismiss this action for improper venue under Rule 12(b)(3).

In the alternative, if, and only if, this Court determines that Gefteas is not entitled to dismissal or transfer on jurisdictional or venue grounds, and without any waiver of Gefteas' denial that this judicial district has jurisdiction, Gefteas conditionally and subject to the foregoing

qualifications asks that this Court dismiss the Complaint for failure to state a claim upon which relief can be granted under Rule 12(b)(6).

For the reasons set forth and argued more fully in Gefteas' accompanying Memorandum of Law filed contemporaneously herewith: Plaintiff Veris Home Technology LLC d/b/a AXISS Audio ("Veris") does not have Article III standing to prosecute its claims; this Court does not have personal jurisdiction over Gefteas, who is a resident of Texas; venue is not proper in this jurisdiction because none of the events at issue occurred in Tennessee and Gefteas is not subject to personal jurisdiction in this judicial district; and Veris does not plausibly state claims for relief under its theories of defamation, tortious interference with business relationships, and/or civil conspiracy.

Respectfully submitted,

*/s/ Eric C. Lyons*

Eric C. Lyons (TN #036105)
Buchalter LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
elyons@buchalter.com
*Counsel for Defendants Michael Gefteas and Bespoke Audio Shop*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all attorneys of record registered on the CM/ECF system. All other parties will be served by electronic mail and/or U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Eric G. Osborne
Amy R. Mohan
Sherrard Roe Voigt & Harbison, PC
1600 West End Ave., Suite 1750
Nashville, TN 37203
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiff Veris Home Technology LLC d/b/a AXISS Audio*

Peter C. Robison
LEWIS THOMASON, P.C.
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com
*Counsel for Defendants Michael Bovaird, Suncoast Audio, LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution, LLC*

Florian Wiegand
Cross Street Corporate Services, LLC
50 Central Avenue, 8th Floor
Sarasota, FL 34236

*/s/ Eric C. Lyons*
Eric C. Lyons (TN #036105)