IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC d/b/a AXISS Audio,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC, and BESPOKE AUDIO SHOP,<br><br>*Defendants*. | ) | Case No. 3:26-cv-00918<br><br>JURY DEMAND<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans |

---

**DECLARATION OF MICHAEL GEFTEAS**

---

I, Michael Gefteas, make oath and state as follows:

1. I am a Defendant in the above-captioned action. I am above the age of eighteen (18) years of age and have personal knowledge of the matters herein.

2. I reside and own real property in Frisco, Texas.

3. I do not reside in Tennessee, and I have never resided in Tennessee.

4. I do not own real property in Tennessee, and I have never owned real property in Tennessee.

5. When I made the social media posts identified in the Complaint and its attached exhibits, I was not in Tennessee.

6. I am a high fidelity ("HiFi") audio hobbyist and enthusiast. I make posts on the internet about the audiophile community and audio equipment under the name the Greek Audio

Geek. I have not intentionally targeted any of my Greek Audio Geek social media posts (or other posts) towards Tennessee or a Tennessee audience.

7. I launched the Bespoke Audio Shop website in or around February 2026. Through this website, I sell vintage audio tubes and audio gear I have collected or restored. I have not intentionally targeted any sales efforts towards Tennessee or its residents. I have reviewed my past Bespoke Audio Shop sales and have not located any sales to customers residing in Tennessee. To the best of my knowledge, I have never sold any audio equipment to a person residing in Tennessee and certainly not in recent memory.

8. The invoice I received from AXISS Audio on or around May 1, 2024 for the Nihon Onkyo Engineering Acoustic Grove System equipment listed the issuer as "AXISS Distribution Inc." located at "17800 S Main St Ste 109 Gardena, CA 90248 US."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2026 within the United States of America.

Michael Gefteas
Michael Gefteas (Sep 11, 2026 14:53:17 CDT)

**MICHAEL GEFTEAS**