IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC D/B/A AXISS AUDIO<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC, and BESPOKE AUDIO SHOP,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:26-cv-00918 |

**DECLARATION OF SERVICE ON FLORIAN WEIGAND**

Pursuant to Federal Rule of Civil Procedure 4, the undersigned states as follows:

1. Defendant Florian Weigand ("Weigand") is a citizen residing in Switzerland.

2. On September 9, 2026, Plaintiff Veris Home Technology, LLC d/b/a Axiss Audio transmitted the required documents to the Switzerland canton where Weigand resides per the Hague Service Convention Requirements to effectuate the service of process on Weigand.

3. On September 17, 2026, the Switzerland authority transmitted a letter to the Plaintiff acknowledging receipt and acceptance of the documents and ordering those documents to be served on Weigand, a true and correct copy is attached as Exhibit 1.

4. On September 21, 2026, the Switzerland authority transmitted a letter to the Plaintiff with a signed and stamped certificate of service for Weigand. His signature is dated September 18, 2026 on page two of the transmittal, a true and correct copy is attached as Exhibit 2.

5. Plaintiff has included English translations immediately following the German language in each Exhibit, performed with Google Translate, for this filing. However, a certified translation is forthcoming and will be submitted to the court at a later date.

Dated: October 1, 2026

Respectfully submitted,

/s/ *Eric G. Osborne*/
Eric G. Osborne, BPR No. 029719
Amy R. Mohan, BPR No. 031238
Sherrard Roe Voigt & Harbison, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com

*Counsel for Plaintiff Veris Home Technology LLC d/b/a Axiss Audio*