**Richteramt Dorneck-Thierstein**
*Zivilabteilung*

*Amthausstrasse 15*
*Postfach 125*
*4143 Dornach 1*
*Telefon 061 704 70 45*

***Nadja Wynistorf***

IIIIII KANTON solothurn

Herr
Eric Osborne
Suite 1750
1600 West End Avenue
Nashville, TN 37203
UNITED STATES OF AMERICA

17. September 2026 / se

15.09.2026 Eingang: Rechtshilfeersuchen von Eric G. Osborne, Nashville vom 09.09.2026

**Verfügung**

Sehr geehrter Herr Osborne

In Sachen

Eric **Osborne,** Nashville, TN 37203, betreffend **requisitoriale Zustellung**

hat Amtsgerichtspräsidentin Marcionelli Gysin heute verfügt:

Dem Rechtshilfeersuchen wird entsprochen und die Schriftstücke

- Complain with Exhibits
- Civil Cover Sheet
- Business Entity Disclosure Statement
- Summons issued as to Florian Weigand

sind Florian Wiegand zuzustellen.

Florian Wiegand wird gebeten, alle Anfragen und Eingaben im Zusammenhang mit den zugestellten Dokumenten direkt an die darin erwähnten Behörden im Herkunftsland zu richten.

Freundliche Grüsse

Simone Zwyer, Amtsgerichtsschreiberin

EXHIBIT
1

Geht an:
Florian Wiegand, Winkelstrasse 345, 4234 Zullwil, GU-Online

Unser Zeichen: **DTZPR.2026.597-ADTMAG**
Vorinstanz: ZKREQ.2026.00128

25060171.docx

Eric Osborne, 1600 West End Avenue, US- Nashville, TN 37203, A-Post

English Translation

# 3 CANTON Solothurn

Dorneck-Thierstein District Court
Civil Division

Amthausstrasse 15 P.O. Box
125
*4143 Dornach 1*
Telephone 061 704 70 45

***Nadja Wynistorf***

Mr.
Eric Osborne
Suite 1750
1600 West End Avenue
Nashville, TN 37203
UNITED STATES OF AMERICA

September 17, 2026 / with

15.09.2026 Received: Request for legal assistance from Eric G. Osborne, Nashville, dated 09.09.2026

Order

Dear Mr. Osborne

in the matter of

Eric Osborne, Nashville, TN 37203, concerning requisitorial service

District Court President Marcionelli Gysin has today ordered:

The request for legal assistance is granted and the documents

- Complain with Exhibits
- Civil Cover Sheet
- Business Entity Disclosure Statement
- Summons issued as to Florian Weigand

are to be served on Florian Wiegand.

Florian Wiegand is requested to address all inquiries and submissions relating to the served documents directly to the authorities mentioned therein in the country of origin.

Yours sincerely

Simone Zwyer, District Court Clerk

To be sent to:
Florian Wiegand, Winkelstrasse 345, 4234 Zullwil, GU-Online

Our reference: DTZPR.2026.597-ADTMAG
Lower court: ZKREQ.2026.00128

25060171.docx