***Richteramt Dorneck-Thierstein***
*Zivilabteilung*

*Amthausstrasse 15*
*Postfach 125*
*4143 Dornach 1*
*Telefon 061 704 70 45*

***Nadja Wynistorf***

IIIIII KANTON **solothurn**

Herr
Eric Osborne
Suite 1750
1600 West End Avenue
Nashville, TN 37203
UNITED STATES OF AMERICA

21. September 2026

**Rechtshilfeersuchen**

Sehr geehrter Herr Osborne

Auf Ihr Begehren vom 09.09.2026 wurden die uns eingereichten Urkunden auftragsgemäss an

Florian **Wiegand,** Winkelstrasse 345, 4234 Zullwil

zugestellt.

Beiliegend erhalten Sie die entsprechende Empfangsbescheinigung sowie die Zustellbestätigung.

Freundliche Grüsse

Muriel Kleiber, Gerichtsschreiberin

Beilage:
erwähnt

Geht an:
Eric Osborne, 1600 West End Avenue, US- Nashville, TN 37203, A-Post

EXHIBIT
2

Post CH AG
Logistik-Services
Wankdorfallee 4
3030 Bern

Telefon 0848 888 888
www.post.ch

Post CH AG, Logistik-Services, Wankdorfallee 4, 3030 Bern

Richteramt Dorneck-Thierstein
Amthausstrasse 15
4143 Dornach 1

# Empfangsbestätigung

**Sendungsnummer:** 980304018941177448

**Versandart:** **Gerichtsurkunde**

Vermerk: 43846 / DTZPR.2026.597 - V-ZUSAG-Z vom 17.09.2026, Bearbeiter:

**Empfängeradresse:**
Wiegand Florian
Winkelstrasse 345
4234 Zullwil

## Sendungsverlauf:

| Datum | | Zeit | Ereignis | Bearbeitet durch |
|---|---|---|---|---|
| **Do.** | **17.09.2026** | 16:18 | Anmeldung der Sendung durch Versender (Dateneinlieferung) | 3000 |
| **Do.** | **17.09.2026** | 17:51 | Zeitpunkt der Aufgabe Ihrer Sendung | 4143 FIL Dornach |
| **Fr.** | **18.09.2026** | 07:41 | Ankunft an der Verarbeitungs-/Abholstelle | 4208 Zustellung Nunningen |
| **Fr.** | **18.09.2026** | 09:13 | Zugestellt durch | |

## Empfangsbestätigung:

Ich habe die Sendung und die darauf aufgeführten Inhalte erhalten



Lieferzeitpunkt 18.09.2026, 09:13
Unterschrift von Wiegand Florian

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

EINGANG
17. Sep. 2026
Postaufgabe:
Obergerichtskanzlei SOLOTHURN

**Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Bezeichnung und Anschrift der ersuchenden Stelle**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Anschrift der Bestimmungsbehörde**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Eric G. Osborne<br>1600 West End Avenue, Suite1750<br>Nashville, TN 37203 | Obergericht des Kantons Solothurn<br>Zivilkammer<br>Amtshaus 1<br>4502 Solothurn |

**Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, *i.e.*:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(Name und Anschrift)**
(identity and address) / (*identité et adresse*)

Florian Wiegand
Winkelstrasse 345
4234 Zullwil
Switzerland

| | | |
|---|---|---|
| ◉ | *a)* | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a)**)**<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ○ | *b)* | **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe *b)**):**<br>in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:* |
| ○ | *c)* | **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.**<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

***Verzeichnis der Schriftstücke***
List of documents / *Énumération des pièces*

Complaint with Exhibits, Civil Cover Sheet, Businesses Entity Disclosure Statement, Summons issued as to Florian Weigand

* Wenn zutreffend.
If appropriate / *s'il y a lieu*

| **Ausgefertigt in**<br>Done at / *Fait à* | Nashville, Tennessee | **Unterschrift und / oder Stempel**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|
| **am**<br>the / *le* | September 9, 2026 | Eric G Osborne |

