# INVOICE

**Veris Audio and Vintage Hi-Fi**
624 Grassmere Park
Ste 18 Ste 18
Nashville, TN 37211-1718

accounting@verisaudio.com
+1 (615) 397-5119

**Bill to**
Michael Gefteas
[redacted]

**Ship to**
Michael Gefteas
[redacted]

**Shipping info**
Ship via: Pre-Shipped
Ship date: 04/01/2024

**Invoice details**
Invoice no.: 1426
Terms: Net 60
Invoice date: 06/15/2024
Due date: 08/14/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Nihon Onkyo Engineering AGS FS1 Floorstanding Diffusor (L + R Pair)** | Nihon Onkyo Engineering AGS FS1 Floorstanding Diffusor (L + R Pair) | 1 | $1,784.10 | $1,784.10 |
| 2. | | **ST1** | Nihon Onkyo Engineering AGS ST1 Flat Panel Standing Diffusor | 2 | $1,138.10 | $2,276.20 |
| 3. | | **Nihon Onkyo Engineering AGS FL1 Floor Speaker Diffusor** | Nihon Onkyo Engineering AGS FL1 Floor Speaker Diffusor | 2 | $720.10 | $1,440.20 |
| 4. | | **Nihon Onkyo Engineering AGS MN1 Small Model Diffusor** | Nihon Onkyo Engineering AGS MN1 Small Model Diffusor | 1 | $416.10 | $416.10 |

## Ways to pay

VISA BANK venmo

| | |
|---|---|
| **Total** | **$5,916.60** |
| Payment | $5,916.60 |
| **Balance due** | **$0.00** |

**Paid in Full**

### Note to customer

This Invoice is for a special accommodation deal to purchase a full set of Nihon Onkyo Engineering Acoustic Grove System Diffusors. Because customer did a great review of these products, AXISS Audio has arranged for these to be sold to customer at 62% discount to List Price, while also covering the costs of shipment and any payment processing fees. As an additional incentive Customer needs to pay for just 50% of the total price now with the remaining 50% due after 60 days.



EXHIBIT 3