# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295-4133
www.axissaudio.com

**Bill to**
Michael Gefteas
[redacted]

**Ship to**
Michael Gefteas
[redacted]

**Shipping info**
Ship via: Ground Freight

**Invoice details**
Invoice no.: 1206-LOAN
Terms: Net 30
Invoice date: 10/07/2024
Due date: 11/06/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Gauder Akustik Capello 100 DV Loudspeaker (Black)** | Gauder Akustik Capello 100 DV Loudspeaker (Black) | 0 | | $0.00 |

**Total** **$0.00**

VOID

## Note to customer

TERMS: The products reflected on this invoice are being loaned to Michael Gefteas to test this product as part of a review Upon completion of the loan period, the products reflected on this invoice must be returned to and received by AXISS within 7 business days. If the loaned products are not received by AXISS within 7 business days of the end of the loan period, the transaction will be considered a purchase and the full amount of the invoice will be immediately due and payable. Once AXISS receives the returned product, a detailed inspection will be performed to ensure that the products are not damaged and are in proper working order. If AXISS determines that the products are damaged or not in proper working order, the amount of this invoice will become immediately due and payable.



EXHIBIT 4