# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295 4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
[redacted]

**Ship to**
Drop Ship to Customer Address TBD

**Invoice details**
Invoice no.: 1210 SUNC
Terms: Net 30
Invoice date: 12/01/2024
Due date: 12/31/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Soulution 727 Preamplifier (no Phono)** | Soulution 727 Preamplifier (no Phono)<br>Serial #727-0068 | 1 | $44,835.63 | $44,835.63 |

| | |
|---|---|
| **Total** | **$44,835.63** |
| Payment | -$44,835.63 |
| **Balance due** | **$0.00** |

**Paid in Full**

To pay by ACH or CC click this link: https://bit.ly/AAUSApaylink

A credit card surcharge of up to 3% may be applied to invoices paid by credit card. This surcharge is not greater than our cost of acceptance and does not apply to debit or prepaid cards.

## Note to customer

This Invoice is for purchase of a Soulution 727 with a target delivery date in December 2024. The final delivery should be shortly before or coincide with the delivery of a pair of 717 power amps ordered by this same Customer's end user client. To lock in this future sale, Customer will provide a $20,000 deposit to secure the delivery date on this 727. Because this is a straight Customer sale at standard pricing, AXISS will cover the costs of drop shipping directly to Customer's end user client.

EXHIBIT 5