# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295-4133
www.axissaudio.com

AXISS AUDIO

**Bill to**
Michael Bovaird
Suncoast Audio
[redacted]

**Ship to**
[redacted]

**Invoice details**
Invoice no.: 1211-SUNC
Terms: Due on receipt
Invoice date: 06/12/2025
Due date: 06/12/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Soulution 717 Reference Power Amplifier** | Soulution 717 Reference Power Amplifier Serial #s 717-0003 and 717-0004 | 2 | $63,235.63 | $126,471.26 |

| | |
|---|---|
| **Total** | **$126,471.26** |
| Payment | -$126,471.26 |
| **Balance due** | **$0.00** |

**Paid in Full**

For ACH or Wire Payments:

Bank Name: First Horizon Bank
Address: [redacted]
ABA/Routing # [redacted]
Account # [redacted]
Account Name: AXISS Audio USA, LLC

## Note to customer

This Invoice is for purchase of a pair of Soulution 717 power amplifiers. AXISS acknowledges that Customer has an aggressive delivery date and AXISS commits to reserve 2x 717 units from the first delivery batch for this Customer's end user client. To lock in this first batch commitment, Customer will provide a deposit of $20,000 per amplifier, $40,000 total for both amplifiers. The remaining balance will then become due once the amplifiers are ready to ship to Customer or their end user client. Because this is a straight Customer sale at standard pricing, AXISS will cover the costs of drop shipping directly to Customer's end user client.



EXHIBIT 6