| | |
|---|---|
| **From:** | Wire Transfer <WireTransfer@firsthorizon.com> |
| **Sent:** | Monday, December 9, 2024 12:38 PM |
| **To:** | CLIFF@AXISSAUDIO.COM |
| **Subject:** | Notification of Wire Transfer Credit |

FIRST HORIZON

# WIRE TRANSFER NOTIFICATION CREDIT

Please save this email as confirmation of your recent wire transfer. If you believe this transaction to be in error or fraudulent, please contact (866) 340-9473 immediately.

| | | | |
|---|---|---|---|
| TRANSACTION NUMBER: | 2024120900003921 | REPORT DATE: | 2024/12/09 |
| STATUS: | COMPLETE | COMPLETION TIME: | 2024/12/09 13:36:58 |
| | | CREDIT: | 24,835.63 USD |

CREDIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | AXISS AUDIO USA LLC |
| ADDRESS: | DBA AXISS DISTRIBUTION<br>5261 GRANNY WHITE TRCE<br>NASHVILLE TN 37220 US |

DEBIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | TRUIST BANK |
| ADDRESS: | CHARLOTTE, NC |

ORDERING PARTY

| | |
|---|---|
| ORDERING CUSTOMER ACCOUNT: | [redacted] |
| ORDERING CUSTOMER: | SUNCOAST AUDIO LLC |
| ORDERING CUSTOMER ADDRESS: | [redacted] |
| ORDERING BANK ACCOUNT: | |
| ORDERING BANK: | |
| ORDERING BANK ADDRESS: | |
| ORDERING REFERENCE #: | |

SENDING PARTY

| | |
|---|---|
| SENDER NAME: | |
| SENDER BANK: | |
| SENDER BANK ADDRESS: | |
| SENDER REFERENCE #: | 2024120900017097 |

RECEIVING PARTY (BENEFICIARY CUSTOMER)



EXHIBIT 8

| | |
|---|---|
| RECEIVER NAME: | AXISS AUDIO USA |
| RECEIVER ADDRESS: | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 |
| ACCOUNT ID: | [redacted] |
| RECEIVING BANK: | |

ORIGINATOR TO BENEFICIARY INFORMATION:
INVOICE 1210-SUNC

BANK TO BANK INFORMATION:

CONFIDENTIALITY NOTICE – The information transmitted by this email is intended only for the person or entity to whom it is addressed. It contains information that is privileged, confidential, and protected by law from use or disclosure. If you received this in error, notify the sender by email at WireTransferDepartment@firsthorizon.com, and delete this email from your computer. Any action in reliance on its content, is strictly prohibited.