**The GREEK Audio Geek - Audiophile Adventures**
July 31, 2025 ·

#hifiaudio #hifisound #hifi #audiosystem #audioprofesional #audiophile #HighEndAudio #greekaudiogeek




EXHIBIT 10

**Replies to 7/31/25 Posting:**

Top fan
**Tom Rade**
So many donkeys, so little time 🤣
46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
Tom Rade Yeah. In this case - which I will not talk about publicly - it's pretty shocking behavior by the distributor and manufacturer. Even in my jaded world it's like they took extra-stupid pills.
46w
1

Top fan
**Mark Ajh**
That is a mantra for life !!!
46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
Mark Ajh For sure. But sometimes people are so extra-stupid in how they handle things is mind-numbing.
46w