The GREEK Audio Geek - Audiophile Adventures
August 1, 2025 ·

#hifiaudio #homeaudio #hifisound #hifi #highendaudio #audiosystem #audioprofesional #audioengineer #recordingstudio #speakers #amplifier




EXHIBIT
11

**Reply 1 to 8/1/25 FB Posting:**

**Ron van Dijk**
I for one cannot wait to hear the full account of this. I just hope, though I know better, that they don't settle and bury the story with a non disclosure agreement with the settlement. But if it was my reputation on the line, that's likely what would happen.

46w 3

Author
**The GREEK Audio Geek - Audiophile Adventures**
Ron van Dijk Trust me, the full story is coming out. It won't be from me as this is too toxic and beyond stupidity of a story for me to touch. But when the details emerge (there were witnesses to the event) it will be seismic. The arrogant distributor claims they don't care if the facts come out. This has got to be the one of the dumbest comments I've ever heard of my 30 years in business.

46w 2

**Reply 2 to 8/1/25 FB Posting:**

**David Levkovitz**
I've owned quite a bit of audio gear over the decades, at various price points.
I can not remember this ever happening to me.

A couple of personal stories:

I bought a used Audible Illusion Modulus 3 preamp. A couple of weeks after I bought it, the power supply died.
I sent to them for repair. Not only did they not charge me a dime, they upgraded it to a 3a just for price of parts.

I had a Threshold 400a with a channel out. The dealer I bought it from went out of business. They paid for shipping and had it back to me in a few weeks.

45w

Author
**The GREEK Audio Geek - Audiophile Adventures**
**David Levkovitz** Thanks for sharing David. Remember - being a bad or good distributor is a conscious and calculated choice each makes on their own. In this instance they chose the path this took. The could have easily made this very easy and they chose not to.

45w 1

Top fan

**Martin Taylor**

We don't know the full circumstances. Was the amp misused, fed into a short circuit, set for the wrong power voltage etc. In other words, was the customer liable or was it really a manufacturing defect? If the latter, then the company should replace it. In the UK, the supplier (dealer or distributor) must honour the warranty under the Trade Description Act.

46w 2

Author

**The GREEK Audio Geek - Audiophile Adventures**

**Martin Taylor** I know the full circumstances. There were multiple witnesses and possible physical injuries as well. Trust me, the company should be very, very worried (not from me - but from those involved) and they are too arrogant to realize this. I wouldn't have posted this if I didn't know all the details.

46w 1

Author

**The GREEK Audio Geek - Audiophile Adventures**

Ron Irvin There are likely lawyers going to be involved and lawsuits. That's why I won't identify. Trust me others are going to be doing an expose on this. The company claims they don't care. We'll see if that arrogance holds true.

46w

**Reply 3 to 8/1/25 FB Posting:**

**Ronald Thompson**
It was a design issue not a customer issue? I suppose a $ amp should have enough protection circuits/fuses to not be explody out of the box anyway?
46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
**Ronald Thompson** The company's products have a long history of repeatedly failing and it's been said (I wasn't there so I can't confirm) the distributor admitted a design defect in this amp.
46w

**Ronald Thompson**
**The GREEK Audio Geek - Audiophile Adventures** Hopefully the distributor is in the same country as the buyer? Can't they do a credit card chargeback and send the item back?
46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
**Ronald Thompson** They are both in the US. The distributor was in a position to make the customer whole and instead has chosen - in my personal opinion and that of others who know about this - drag this out, infuriate the customer, to be greedy, stupid, and again in my personal opinion chose to make the customer lose a substantial amount of money. Honestly this would be a fantastic project as a case study in Business School of everything not to do. If I didn't personally know the players in this, I would not believe what I've heard as I frankly can't believe anyone is that stupid. I was clearly wrong.
46w
2

**Reply 3 to 8/1/25 FB Posting (Continued):**

this, I would not believe what I've heard as I frankly can't believe anyone is that stupid. I was clearly wrong.

46w

2

**Ronald Thompson**

**The GREEK Audio Geek - Audiophile Adventures** As a small business owner, I have a lot of sympathy for businesses that are struggling to pay the bills and have customers who want everything all of the time. I assume by saying that they had the opportunity to make it right, that they could have taken it back and then sent it back to the manufacturer to be repaired? I really don't understand the retail business well enough to understand the costs of that. I can't imagine having to ship my 170 lb Levinson 333 around. I drove to Pasadena from Sacramento to pick it up/ purchase it used even though it had the original box because I'm sure it would have cost more to ship it.

