A & M LIMITED
エイ・アンド・エム株式会社
1-20 Demaru-cho, Takatsuki, Osaka 569-0076, Japan
TEL/Fax +81-72-668-1760

February 1, 2026

**Press Release**

A&M Limited, an AirTight company will be celebrating 40th year Anniversary, and in this memorial year, we have decided to make a big decision.

As of February 1, 2026, we are changing our distributor for the United States of America from Axiss Audio to American Sound. American Sound will be exclusively distributing AirTight branded products to the United States of America and Canada.

Since the company's inception, the US has been a very important market for us, and Axiss Audio has played a vital role in this. Arturo Manzano and his successor, Cliff Duffey, have worked hard to promote the AirTight brand in the US market, and have had AirTight products featured in magazines such as Absolute Sound and Stereophile, helping to increase global brand awareness. Cliff, TJ, and his team at Axiss Audio have accelerated marketing and sales in the US, and in a short period after taking over the business from Arturo and have solidified AirTight's position in the US market. AirTight is extremely grateful for their efforts. We would like to thank to Axiss Audio for all their friendship and accomplishments provided and wish Axiss Audio a great success.

American Sound, headquarter in Toronto, Canada has been a one of major distributor of famous audio brand such as WADAX and Avantgrade Acoustic in USA and Canada, has been representing AirTight for Canadian Market since 2018, and they have made a great progress in promoting our products in the region.

Together with American Sound, we are now integrating marketing and sales of a whole North American Market by single distributor, to better serve the world biggest audio market.

We wish to welcome Angie, founder and CEO of American Sound and her team on board. With American Sound team, AirTight is committed to provide quality products to customers in North American market.

Yours faithfully,

A&M Limited

Yutaka “Jack” Miura, Managing Director

EXHIBIT
12