**The GREEK Audio Geek - Audiophile Adventures**

February 9 ·

This really caught my attention today. 👀... **See more**




EXHIBIT 13