THE FORUM FOR THE BEST OF EVERYTHING
WHAT'S BEST FORUM

Search...

VIDEOS FORUMS PROMOTED THREADS SPONSORS CLASSIFIE AXISS Audio USA

New posts Latest activity Find threads Watched Search forums Mark forums read

WBF INFORMATION CHANNEL NEWSLETTER EXPERT FORUM MEMBERS GALLERY

# Update from Soulution and AXISS Audio on 717 Power Amplifiers

Reply

AXISS Audio USA · Feb 17, 2026 · None

Forums > Manufacturers, Distributors and Dealers Forum > Soulution Audio

Unwatch •••

AXISS AUDIO

**AXISS Audio USA**
Distributor

Feb 17, 2026 #1

**Hello Soulution community and fellow audiophiles,**

Since the launch of 717, there have been a number of questions that have come up which we feel deserve some clarity. We want to be as open and transparent as we can in order to support our customers and the audiophile community with these questions. Please know that no one individual has the authority to speak on behalf of Soulution and its network of dealers and distributors. Both AXISS Audio and Soulution have worked together on the details of this message to try to address as

Members online

AXISS Audio USA, Dvuc, Massimo66, carolus, dgale, andromedaaudio, r3f3r3e, Jackey Huang, micro13, HeavyD, Another Johnson, MattK, Mike Lavigne, unboxed, DaveC, admin1959, shaylin, max1, Stbo, The Prof, SantaClaus, oldvinyl, RCanelas, sonrock, mendozaline, f.demello, ticktock, octaviars, Slingblade, Sascha, showa, Gatonn, mikem, MusicFellow, VPN, John T, ci1952, U47, fbhifi, sbnx, Brianbonf, MarkusBarkus, Vorsanteri, iaxel
... and 5 more.

Total: 632 (members: 55, guests: 577)



EXHIBIT 15

many questions as we can which have come up in our North American Soulution community and other regions as well.

**1) Launch Delay** – When Soulution first showed the 717 prototype at Munich High End 2024, there was a great deal of excitement. The 717 uses a completely new clean sheet design that is not an evolution of the prior 700/710 and 701/711. Soulution invested more than 7 years into the design and development of 717 and raised its performance to a much higher level than their prior amplifiers.

One of the biggest changes with 717 is that its linear frequency response was increased to a point where the -3dB roll-off point is higher than 2 MHz. Very few amplifiers (including Soulution's prior 7 Series) have ever allowed for linear output over 1 MHz, so this is a significant development. Handling noise between 1 MHz and 2 MHz has not mattered much to previous amplifiers but is essential to control on 717. Before releasing 717, Soulution wanted to make sure that the final production boards were tested in a wide range of real-world situations which have never been relevant before. Testing to make sure that the final production boards could properly handle these new noise scenarios took longer than expected.

Also, the new architecture of 717 is more complex and uses more components than the prior 7 Series amplifiers. To ensure reliability, the 717's firmware and logic have to

precisely control the timing and sequence of each relay in every imaginable real-world scenario. Also, the optimization and final settings of the new noise protection circuits required some final adjustments to logic and firmware. All combined, the final system level testing of the 717's logic and firmware took longer than planned, which added to a delay in the production launch date.

In hindsight AXISS Audio and Soulution can see that it would have been better to have waited longer before taking initial orders and deposits. We have learned the importance of this from feedback of our early 717 customers and this will be factored into our future product announcements and launches.

**2) First Batch of 717 Amplifier Boards** – We have seen many discussions and questions around issues that may or may not have happened with the early 717 amplifiers and we want to address those here. Within the first few weeks of production deliveries, there were a number of technical support questions that came up in the field. Both AXISS Audio and Soulution immediately investigated all of these and identified two issues which did not occur in the development testing. Also, please know that as soon as these were found, they were quickly resolved and impacted only a portion of the first 25 units of 717 that were shipped globally.

On the first issue, a few of the early amplifier boards had a 'via' (small copper ring which connects traces

on multiple layers of PCB) that extended a fraction of mm below the bottom of the PCB. The amplifier boards are mounted tightly to a heavy aluminum support structure in order to reduce their vibration to a bare minimum. This means that there is a very small gap between the 'vias' on the amplifier board the aluminum support to which they are mounted. As the aluminum support expanded slightly under heat cycles, it became possible for one of these 'vias' to make contact with the aluminum support. This would make an immediate short circuit and trip a power supply protection circuit.

