1:45

Create story | Standish | + Design | Chelsea Emmanu

**The GREEK Audio Gee... · Follow**
4h ·

I'm repeatedly hearing about issues with Soulution gear and incredibly long repair times.

This predates the recent issue where an owner went public about his brand new six-figure Soulution system failed after only an hour and supposedly took out his $250,000 speakers.

I keep hearing these issues wide spread (but I don't know).

Here is an actual photo that was sent me about a failed amp.

If you have experienced an issue with them, please let me know.

--
#highendaudio #hiend #HighEndLiving #audiophile #audiosystem #hifiaudio #hifisystem #audio #hifi #stereosystem #amplifier #audioprofesional






EXHIBIT 17