6:33

The GREEK Audio Geek - Audiophile Adventures

2d ·

The GREEK Audio Geek - Audiophile Adventures · 1h ·
Author

Well I received a message today from a dealer / distributor in Switzerland claiming ANOTHER 717 failed. I'm still trying to double confirm but he said ihs customer is PISSED. It's too bad the customer here in the US with his failure of the brand new units mentioned above was never made financially right by the US distributor (so say people in the know). I can't imagine doing that to a customer if true. Imagine not giving him 100% of his money back immediately? What kind of person does that? If they spent half as much time trying to do right by that customer as they are trying to spin these issues then they would have shown to be a customer-first company.

Reply

EXHIBIT
18

10:23

The GREEK Audio Geek - Audiophile Adventures

1d ·

Joe Pavel · 2h

The GREEK Audio Geek - Audiophile Adventures

I don't think this is accurate at all

Reply

The GREEK Audio Geek - Audiophile Adventures

· 1h · Author

Joe Pavel Hi Joe - it's been shown to be how they operate time and time again. They've done it for Taiko, Soulution and others. They delete any many posts that openly question this. Screen shots of the deleted posts are shared and posted on other forums and it's well known they ban people like Jay and Mike (who owns Audio Shark) simply because they own other platforms and WBF feels threatened. Other sponsors have openly left them recently and shared their displeasure at how they describe certain sponsors get additional special treatment that others don't. They

Comment as Audio Café

10:23

The GREEK Audio Geek - Audiophile Adventures

1d ·

others. They delete any many posts that openly question this. Screen shots of the deleted posts are shared and posted on other forums and it's well known they ban people like Jay and Mike (who owns Audio Shark) simply because they own other platforms and WBF feels threatened. Other sponsors have openly left them recently and shared their displeasure at how they describe certain sponsors get additional special treatment that others don't. They also are well known compensated shills that don't disclose that publicly yet the companies talk about how they are. It's smoke and mirrors. They have a right to operate how they want - just be honest and transparent. Oh, and if a sponsor stops paying them they don't just lock the past forum sponsor threads - they go back and DELETE EVERY SINGLE ONE.

Reply

Comment as Audio Café

10:26

The GREEK Audio Geek - Audiophile Adventures

1d ·

don't disclose that publicly yet the companies talk about how they are. It's smoke and mirrors. They have a right to operate how they want - just be honest and transparent. Oh, and if a sponsor stops paying them they don't just lock the past forum sponsor threads - they go back and DELETE EVERY SINGLE ONE.

Reply

**Joe Pavel** · 1h

The GREEK Audio Geek - Audiophile Adventures

Are we sure this soulution drama isn't or wasn't dealer/ex-dealer created slandering in the first place?

I've personally never owned any of the soulution gear but owned many others, seems like up until a couple weeks ago the soulution brand was highly coveted by most

Reply

Comment as Audio Café

10:23

The GREEK Audio Geek - Audiophile Adventures
1d ·

The GREEK Audio Geek - Audiophile Adventures
· 35m · Author

Joe Pavel Hi Joe - Slandering? It's not slander when it actually happened. I know the people who were there when it happened. Soulution publicly admitted they "may have released gear too soon not ready for market" in writing. The distributor admitted to issues as well in writing. It was a revelation for all the dealers who kept getting told by the distributor it was "only that one dealer" who had issues which was clearly not true by their own later admissions. And the meeting in which the customer threatened to sue due to the way they were (not) handling the situation. And people have posted on this post about it happening to them. The dealers I know who dropped them due to reliability issues and serious issues with how the distributor handles business love the way it sounds -

Comment as Audio Café

10:24

The GREEK Audio Geek - Audiophile Adventures

1d ·

"may have released gear too soon not ready for market" in writing. The distributor admitted to issues as well in writing. It was a revelation for all the dealers who kept getting told by the distributor it was "only that one dealer" who had issues which was clearly not true by their own later admissions. And the meeting in which the customer threatened to sue due to the way they were (not) handling the situation. And people have posted on this post about it happening to them. The dealers I know who dropped them due to reliability issues and serious issues with how the distributor handles business love the way it sounds - but hot the headaches. That's not slander. This is not telling people to not buy or that it's bad - this is simply asking about what others have admitted and are openly talking about.

Reply

Comment as Audio Café