**Richteramt Dorneck-Thierstein**
*Zivilabteilung*

*Amthausstrasse 15*
*Postfach 125*
*4143 Dornach 1*
*Telefon 061 704 70 45*

**Nadja Wynistorf**

IIIIII KANTON **solothurn**

Herr
Eric Osborne
Suite 1750
1600 West End Avenue
Nashville, TN 37203
UNITED STATES OF AMERICA

21. September 2026

**Rechtshilfeersuchen**

Sehr geehrter Herr Osborne

Auf Ihr Begehren vom 09.09.2026 wurden die uns eingereichten Urkunden auftragsgemäss an

Florian **Wiegand,** Winkelstrasse 345, 4234 Zullwil

zugestellt.

Beiliegend erhalten Sie die entsprechende Empfangsbescheinigung sowie die Zustellbestätigung.

Freundliche Grüsse

Muriel Kleiber, Gerichtsschreiberin

Beilage:
erwähnt

Geht an:
Eric Osborne, 1600 West End Avenue, US- Nashville, TN 37203, A-Post

**Post CH AG**
**Logistik-Services**
**Wankdorfallee 4**
**3030 Bern**

Telefon 0848 888 888
www.post.ch

Post CH AG, Logistik-Services, Wankdorfallee 4, 3030 Bern

Richteramt Dorneck-Thierstein
Amthausstrasse 15
4143 Dornach 1

# Empfangsbestätigung

**Sendungsnummer:** 98.30.401894.11774448

**Versandart:** **Gerichtsurkunde**

Vermerk: 43846 / DTZPR.2026.597 - V-ZUSAG-Z vom 17.09.2026, Bearbeiter:

**Empfängeradresse:**
Wiegand Florian
Winkelstrasse 345
4234 Zullwil

**Sendungsverlauf:**

| Datum | | Zeit | Ereignis | Bearbeitet durch |
|---|---|---|---|---|
| Do. | 17.09.2026 | 16:18 | Anmeldung der Sendung durch Versender (Dateneinlieferung) | 3000 |
| Do. | 17.09.2026 | 17:51 | Zeitpunkt der Aufgabe Ihrer Sendung | 4143 FIL Dornach |
| Fr. | 18.09.2026 | 07:41 | Ankunft an der Verarbeitungs-/Abholstelle | 4208 Zustellung Nunningen |
| Fr. | 18.09.2026 | 09:13 | Zugestellt durch | |

**Empfangsbestätigung:**

Ich habe die Sendung und die darauf aufgeführten Inhalte erhalten

Lieferzeitpunkt 18.09.2026, 09:13
Unterschrift von Wiegand Florian

Case 3:26-cv-00918 Document 26-1 Filed 10/05/26 Page 2 of 13 PageID #: 426

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

EINGANG
17. Sep. 2026
Postaufgabe:
Obergerichtskanzlei
SOLOTHURN

**Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.**
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Bezeichnung und Anschrift der ersuchenden Stelle**<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | **Anschrift der Bestimmungsbehörde**<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Eric G. Osborne<br>1600 West End Avenue, Suite1750<br>Nashville, TN 37203 | Obergericht des Kantons Solothurn<br>Zivilkammer<br>Amtshaus 1<br>4502 Solothurn |

**Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:**
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, *i.e.*:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

**(Name und Anschrift)**
(identity and address) / (*identité et adresse*)

Florian Wiegand
Winkelstrasse 345
4234 Zullwil
Switzerland

| | | |
|---|---|---|
| (●) | *a)* | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a)**)**<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
| ( ) | *b)* | **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe *b)**):**<br>in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:* |
| ( ) | *c)* | **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.**<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

**Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.**
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

***Verzeichnis der Schriftstücke***
List of documents / *Énumération des pièces*

Complaint with Exhibits, Civil Cover Sheet, Businesses Entity Disclosure Statement, Summons issued as to Florian Weigand

* Wenn zutreffend.
If appropriate / *s'il y a lieu*

| **Ausgefertigt in** Nashville, Tennessee<br>Done at / *Fait à*<br>**am** September 9, 2026<br>the / *le* | **Unterschrift und / oder Stempel**<br>Signature and/or stamp / *Signature et / ou cachet*<br>Eric G Osborne |
|---|---|



