IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO), Plaintiffs, v. MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC, Defendants. | Case No. 3:26-cv-00918<br>District Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans<br>JURY DEMAND |

**JOINT MOTION FOR BRIEFING SCHEDULE AND
FOR LEAVE TO FILE EXCESS PAGES**

The Parties which have appeared before this Court,[1] as indicated by the signatures of their counsel hereto, respectfully request that this Court: (i) extend the Defendants' response deadlines to the October 1, 2026 Amended Complaint (Doc. No. 25) to **October 23, 2026**, extend the Plaintiffs' response deadline to **November 13, 2026**, and extend the Defendants' reply deadline to **November 24, 2026**; and (ii) increase the page limits for any Rule of Civil Procedure 12 motion by **five (5) additional pages** for the memoranda and response and by **two (2) additional** pages for any reply.

In support of this joint motion, the Parties state as follows:

[1] Defendant Florian Wiegand, a citizen of Switzerland, has not entered an appearance in this case as of the date of this filing and therefore has not been included in this Motion.

1. On September 11, 2026, all Movants moved to dismiss the original Complaint for lack of personal jurisdiction and improper venue. S*ee* Doc. Nos. 18–21. Defendant Michael Gefteas additionally moved for lack of subject matter jurisdiction and/or, in the alternative, for failure to state a claim if the Court found jurisdiction. *See* Doc. Nos. 20–21.

2. On October 1, 2026, Plaintiff Veris Home Technology LLC ("Veris") amended its Complaint. The Amended Complaint: (i) adds two additional Plaintiffs, AXISS Audio USA LLC and AXISS Distribution Incorporated; (ii) asserts new claims allegedly assigned to Veris by third-party Spemot AG; (iii) alleges a new count of injurious falsehood against all Movants; (iv) alleges two new counts against Defendant Michael Gefteas for breach of contract and violation of the Tennessee Consumer Protection Act; (v) alleges additional facts regarding jurisdiction and venue; (vi) increases the *ad damnum* from $1.8 million to $2 million; (vii) seeks treble damages and attorney's fees against Defendant Michael Gefteas; (viii) adds seven (7) new exhibits; and (ix) increases the total length of the pleading from at or around 48 pages and 327 enumerated paragraphs to 72 pages and 468 paragraphs.

3. Movants' response deadline is currently Thursday, October 15, 2026. *Cf.* Fed. R. Civ. P. 15(a)(3).

4. In light of the additional factual averments and theories of relief alleged in the Amended Complaint, the undersigned Parties have conferred in accordance with LR 7.01(A)(1) and have agreed to the briefing schedule and page limitation increases set forth herein.[2]

5. The Parties have agreed and stipulate that the Defendants shall have through October 23, 2026 to respond to the Amended Complaint. The Plaintiffs will have through

---

[2] No counsel has appeared on behalf of Defendant Florian Wiegand. *Cf.* LR 7.01(a)(1) (providing that, with certain exceptions, all motions "must state that counsel for the moving party has conferred with *all other counsel*") (emphasis added).

November 13, 2026 to respond to any motion to dismiss under Rule 12. The Defendants shall then have through November 24, 2026, to file any optional reply. Good cause warrants this extension in light of the significant changes included in the Amended Complaint and the Movants' counsel's preexisting professional obligations to other cases.

6. Furthermore, in light of the complex new issues introduced by the Amended Complaint, the Parties request a modest page increase for their briefing under LR 7.01(a)(2)–(4). Defendants request up to five (5) additional pages of briefing in any memoranda in support of a Rule 12 motion to dismiss to provide sufficient space to address the new counts, factual averments, parties, and theories of relief added by the Amended Complaint. To be fair to all Parties, the Parties consent to—and ask that the Court grant—page increases as follows: the Defendants may file memoranda in support of any Rule 12 motion to dismiss of up to thirty (30) pages; the Plaintiffs may file a response in opposition to any Rule 12 motion to dismiss of up to thirty (30) pages; and the Defendants may file an optional reply brief of up to seven (7) pages.

7. For the avoidance of doubt, the undersigned Defendants do not, by filing this Joint Motion, intend to waive, concede, or otherwise forfeit their right to request that the Court dismiss this action on the grounds of personal jurisdiction or venue. Rather, Defendants request additional time and an increased page limit to articulate any such arguments under Rule 12.

Respectfully submitted,

*/s/ Eric C. Lyons*
Eric C. Lyons, BPR No. 036105
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3736
elyons@buchalter.com
*Counsel for Defendants Michael Gefteas*

*/s/ Peter Robison w/ perm. ECL*
Peter Robison, BPR # 27498
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 259-1343
probison@lewisthomason.com
*Counsel for Defendants Michael Bovaird, Suncoast Audio LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution LLC*

*/s/ Eric G. Osborne w/ perm. ECL*
Eric G. Osborne, BPR No. 029719
Amy R. Mohan, BPR No. 031238
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all attorneys of record registered on the CM/ECF system. All other parties will be served by electronic mail and/or U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Eric G. Osborne
Amy R. Mohan
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiffs*

Peter Robison, BPR
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 259-1343
probison@lewisthomason.com
*Counsel for Defendants Michael Bovaird, Suncoast Audio LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution LLC*

Florian Wiegand
Cross Street Corporate Services, LLC
50 Central Avenue, 8th Floor
Sarasota, FL 34236

*/s/ Eric C. Lyons*
Eric C. Lyons, BPR No. 036105
*Counsel for Defendants Michael Gefteas*