IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | ) | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

**MEMORANDUM ORDER**

The Parties currently before the Court have filed a joint motion to: (i) extend the Parties' response deadlines with respect to the Amended Complaint; and (ii) authorize all parties to submit additional pages of briefing in any Federal Rule of Civil Procedure 12 motion and any response or reply thereto. Doc. No. 27.

The joint motion (Doc. No. 27) is GRANTED:

1. The Defendants' deadline to respond to the Amended Complaint is hereby extended from Thursday, October 15, 2026 to **Friday, October 23, 2026**. If the Defendants' response is one to which Plaintiffs are required to respond (such as a Rule 12 motion to dismiss), the Plaintiffs may respond by **Friday, November 13, 2026**. The Defendants may file an optional reply in support of any Rule 12 motion by **Tuesday, November 24, 2026**.

2. In light of the additional theories of relief asserted in the Amended Complaint and other factors identified in the Joint Motion, the Parties' page limits for briefing are increased as follows: the Defendants may file a memorandum in support of any Rule 12 motion of up to **thirty (30) pages**; the Plaintiffs may file a response of up to **thirty (30) pages**; and the Defendants may file an optional reply brief of up to **seven (7) page**s. This page limit increase applies only to this set of Rule 12 motions, and any subsequent page limit increase will require further leave of court in accordance with LR 7.01(a)(2)–(4).

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge

APPROVED FOR ENTRY:

/s/ Eric C. Lyons

Eric C. Lyons, BPR No. 036105
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3736
elyons@buchalter.com

*Counsel for Defendants Michael Gefteas and Bespoke Audio Shop*

/s/ Peter Robinson w/ perm. ECL

Peter Robison, BPR # 27498
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 259-1343
probison@lewisthomason.com

*Counsel for Defendants Michael Bovaird, Suncoast Audio LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution LLC*

/s/ Eric G. Osborne w/ perm. ECL

Eric G. Osborne, BPR No. 029719
Amy R. Mohan, BPR No. 031238
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com

*Counsel for Plaintiffs*