**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VERIS HOME TECHNOLOGY d/b/a AXISS AUDIO,** | ) | |
| **Plaintiff,** | ) | **No.: 3:26-cv-00918** |
| **v.** | ) | **District Judge Waverly D. Crenshaw, Jr.** |
| **MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC, and BESPOKE AUDIO SHOP,** | ) | **Magistrate Judge Luke A. Evans** |
| **Defendant(s).** | ) | **JURY DEMAND** |

---

**NOTICE OF APPEARANCE**

---

Notice is hereby given of the appearance of Peter C. Robison of the law firm of Lewis Thomason, P.C. as counsel for Defendant Florian Wiegand in the above-styled case. This Notice is given without waiving any objection regarding jurisdiction or venue of this Court and preserving all rights to file motions or otherwise. The clerk is requested to direct all mailings in this case to Peter Robison.

Respectfully submitted,

*/s/ Peter Robison*

Peter C. Robison (BPR # 27498)
LEWIS THOMASON, P.C.
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
probison@lewisthomason.com

*Counsel for Defendant Florian Wiegand*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October 2026, a copy of the foregoing has been delivered to all parties at interest via Court's ECF system:

Eric G. Osborne
Amy R. Mohan
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiffs*

Eric C. Lyons
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3736
elyons@buchalter.com
*Counsel for Defendants Michael Gefteas*

*/s/ Peter Robison*
Peter C. Robison