IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND**

The Parties, as indicated by the signatures of their counsel hereto, respectfully request that this Court extend the Defendants' response deadlines to the October 1, 2026 Amended Complaint (Doc. No. 25) to **October 23, 2026**, extend the Plaintiffs' response deadline to **November 13, 2026**, and extend the Defendants' reply deadline to **November 24, 2026**.

In support of this joint motion, the Parties state as follows:

1. On October 12, 2026, the above Parties filed a Joint Motion for Briefing Schedule and For Leave to File Excess Pages (the "Previous Motion"). Doc. No. 27. The Previous Motion was filed *before* the Movants' response deadline of October 15, 2026. *Cf.* Fed. R. Civ. P. 15(a)(3). As of this filing, the Court has not ruled on the Previous Motion.

2. The Parties withdraw their request for leave to file excess pages and ask only that the Court extend the Parties' response deadlines as set forth herein.

3. Good cause exists to extend the Parties' response deadlines because the Amended Complaint: (i) adds two additional Plaintiffs, AXISS Audio USA LLC and AXISS Distribution Incorporated; (ii) asserts new claims allegedly assigned to Veris by third-party Spemot AG; (iii) alleges a new count of injurious falsehood against all Movants; (iv) alleges two new counts against Defendant Michael Gefteas for breach of contract and violation of the Tennessee Consumer Protection Act; (v) alleges additional facts regarding jurisdiction and venue; (vi) increases the *ad damnum* from $1.8 million to $2 million; (vii) seeks treble damages and attorney's fees against Defendant Michael Gefteas; (viii) adds seven (7) new exhibits; and (ix) increases the total length of the pleading from at or around 48 pages and 327 enumerated paragraphs to 72 pages and 468 paragraphs.

4. In light of the additional factual averments and theories of relief alleged in the Amended Complaint, the undersigned Parties have conferred in accordance with LR 7.01(A)(1) and have agreed to the briefing schedule set forth herein.

5. The Parties have agreed and stipulate that the Defendants should have through October 23, 2026 to respond to the Amended Complaint. The Plaintiffs should have through November 13, 2026 to respond to any motion to dismiss under Rule 12. The Defendants should then have through November 24, 2026, to file any optional reply. Good cause warrants this extension in light of the significant changes included in the Amended Complaint and the Movants' counsel's preexisting professional obligations to other cases.

6. For the avoidance of doubt, the undersigned Defendants do not, by filing this Joint Motion, intend to waive, concede, or otherwise forfeit their right to request that the Court dismiss

this action on the grounds of personal jurisdiction or venue. Rather, Defendants request additional time and an increased page limit to articulate any such arguments under Rule 12.

Respectfully submitted,

*/s/ Eric C. Lyons*
Eric C. Lyons, BPR No. 036105
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3736
elyons@buchalter.com
*Counsel for Defendant Michael Gefteas*

*/s/ Peter Robison w/ perm. ECL*
Peter Robison, BPR # 27498
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 259-1343
probison@lewisthomason.com
*Counsel for Defendants Michael Bovaird, Florian Wiegand, Suncoast Audio LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution LLC*

*/s/ Eric G. Osborne w/ perm. ECL*
Eric G. Osborne, BPR No. 029719
Amy R. Mohan, BPR No. 031238
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all attorneys of record registered on the CM/ECF system. All other parties will be served by electronic mail and/or U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Eric G. Osborne
Amy R. Mohan
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiffs*

Peter Robison, BPR
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 259-1343
probison@lewisthomason.com
*Counsel for Defendants Michael Bovaird, Florian Wiegand, Suncoast Audio LLC, Luxury Hi-Fi Distribution LLC, and Clarisys Audio Global Distribution LLC*

*<u>/s/ Eric C. Lyons</u>*
Eric C. Lyons, BPR No. 036105
*Counsel for Defendants Michael Gefteas*