Ständiges Büro Januar 2015

# ZUSTELLUNGSZEUGNIS
CERTIFICATE
*ATTESTATION*

**Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

○ **1. dass der Antrag erledigt worden ist***
that the document has been served*
*que la demande a été exécutée**

| | |
|---|---|
| **– am (Datum):** the (date) / *le (date)* : | 18.08.2026 |
| **– in (Ort, Straße, Nummer):** at (place, street, number) / *à (localité, rue, numéro)* : | 4234 Zullwil, Winkelstrasse 345 |

| | | |
|---|---|---|
| **– in einer der folgenden Formen nach Artikel 5:** in one of the following methods authorised by Article 5: *dans une des formes suivantes prévues à l'article 5 :* | | |
| ○ | *a)* | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a)* * )** In accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☒ | *b)* | **in der folgenden besonderen Form*:** In accordance with the following particular method*: *selon la forme particulière suivante* :* per Gerichtsurkunde |
| ○ | *c)* | **durch einfache Übergabe*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** |

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Name und Stellung der Person:** Identity and description of person : *Identité et qualité de la personne :* | Florian Wiegard |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | persönlich |

○ **2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

☐ **Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

***Anlagen***
Annexes / *Annexes*

| | |
|---|---|
| **Zurückgesandte Schriftstücke:** Documents returned: *Pièces renvoyées :* | – |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | Kopie Empfangsbescheinigung vom 18.08.2026 |

* Wenn zutreffend
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Ausgefertigt in** Done at / *Fait à* Dornach **am** the / *le* 21.08.2026 | **Unterschrift und/oder Stempel** Signature and/or stamp / *Signature et/ou cachet* Zivil- und Strafgericht Dorneck - Thierstein Amthausstrasse 15 Postfach 4143 Dornach 1 |


Case 3:26-cv-00918 Document 24-3 Filed 10/01/26 Page 4 of 13 PageID #: 255

# ACHTUNG

WARNING

*AVERTISSEMENT*

**Name und Anschrift des Empfängers**
Identity and address of the addressee
*Identité et adresse du destinataire*

Florian Wiegand
Winkelstrasse 345
4234 Zullwil
Switzerland

## WICHTIGER HINWEIS

DAS ANLIEGENDE SCHRIFTSTÜCK IST EIN RECHTSDOKUMENT UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE „ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" ENTHALTEN HINWEISE ZU DER ART UND DEM ZWECK DES SCHRIFTSTÜCKS. SIE SOLLTEN DAS SCHRIFTSTÜCK AUF JEDEN FALL AUFMERKSAM DURCHLESEN UND GEGEBENENFALLS RECHTSRAT EINHOLEN.
WENN SIE NICHT ÜBER AUSREICHENDE FINANZIELLE MITTEL VERFÜGEN, SOLLTEN SIE SICH ERKUNDIGEN, OB DIE MÖGLICHKEIT BESTEHT, IN IHREM LAND ODER IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, PROZESSKOSTENHILFE ODER BERATUNGSHILFE ZU ERHALTEN.
ANFRAGEN ZUR GEWÄHRUNG VON PROZESSKOSTENHILFE ODER BERATUNGSHILFE IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, KÖNNEN AN FOLGENDE STELLE GERICHTET WERDEN:

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

*TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Legal Aid Society of Middle Tennessee and the Cumberlands; Nashville Office 1321 Murfreesboro Pike, Suite 400 Nashville, TN 37217

**Es wird empfohlen, die in der Mitteilung vorgedruckten Teile in englischer und französischer Sprache und gegebenenfalls auch in der Amtssprache oder einer der Amtssprachen des Ursprungsstaates abzufassen. Die Eintragungen können in der Sprache des Empfängerstaates oder in englischer oder französischer Sprache gemacht werden.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS

SUMMARY OF THE DOCUMENT TO BE SERVED

*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.**
**(Artikel 5 Absatz 4).**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Bezeichnung und Anschrift der ersuchenden Stelle:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Eric G. Osborne<br>1600 West End Avenue, Suite1750<br>Nashville, TN 37203 |
| **Bezeichnung der Parteien*:**<br>Particulars of the parties*:<br>*Identité des parties* :* | Veris Home Technology LLC v.<br>Bovaird et al |

* Gegebenenfalls Name und Anschrift der an der Übersendung des Schriftstücks interessierten Person.
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