45w

Author

**The GREEK Audio Geek - Audiophile Adventures**

**Ronald Thompson** Hi Ronald - I agree with your sentiment. In this issue we are talking about a six-figure amp and pre-amp purchase. The only issue preventing the distributor from doing right by the victim in this instance is seemingly a combination of ego and stupidity. The details of this are simply staggering, it was witnessed by another individual when it happened, and there may be injuries as well. PLUS the victim is being SUPER reasonable and letting them off so easily, and they are being dumb dumb dumb in how they are handling this. They could have taken care of the customer and made this all go away. Instead they poked a bear and it's a big bear with big teeth. I never wish ill-will on a company, but sometimes companies are so stupid it makes you wonder.

45w

2

**Ronald Thompson**

**The GREEK Audio Geek - Audiophile Adventures** yuck. And yeah.. I can imagine that someone spending that kind of money on audio equipment might know a good lawyer or two.

45w

Top fan

**Martin Taylor**

We don't know the full circumstances. Was the amp misused, fed into a short circuit, set for the wrong power voltage etc. In other words, was the customer liable or was it really a manufacturing defect? If the latter, then the company should replace it. In the UK, the supplier (dealer or distributor) must honour the warranty under the Trade Description Act.

46w

2

Author

**The GREEK Audio Geek - Audiophile Adventures**

**Martin Taylor** I know the full circumstances. There were multiple witnesses and possible physical injuries as well. Trust me, the company should be very, very worried (not from me - but from those involved) and they are too arrogant to realize this. I wouldn't have posted this if I didn't know all the details.

46w

1

Author

**The GREEK Audio Geek - Audiophile Adventures**

Ron Irvin There are likely lawyers going to be involved and lawsuits. That's why I won't identify. Trust me others are going to be doing an expose on this. The company claims they don't care. We'll see if that arrogance holds true.

46w

**Reply 5 to 8/1/25 FB Posting:**

**David Eltzroth**
Save us all some trouble. who made the amp? who was the dealer? When I was in that space we always chose the lines that we would represent based on there're willingness to solve the after sales issues.

46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
David Eltzroth The big reveal is in the works. Again I'm not going to be a part of it as the people who were there are on the job. The company was warned and literally said "we don't care, let them sue us". Famous last words of a fool...

46w 1

**Reply 6 to 8/1/25 FB Posting:**

**DL Silva**
I've been doing this since 1971. Not once.
46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
**DL Silva** Not once what?
46w

**DL Silva**
Not once have I had an audio distributor or company try to stick to me. Caveat emptor... hehehe...
46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
**DL Silva** It's pretty rife now a days unfortunately. When this goes public, and the facts come out, it's going to be EPIC.
46w 1

**DL Silva**
Meh, I've got reliable connections, (pun int) which is also part of the passion. I just had a DAC fail after about a week, sending it back was no problem, refunded easy peasy.
46w

**Reply 7 to 8/1/25 FB Posting:**

**Damien Norwick**
Does said company even have a service department to send it to?
46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
**Damien Norwick** They do in Europe.
46w

**Damien Norwick**
**The GREEK Audio Geek - Audiophile Adventures** oof. My condolences to the buyer, no matter the outcome it's going to be a long process.
46w

Author
**The GREEK Audio Geek - Audiophile Adventures**
**Damien Norwick** I personally think with the facts I've seen he needs to sue them out of existence. Especially with their track record of design flaws. I hate lawyers, but I hope he crushes them.
46w
1

**Kenneth Aagaard Jensen**
**The GREEK Audio Geek - Audiophile Adventures** sounds British
44w

Author
**The GREEK Audio Geek - Audiophile Adventures**
I agree. In my personal opinion the distributor made the choice to be absolutely terrible in this situation. I will NEVER promote anything they sell in the US again. EVER. If they would treat this guy with his large 6-figure purchase this poorly, they will surly treat you this poorly.
44w

**Reply 7 to 8/1/25 FB Posting (Continued):**

Author
**The GREEK Audio Geek - Audiophile Adventures**
I agree. In my personal opinion the distributor made the choice to be absolutely terrible in this situation. I will NEVER promote anything they sell in the US again. EVER. If they would treat this guy with his large 6-figure purchase this poorly, they will surly treat you this poorly.
44w

Author
**The GREEK Audio Geek - Audiophile Adventures**
**Kenneth Aagaard Jensen** Hi Ken - no Brits in this instance.
44w

**Kenneth Aagaard Jensen**
**The GREEK Audio Geek - Audiophile Adventures** ahhh. I think I know what it is. I'll keep my mouth shut 🤐
44w
1

Author
**The GREEK Audio Geek - Audiophile Adventures**
**Kenneth Aagaard Jensen** Thanks. We are going to let others in this instance go public with the details.
44w