Fortunately, this problem was very easy to resolve by two actions. First, the PCB manufacturer is applying a layer of isolation on the bottom side of the 'vias' as a protection. Additionally, Soulution began adding a thin layer of dielectric tape between the aluminum support and the amplifier boards so that it is not possible for the 'vias' to make contact. Since Soulution made these changes, there has not been any recurrence of this issue.

There is also a second issue that was found on some of the first batch amplifier boards used in the first 25 amplifiers. There is a specific model of capacitor that Soulution chose to use which has a maximum specified soldering temperature which is low relative to most components. In the soldering process, if that solder temperature is exceeded, it is possible to slightly degrade the performance of this capacitor. This degradation was very small and did

not show up in the QA test and burn in processes. However, as an affected capacitor went through multiple heat and power-on cycles, its performance could further degrade and lead to a drop in voltage.

As an important protection, the 717 will immediately shut down and show POWER SUPPLY ERROR if it sees any internal power supply voltage drop by even a fraction of a volt. Since this capacitor is part of a voltage regulation circuit, it could cause the internal power supply voltage to drop slightly and trigger the voltage supply protection if this capacitor had been damaged in soldering. When this happens, there is no damage or affect to the power supply or any circuits on the amplifier board. However, the amplifier cannot operate with a supply voltage that is below its expected level, so an affected amplifier would only boot up into a POWER SUPPLY ERROR state.

As soon as Soulution found this degraded capacitor, they worked with the PCB manufacturer to find why these capacitors were degrading. This solder temperature issue is extremely rare and something that they had not encountered before. So, rather than trying to change their soldering processes, Soulution decided it would be better to change the model of capacitor to one with a higher solder temperature range. Please note that this capacitor model was only used in a voltage regulation circuit and is not part of the audio

signal path. So, changing this capacitor model has no affect on sonic performance and its degradation could not have affected any amplifier's signal output.

The two circuit board defects described above affected some but not all of the first 25 amplifiers shipped. Regardless of whether there was an actual failure or not, all of these first 25 amplifiers (7 of these units were in North America) have either been replaced completely, had their amplifier boards replaced, or the owner is planning to send their unit in for replacement in the near future. Also, there are now over 100 units of 717 deployed worldwide with customers and none have exhibited any of these issues since the changes were made.

**3) High Frequency Errors** – We have also seen a number of questions and discussions around the 717 issuing a message of HIGH FREQUENCY PROTECT of HIGH FREQENCY ERROR. As mentioned above, the 717 has extended its linear bandwidth out to over 2 MHz. This now means that small amounts of noise from AM radio stations or source components could be amplified and cause potential damage to speakers or amplifier. To protect against possible issues with high frequency noise, Soulution has implemented a monitoring circuit to look for input or output noise above 300 KHz. If a user experiences one of the HIGH FREQENCY messages on their 717, this simply means that the monitoring circuit is seeing an

elevated level of noise above 300 KHz on the input or output audio signal.

The 717 has two levels of detection and protection against high frequency noise. The first is a 'soft protect' where a short-term low level of noise is detected and then goes away. In this case the 717 will display HIGH FREQUENCY PROTECT, temporarily mute its output, and then begin playing again after 5 seconds once the noise has cleared. However, if the noise is at a higher level or extends beyond the 5 second mute period, the amplifier will then show HIGH FREQUENCY ERROR and power off so that the customer can take time to find the source of the noise. This does not mean that something is wrong with the 717 or any device in the customer's system. It only means there is something generating noise above 300KHz that could be harmful if amplified by 26dB in the 717.

Protecting the amplifier and speakers from potential damage of high frequency noise is of paramount importance. In the vast majority of cases where a North America customer has experienced a HF error, AXISS Audio and our Dealers have been able to work with the clients to identify a source of noise and help resolve the noise issue. These HF noise issues are almost always solvable and reducing the noise also improves the 717's performance. If any 717 customer experiences one of the HIGH FREQUENCY messages and is not able to resolve the noise issue,

please reach out to your Authorized Soulution Dealer or Distributor for help.

QuadDiffuser, pk_LA, Steve Williams and 1 other person

Reply

Report Edit Delete

AXISS AUDIO

AXISS Audio USA
Distributor

Feb 17, 2026 #2

**4) Grounding and DC Errors** – The 717 also monitors for any kind of DC voltage on its inputs and will quickly trigger a DC ERROR protection when it sees a DC offset. If there is any DC voltage difference between the 717 ground and the input cable's ground, this will cause of a DC offset and trigger this DC Error. In very simple terms, if the 717, preamp, and all source components are on the exact same ground voltage, then there should not ever be a DC offset or DC error detected.