Case 3:26-cv-00918 Document 26-1 Filed 10/05/26 Page 3 of 13 PageID #: 427

# ZUSTELLUNGSZEUGNIS
CERTIFICATE
*ATTESTATION*

**Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

○ **1. dass der Antrag erledigt worden ist***
that the document has been served*
*que la demande a été exécutée**

| | |
|---|---|
| **– am (Datum):** the (date) / *le (date)* : | 18.09.2026 |
| **– in (Ort, Straße, Nummer):** at (place, street, number) / *à (localité, rue, numéro)* : | 4234 Zullwil, Winkelstrasse 345 |

**– in einer der folgenden Formen nach Artikel 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | | |
|---|---|---|---|
| ○ | *a)* | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a)* * )** In accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ⊗ | *b)* | **in der folgenden besonderen Form*:** In accordance with the following particular method*: *selon la forme particulière suivante* :* | per Gerichtsurkunde |
| ○ | *c)* | **durch einfache Übergabe*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** | |

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Name und Stellung der Person:** Identity and description of person : *Identité et qualité de la personne :* | Florian Wiegand |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | persönlich |

○ **2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

☐ **Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

***Anlagen***
Annexes / *Annexes*

| | |
|---|---|
| **Zurückgesandte Schriftstücke:** Documents returned: *Pièces renvoyées :* | – |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | Kopie Empfangsbescheinigung vom 18.08.2026 |

* Wenn zutreffend
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Ausgefertigt in** Done at / *Fait à* Dornach<br>**am** the / *le* 21.08.2026 | **Unterschrift und/oder Stempel** Signature and/or stamp / *Signature et / ou cachet* [signature] Zivil- und Strafgericht Dorneck - Thierstein Amthausstrasse 15 Postfach 4143 Dornach 1 |

Ständiges Büro, Januar 2015

# ACHTUNG

WARNING

*AVERTISSEMENT*

**Name und Anschrift des Empfängers**
Identity and address of the addressee
*Identité et adresse du destinataire*

Florian Wiegand
Winkelstrasse 345
4234 Zullwil
Switzerland

## WICHTIGER HINWEIS

DAS ANLIEGENDE SCHRIFTSTÜCK IST EIN RECHTSDOKUMENT UND KANN IHRE RECHTE UND PFLICHTEN BERÜHREN. DIE „ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS" ENTHALTEN HINWEISE ZU DER ART UND DEM ZWECK DES SCHRIFTSTÜCKS. SIE SOLLTEN DAS SCHRIFTSTÜCK AUF JEDEN FALL AUFMERKSAM DURCHLESEN UND GEGEBENENFALLS RECHTSRAT EINHOLEN.

WENN SIE NICHT ÜBER AUSREICHENDE FINANZIELLE MITTEL VERFÜGEN, SOLLTEN SIE SICH ERKUNDIGEN, OB DIE MÖGLICHKEIT BESTEHT, IN IHREM LAND ODER IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, PROZESSKOSTENHILFE ODER BERATUNGSHILFE ZU ERHALTEN.

ANFRAGEN ZUR GEWÄHRUNG VON PROZESSKOSTENHILFE ODER BERATUNGSHILFE IN DEM LAND, IN DEM DAS SCHRIFTSTÜCK AUSGESTELLT WURDE, KÖNNEN AN FOLGENDE STELLE GERICHTET WERDEN:

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Legal Aid Society of Middle Tennessee and the Cumberlands; Nashville Office 1321 Murfreesboro Pike, Suite 400 Nashville, TN 37217

**Es wird empfohlen, die in der Mitteilung vorgedruckten Teile in englischer und französischer Sprache und gegebenenfalls auch in der Amtssprache oder einer der Amtssprachen des Ursprungsstaates abzufassen. Die Eintragungen können in der Sprache des Empfängerstaates oder in englischer oder französischer Sprache gemacht werden.**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# ANGABEN ÜBER DEN WESENTLICHEN INHALT DES ZUZUSTELLENDEN SCHRIFTSTÜCKS