◯ **GERICHTLICHES SCHRIFTSTÜCK ****
JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE***

| | |
|---|---|
| **Art und Gegenstand des Schriftstücks:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendant, Florian Weigand, of a civil claim and to demand his appearance at court. |
| **Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige :* | Plaintiff accuses defendant Florian Weigand of Intentional Interference with Business Relationships and Civil Conspiracy - they seek damages and costs. |
| **Termin und Ort für die Einlassung auf das Verfahren **:**<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | 719 Church Street Nashville, TN 37203; within 21 days of service |
| **Gericht, das die Entscheidung erlassen hat **:**<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | |
| **Datum der Entscheidung **:**<br>Date of judgment**:<br>*Date de la décision** :* | |
| **Im Schriftstück vermerkte Fristen **:**<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | Defendant Weigand has 21 days to file an Answer once served. |

** Wenn zutreffend
if appropriate / *s'il y a lieu*

◯ **AUSSERGERICHTLICHES SCHRIFTSTÜCK ****
EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE***

| | |
|---|---|
| **Art und Gegenstand des Schriftstücks:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | |
| **Im Schriftstück vermerkte Fristen **:**<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | |

** Wenn zutreffend
if appropriate / *s'il y a lieu*

English Translation

KANTON solothurn

***Dorneck-Thierstein Magistrate's Court***
*Civil Division*

*Amthausstrasse 15*
*P.O. Box 125*
*4143 Dornach 1*
*Phone 061 704 70 45*

***Nadja Wynistorf***

Mr.
Eric Osborne
Suite 1750
1600 West End Avenue
Nashville, TN 37203
UNITED STATES OF AMERICA

September 21, 2026

**Request for Mutual Legal Assistance**

Dear Mr. Osborne

In response to your request dated September 9, 2026, the documents submitted to us were forwarded as requested to

Florian **Wiegand**, Winkelstrasse 345, 4234 Zullwil

as instructed.

Please find enclosed the corresponding receipt and the confirmation of service.

Best regards,
Muriel Kleiber, Court Clerk

Enclosure:
as mentioned

To:
Eric Osborne, 1600 West End Avenue, Nashville, TN 37203, US, A-Mail

**Post CH AG**
**Logistics Services**
**Wankdorfallee 4**
**3030 Bern**

Phone 0848 888 888
www.post.ch

Post CH AG, Logistics Services, Wankdorfallee 4, 3030 Bern

Dorneck-Thierstein Magistrate’s Office
Amthausstrasse 15
4143 Dornach 1

# Confirmation of Receipt

**Case Number:** 980304018941177448

**Shipping Method:** **Court Document**

Note: 43846 / DTZPR.2026.597 - V-ZUSAG-Z dated September 17, 2026, Case Handler:

**Recipient address:**
Wiegand Florian
Winkelstrasse 345

4234 Zullwil

## Shipping History:

| Date | Time | Event | Processed by |
|---|---|---|---|
| Thu September 17, 2026 | 4:18 PM | Sender’s shipment declaration (data submission) | 3000 |
| Thu September 17, 2026 | 5:51 p.m. | Time of shipment drop-off | 4143 FIL Dornach |
| Fri. September 18, 2026 | 7:41 a.m. | Arrival at the processing/pickup location | 4208 Delivery to Nunningen |
| Fri. September 18, 2026 | 9:13 | Delivered by | |

## Confirmation of Receipt:

I have received the shipment and the contents listed on it

1 of 1 pages against signature (Page 1 / 1)
Delivery time: September 18, 2026, 9:13 a.m.
Signature of Florian Wiegand

Case 3:26-cv-00918 Document 24-3 Filed 10/01/26 Page 9 of 13 PageID #: 260

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

EINGANG
17. Sep. 2026
Postaufgabe:
Obergerichtskanzlei
SOLOTHURN

**Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Bezeichnung und Anschrift der ersuchenden Stelle**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Anschrift der Bestimmungsbehörde**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Eric G. Osborne<br>1600 West End Avenue, Suite1750<br>Nashville, TN 37203 | Obergericht des Kantons Solothurn<br>Zivilkammer<br>Amtshaus 1<br>4502 Solothurn |

**Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, *i.e.*:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(Name und Anschrift)**
(identity and address) / (*identité et adresse*)