However, there are a number of real-world situations which can cause there to be a small difference in ground from one component to another. In almost all cases, these can be resolved by working through steps to identify and solve the DC ground voltage difference. If any Soulution customer is having DC Errors and is not able to resolve them, please reach out to your Authorized Soulution Dealer or Distributor.

**5) Other Issues** – We hope that the details above will address most but not all of the questions that we have

seen come up in discussion. We do know of a few other isolated issues specific to individual customer situations and can only comment on those if the customer approves.

In one specific case, we had an Authorized Soulution Dealer performing a customer installation. This Dealer made a very simple mistake of accidentally removing and re-connecting an XLR cable without first powering down the 717. The amp was muted so there was no speaker output, but the 'hot plug' change led to an input voltage spike high enough to damage an input stage component. This required a quick and simple warranty repair but we want to always advise to please power down Soulution products before making any cable changes.

We do also want to extend a strong thank you to 'pk_LA' for posting his honest experience on the What's Best Forum. We hate that he had a disappointing experience with our products and appreciate his help as we worked together to identify what happened. Following on what he posted, this is an unfortunate isolated case where we were not able to identify an exact root cause. In over 100 deployed 717's, Soulution has not seen another similar case of tweeter damage. Also, once AXISS Audio received it, we played his exact 717 unit and 727 preamp on our own Rockport Lyra's for a number of days and were not able to recreate the issue.

Please know that AXISS Audio and Soulution are far more motivated to

find a root cause we can fix than to not find a cause. We truly wish there was a simple answer that we could share. We discussed a few possible scenarios with pk_LA which could possibly happen in a combination of source components, preamp, cables, speakers, and his specific 717 unit. However, after his speakers were damaged there was not any reasonable way to test in his system, nor could we expect him to spend more time helping us troubleshoot in his setup. He asked to move forward with a change in his amplifiers, and we wanted to support that request rather than dragging out testing in his system to isolate the root cause. Although we could not identify a specific root cause for his tweeter issue, we can only share that his circumstances seem to be unique and there has not been any other report of tweeter damage from a 717 customer. Thanks again to pk_LA for sharing your experience and allowing us to share some more details with our community.

Please note, it is not appropriate for AXISS Audio or Soulution to post or publicly comment on any individual customer's experience unless they have approved for us to do so. In other words, we are not going to enter into forum discussions or publicly respond to any individual user comments. However, both AXISS Audio and Soulution want to improve transparency and share more publicly when it is appropriate. Although, we cannot respond to individual postings, if anyone has questions or comments, we welcome your feedback and

thoughts.

If you are a North American Soulution customer and ever have any questions or concerns about your Soulution products, please feel free to reach out to AXISS Audio (support@axissaudio.com) or your Authorized Dealer at any time. Outside of North America, please reach out to info@soulution-audio.com or your local distributor for assistance. Although we have to protect individual customer identities, we are happy to speak to any technical details which could be related to your products or address any rumors you might hear. Also, if we see a pattern of questions or concerns coming up more than once, we may from time to time post additional clarifying statements like this. Thank you to all of our Soulution customers, and to everyone else for taking time to read this long update.

Sincerely,

Soulution and AXISS Audio North America

FRANBARB, QuadDiffuser, pk_LA and 9 others

Report Edit Reply

AXISS AUDIO

Write your reply...

Attach files

Post reply

Share:

Forums > Manufacturers, Distributors and Dealers Forum > Soulution Audio

## About us

What's Best Forum is THE forum for high end audio, product reviews, advice and sharing experiences on the best of everything else. This is THE place where audiophiles and audio companies discuss vintage, contemporary and new audio products, music servers, music streamers, computer audio, digital-to-analog converters, turntables, phono stages, cartridges, reel-to-reel tape machines, speakers, headphones and tube and solid-state amplification. Founded in 2010 What's Best Forum invites intelligent and courteous people of all

interests and backgrounds to describe and discuss the best of everything. From beginners to life-long hobbyists

## Quick Navigation

Home

Forums

Contact Us

to industry professionals, we enjoy learning about new things and meeting new people, and participating in spirited debates.

## User Menu

Profile

Account Details

News Feed

Log Out

Contact us Terms of Service Privacy policy Help Sitemap Home



Steve Williams
Site Founder | Site Owner | Administrator



Ron Resnick
Site Owner | Administrator



Jules (The Fixer)
Website Build | Marketing Managersing