SUMMARY OF THE DOCUMENT TO BE SERVED

*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965. (Artikel 5 Absatz 4).**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **Bezeichnung und Anschrift der ersuchenden Stelle:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Eric G. Osborne<br>1600 West End Avenue, Suite1750<br>Nashville, TN 37203 |
| **Bezeichnung der Parteien*:**<br>Particulars of the parties*:<br>*Identité des parties* :* | Veris Home Technology LLC v.<br>Bovaird et al |

* Gegebenenfalls Name und Anschrift der an der Übersendung des Schriftstücks interessierten Person.
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

○ **GERICHTLICHES SCHRIFTSTÜCK ****
JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE***

| | |
|---|---|
| **Art und Gegenstand des Schriftstücks:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendant, Florian Weigand, of a civil claim and to demand his appearance at court. |
| **Art und Gegenstand des Verfahrens, gegebenenfalls Betrag der geltend gemachten Forderung:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige :* | Plaintiff accuses defendant Florian Weigand of Intentional Interference with Business Relationships and Civil Conspiracy - they seek damages and costs. |
| **Termin und Ort für die Einlassung auf das Verfahren **:**<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | 719 Church Street Nashville, TN 37203; within 21 days of service |
| **Gericht, das die Entscheidung erlassen hat **:**<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | |
| **Datum der Entscheidung **:**<br>Date of judgment**:<br>*Date de la décision** :* | |
| **Im Schriftstück vermerkte Fristen **:**<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | Defendant Weigand has 21 days to file an Answer once served. |

** Wenn zutreffend
if appropriate / *s'il y a lieu*

○ **AUSSERGERICHTLICHES SCHRIFTSTÜCK ****
EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE***

| | |
|---|---|
| **Art und Gegenstand des Schriftstücks:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | |
| **Im Schriftstück vermerkte Fristen **:**<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | |

** Wenn zutreffend
if appropriate / *s'il y a lieu*

***Dorneck-Thierstein Judicial Office***
*Civil Division*

*Amthausstrasse 15*
*P.O. Box 125*
*4143 Dörnach 1*
*Phone 061 704 70 45*

***Nadja Wynistorf***

*Logo: CANTON of Solothurn*

Mr.
Eric Osborne
Suite 1750
1600 West End Avenue
Nashville, TN 37203
UNITED STATES OF AMERICA

September 21, 2026

**Request for legal assistance**

Dear Mr. Osborne,

In response to your request dated September 9, 2026, the documents submitted to us were served, as instructed, on

Florian **Wiegand,** Winkelstrasse 345, 4234 Zullwil.

.

Please find enclosed the corresponding acknowledgment of receipt and confirmation of service.

Sincerely,
*[Signature]*
Muriel Kleiber, Court Clerk

Attachment:
as mentioned

To:
Eric Osborne, 1600 West End Avenue, Nashville, TN 37203, USA, Standard Mail

[Logo: +P]

**Post CH AG**
**Logistics Services**
**Wankdorfallee 4**
**3030 Bern**

Phone 0848 888 888
www.post.ch

Post CH AG, Logistics Services, Wankdorfallee 4, 3030 Bern

Dorneck-Thierstein Judicial Office
Amthausstrasse 15
4143 Dörnach 1

# Acknowledgment of receipt

**Shipment number:** 980304018941177448
[Barcode]

**Shipping method:** **Court document**

Note: 43846 / DTZPR.2026.597 - V-ZUSAG-Z of 09/17/2026, processor:

**Recipient address:**
Wiegand Florian
Winkelstrasse 345
4234 Zullwil

**Shipment history:**

| Date | | Time | Event | Processed by |
|---|---|---|---|---|
| **Th** | **09/17/2026** | 16:18 | Registration of the shipment by the shipper (data submission) | 3000 |
| **Th** | **09/17/2026** | 17:51 | Time at which your shipment was handed over | 4143 FIL Dörnach |
| **Fr** | **09/18/2026** | 07:41 | Arrival at the processing/collection point | 4208 Delivery Nünningen |
| **Fr** | **09/18/2026** | 09:13 | Delivered by | |

Acknowledgment of receipt:

I have received the item and the contents listed therein

[Signature]

[illegible]

Delivery time 09/18/2026, 09:13
Signed by Wiegand Florian

980304018941177448 , MYSB Meine Sendungen Business, 09/18/2026 / 11:48:33

## REQUEST FOR SERVICE OF A JUDICIAL OR EXTRAJUDICIAL DOCUMENT ABROAD

*[omissis]*

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague on November 15, 1969.