Florian Wiegand
Winkelstrasse 345
4234 Zullwil
Switzerland

| | | |
|---|---|---|
| ◉ | *a)* | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a)**)**<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ○ | *b)* | **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe *b)**):**<br>In accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:* |
| ○ | *c)* | **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.**<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

***Verzeichnis der Schriftstücke***
List of documents / *Énumération des pièces*

Complaint with Exhibits, Civil Cover Sheet, Businesses Entity Disclosure Statement, Summons issued as to Florian Weigand

* Wenn zutreffend.
If appropriate / *s'il y a lieu*

| **Ausgefertigt in**<br>Done at / *Fait à* | Nashville, Tennessee | **Unterschrift und / oder Stempel**<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|---|
| **am**<br>the / *le* | September 9, 2026 | Eric G Osborne |

# ZUSTELLUNGSZEUGNIS
CERTIFICATE
*ATTESTATION*

**Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

○ **1. dass der Antrag erledigt worden ist***
that the document has been served*
*que la demande a été exécutée**

| | |
|---|---|
| **– am (Datum):** the (date) / *le (date)* : | 18.09.2026 |
| **– in (Ort, Straße, Nummer):** at (place, street, number) / *à (localité, rue, numéro)* : | 4234 Zullwil, Winkelstrasse 345 |

| | | |
|---|---|---|
| | **– in einer der folgenden Formen nach Artikel 5:** in one of the following methods authorised by Article 5: *dans une des formes suivantes prévues à l'article 5 :* | |
| ○ | *a)* **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a)* * )** In accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ☒ | *b)* **in der folgenden besonderen Form*:** In accordance with the following particular method*: *selon la forme particulière suivante* :* | per Gerichtsurkunde |
| ○ | *c)* **durch einfache Übergabe*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** | |

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Name und Stellung der Person:** Identity and description of person : *Identité et qualité de la personne :* | Florian Wiegand |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | persönlich |

○ **2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

☐ **Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

***Anlagen***
Annexes / *Annexes*

| | |
|---|---|
| **Zurückgesandte Schriftstücke:** Documents returned: *Pièces renvoyées :* | – |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | Kopie Empfangsbescheinigung vom 18.09.2026 |

* Wenn zutreffend
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Ausgefertigt in** Done at / *Fait à* Dornach<br>**am** the / *le* 21.09.2026 | **Unterschrift und/oder Stempel** Signature and/or stamp / *Signature et / ou cachet*<br>Zivil- und Strafgericht Dorneck - Thierstein Amthausstrasse 15 Postfach 4143 Dornach 1 |



Case 3:26-cv-00918 Document 24-3 Filed 10/01/26 Page 11 of 13 PageID #: 262

## ATTENTION

**WARNING**

*WARNING*

**Name and address of the recipient**
**Identity and address of the addressee**
*Identity and address of the addressee*
Florian Wiegand
Winkelstrasse 345
4234 Zullwil
Switzerland

**IMPORTANT NOTICE**

**THE ENCLOSED DOCUMENT IS A LEGAL DOCUMENT AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "INFORMATION REGARDING THE ESSENTIAL CONTENT OF THE DOCUMENT TO BE SERVED" CONTAINS DETAILS ABOUT THE NATURE AND PURPOSE OF THE DOCUMENT. YOU SHOULD DEFINITELY READ THE DOCUMENT CAREFULLY AND SEEK LEGAL ADVICE IF NECESSARY.**

**IF YOU DO NOT HAVE SUFFICIENT FINANCIAL RESOURCES, YOU SHOULD INQUIRE WHETHER IT IS POSSIBLE TO OBTAIN to receive legal aid or assistance with legal advice.**

**INQUIRIES REGARDING THE AVAILABILITY OF LEGAL AID OR LEGAL COUNSEL IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO THE FOLLOWING AUTHORITY:**

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL PROVIDE YOU WITH SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. HOWEVER, YOU SHOULD READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.
IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT, YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.
INQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