*[omissis]*

*[Stamp: RECEIVED Sept 11, 2026 – Posted by: SOLOTHURN Higher Court Registry]*

| Name and address of the requesting authority | Address of the receiving authority |
|---|---|
| *[omissis]*<br>Eric G. Osborne<br>1600 West End Avenue, Suite 1750<br>Nashville, TN 37203 | *[omissis]*<br>Higher Court of the Canton of Solothurn Civil Chamber<br>Administrative Building 1<br>4502 Solothurn |

The requesting authority has the honor of sending the documents listed below to the receiving authority – in two copies – with the request that, pursuant to Article 5 of the Convention, one copy be served without delay on the addressee, namely:
*[omissis]*

| (Name and address)<br>*[omissis]*<br>Florian Wiegand<br>Winkelstrasse 345 4234 Zullwil Switzerland | | |
|---|---|---|
| ⊙ | *a)* | in one of the statutory forms (Article 5(1)(a))*)<br>*[omissis]* |
| ○ | *b)* | b) in the following special form (Article 5(1)(b)*):<br>*[omissis]* |
| ○ | *c)* | c) if applicable, by simple handover (Article 5(2))*).<br>*[omissis]* |

The authority is requested to return or have returned to the requesting authority a copy of the document – and its annexes* – with the certificate of service on the back.
*[omissis]*

*List of documents*
*[omissis]*

| |
|---|
| Complaint with Exhibits, Civil Cover Sheet, Businesses Entity Disclosure Statement, Summons issued as to Florian Weigand |

* If applicable, *[omissis]*

| Issued in Nashville Tennessee | Signature and/or stamp |
|---|---|
| *[omissis]*<br>on September 9, 2026<br>*[omissis]* | *[omissis]* |

## CERTIFICATE OF SERVICE
*[omissis]*

The undersigned authority has the honor to certify, pursuant to Article 6 of the Convention,
*[omissis]*

○ 1. that the request has been processed*
*[omissis]*

| | |
|---|---|
| — on (date):<br>*[omissis]* | *09/18/2026* |
| — at (place, street, number):<br>*[omissis]* | *4232 Zullwil, Winterstrasse 345* |

| | |
|---|---|
| - In one of the following methods authorized by Article 5: | |
| ○ | *a)* in one of the statutory forms (Article 5(1)*(a)**)<br>*[omissis]* |
| ⊙ | *b)* in the following special form*:<br>*[omissis]*<br>*by court document* |
| ○ | *c)* by simple handover*<br>*[omissis]* |

The documents mentioned in the application have been delivered to:
*[omissis]*

| | |
|---|---|
| Name and position of the individual:<br>*[omissis]* | *Florian Wiegard* |
| Family, employment or other relationship to the addressee:<br>*[omissis]* | *personal* |

○ 2. that the request could not be processed for the following reasons*:

*[omissis]*

| |
|---|
| |

☐ Pursuant to Article 12(2) of the Convention, the requesting authority is asked to pay or reimburse the expenses detailed in the attached list*.
*[omissis]*

*Attachments*
*[omissis]*

| | |
|---|---|
| Documents returned:<br>*[omissis]*: | --- |
| If applicable, documents relating to the settlement:<br>*[omissis]* | *Copy of acknowledgment of receipt dated 08/18/2026* |

* If appropriate

| | |
|---|---|
| Issued in *Dornach*<br>*[omissis]*<br><br>on *09/21/2026*<br>*[omissis]* | Signature and/or stamp<br>*[omissis]*<br>*[Signature]*<br>*[Stamp: Civil and Criminal Court -- Dorneck - Thierstein - Amthausstrasse 15 - P.O. Box - 4143 Dornach 1]* |

## ATTENTION

*[omissis]*

| |
|---|
| Identity and address of the addressee<br>*[omissis]*<br><br>Florian Wiegand<br>Winkelstrasse 345<br>4234 Zullwil<br>Switzerland |