*VERY IMPORTANT*

*THE ATTACHED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "ESSENTIAL ELEMENTS OF THE DOCUMENT" PROVIDE SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. HOWEVER, IT IS ESSENTIAL TO READ THE TEXT OF THE DOCUMENT CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.*
*IF YOU DO NOT HAVE SUFFICIENT RESOURCES, FIND OUT ABOUT THE POSSIBILITY OF OBTAINING LEGAL AID AND LEGAL COUNSELING EITHER IN YOUR COUNTRY OR IN THE COUNTRY OF ORIGIN OF THE DOCUMENT.*
*REQUESTS FOR INFORMATION REGARDING THE AVAILABILITY OF LEGAL AID OR LEGAL COUNSEL IN THE COUNTRY OF ORIGIN OF THE DOCUMENT MAY BE ADDRESSED TO:*

Legal Aid Society of Middle Tennessee and the Cumberlands; Nashville Office, 1321 Murfreesboro Pike, Suite 400, Nashville, TN 37217

**It is recommended that the preprinted sections of the notice be written in English and French and, where appropriate, also in the official language or one of the official languages of the State of origin. The entries may be made in the language of the receiving State or in English or French.**

It is recommended that the standard terms in the notice be written in English and French and, where appropriate, also in the official language or one of the official languages of the State in which the document originated. The blanks may be filled in either in the language of the State to which the document is to be sent, or in English or French.

*It is recommended that the information printed in this notice be written in French and English and, where applicable, also in the official language or one of the official languages of the State of origin of the document. The blanks may be filled in either in the language of the State to which the document is to be sent, or in French, or in English.*

# INFORMATION REGARDING THE ESSENTIAL CONTENT OF THE DOCUMENT TO BE SERVED

## SUMMARY OF THE DOCUMENT TO BE SERVED

*ESSENTIAL ELEMENTS OF THE DOCUMENT*

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague on November 15, 1965. (Article 5, paragraph 4).**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague on November 15, 1965 (Article 5, paragraph 4).

*Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague on November 15, 1965 (Article 5, paragraph 4).*

| | |
|---|---|
| **Name and address of the requesting authority:**<br>**Name and address of the requesting authority:**<br>***Name and address of the requesting authority:*** | Eric G. Osborne<br>1600 West End Avenue, Suite 1750<br>Nashville, TN 37203 |
| **Identification of the parties*:**<br>**Particulars of the parties*:**<br>***Identity of the parties*:*** | Veris Home Technology LLC v. Bovaird et al |

* If applicable, the name and address of the person interested in the transmission of the document.
if appropriate, identity and address of the person interested in the transmission of the document
*si l y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

◯ **JUDICIAL DOCUMENT ****
**JUDICIAL DOCUMENT****
***JUDICIAL DOCUMENT*****

| | |
|---|---|
| **Type and subject matter of the document:**<br>**Nature and purpose of the document:**<br>***Nature and purpose of the document:*** | To inform the defendant, Florian Weigand, of a civil claim and to require his appearance in court. |
| **Nature and subject matter of the proceedings, and, if applicable, the amount of the claim**<br>**Claim:**<br>**Nature and purpose of the proceedings and, where applicable, the amount in dispute:**<br>***Nature and purpose of the proceedings and, where applicable, the amount in dispute:*** | The plaintiff accuses the defendant, Florian Weigand, of intentional interference with business relationships and civil conspiracy—the plaintiff seeks damages and costs. |
| **Date and place for the hearing on the proceedings **:**<br>**Date and place for entering an appearance**:**<br>*Date and place of appearance**:* | **719 Church Street, Nashville, TN 37203; within 21 days of service** |
| **Court that issued the decision ***<br>**Court that rendered the judgment**:**<br>***Jurisdiction that rendered the decision**:*** | |
| ****.**<br>**Date of judgment ****<br>**Date of judgment**:**<br>*Date of the decision**:* | |
| **Time limits stated in the document **:**<br>**Time limits stated in the document**:**<br>*Time limits stated in the document*** | Defendant Weigand has 21 days to file an Answer once served. |

** If applicable
if appropriate / s'il y a lieu

◯ **EXTRAJUDICIAL DOCUMENT ****
**EXTRAJUDICIAL DOCUMENT****
*EXTRAJUDICIAL DOCUMENT***

| | |
|---|---|
| **Nature and purpose of the document:**<br>**Nature and purpose of the document:**<br>*Nature and purpose of the document:* | |
| **Time limits stated in the document **:**<br>**Time limits stated in the document**:**<br>*Indication of the time limits stated in the document**:* | |

** If applicable
if appropriate / s'il y a lieu