IMPORTANT NOTE

THE ATTACHED DOCUMENT IS A LEGAL DOCUMENT AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "INFORMATION ON THE ESSENTIAL CONTENT OF THE DOCUMENT TO BE SERVED" CONTAINS INFORMATION ON THE NATURE AND PURPOSE OF THE DOCUMENT. YOU SHOULD IN ANY CASE READ THE DOCUMENT CAREFULLY AND, IF NECESSARY, SEEK LEGAL ADVICE.
IF YOU DO NOT HAVE SUFFICIENT FINANCIAL MEANS, YOU SHOULD INQUIRE WHETHER THERE IS THE POSSIBILITY OF RECEIVING LEGAL AID OR ADVICE IN YOUR COUNTRY OR IN THE COUNTRY IN WHICH THE DOCUMENT WAS ISSUED.
REQUESTS FOR LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE ADDRESSED TO THE FOLLOWING OFFICE:

*[omissis]*

| |
|---|
| Legal Aid Society of Middle Tennessee and the Cumberlands; Nashville Office 1321 Murfreesboro Pike, Suite 400 Nashville, TN 37217 |

It is recommended that the pre-printed parts of the notice be written in English and French and, where appropriate, also in the official language or one of the official languages of the State of origin. Entries may be made in the language of the receiving State or in English or French.

*[omissis]*

## INFORMATION ON THE ESSENTIAL CONTENT OF THE DOCUMENT TO BE SERVED

*[omissis]*

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague on November 15, 1965. (Article 5(4)).
*[omissis]*

| | |
|---|---|
| Name and address of the requesting authority: *[omissis]* | Eric G. Osborne<br>1600 West End Avenue, Suite 1750<br>Nashville, TN 37203 |

| | |
|---|---|
| Names of the parties*: *[omissis]* | Veris Home Technology LLC v. Bovaird et al. |

* If applicable, name and address of the person interested in the transmission of the document,
*[omissis]*

○ JUDICIAL DOCUMENT**
*[omissis]*

| | |
|---|---|
| Type and subject matter of the document: *[omissis]* | To inform the defendant, Florian Weigand, of a civil Claim and to demand his appearance at court. |
| Nature and subject of the proceedings, and, if applicable, the amount of the claim asserted: *[omissis]* | Plaintiff accuses defendant Florian Weigand of Intentional Interference with Business Relationships and Civil Conspiracy - they seek damages and costs. |
| Date and place for entering an appearance in the proceedings **: *[omissis]* | 719 Church Street Nashville, TN 37203; within 21 days of Service |
| Court that rendered the judgment **: *[omissis]* | |
| Date of the judgment **: *[omissis]* | |
| Deadlines indicated in the document **: *[omissis]* | Defendant Weigand has 21 days to file an Answer once served. |

* If applicable
*[omissis]*

○ EXTRAJUDICIAL DOCUMENT **
*[omissis]*

| | |
|---|---|
| Type and subject matter of the document: *[omissis]* | |
| Deadlines indicated in the document **: *[omissis]* | |

• If applicable
*[omissis]*

Permanent Office, January 2015

**PRINT** **RESET**

translated.

# Certification of Translation Accuracy

2026-10-05

Project No.:
1007924469

Translated document**:**
Translation_Services_Quote

Language Combination:
German-English US

We, Translated s.r.l., a professional translation company, hereby certify that the above mentioned documents have been translated by experienced and qualified professional translators to the best of their ability. The translation is a true and accurate translation of the original document.

This certificate relates to the accuracy of the translation only and not to the original content of the document. In accordance with our general terms and conditions, Translated s.r.l. is not liable and shall not be held liable for the consequences of any use of the translation by the customer or any other party.

A copy of the translation is attached to this certification.

Translated S.r.l.
Via Indonesia n.23
00144 Roma (RM)
P.IVA 07173521001

Co-founder & Chairwoman
TRANSLATED SRL

–
TRANSLATED S.R.L.
VAT. IT 071 73 52 10 01
R.E.A. Roma 1015467

–
Via Indonesia 23
00144 Rome (RM)
Italy

–
E-MAIL info@translated.com
TEL. +39 06 90 254 001
WEB. translated.com

ISO 9001:2015 CERTIFIED QUALITY MANAGEMENT SYSTEM
ISO 17100:2015 CERTIFIED TRANSLATION SERVICE PROVIDER
ata American Translators Association CORPORATE MEMBER