IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO), | ) | |
| | ) | Case No. 3:26-cv-00918 |
| Plaintiffs, | ) | District Judge Waverly D. Crenshaw, Jr. |
| v. | ) | Magistrate Judge Luke A. Evans |
| MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC, | ) | JURY DEMAND |
| Defendants. | ) | |

**MEMORANDUM ORDER**

The Parties currently before the Court have filed a joint motion to extend the Parties' response deadlines with respect to the Amended Complaint. The joint motion (Doc. No. 27) is GRANTED. The Defendants' deadline to respond to the Amended Complaint is hereby extended from Thursday, October 15, 2026 to **Friday, October 23, 2026**. If the Defendants' response is one to which Plaintiffs are required to respond (such as a Rule 12 motion to dismiss), the Plaintiffs may respond by **Friday, November 13, 2026**. The Defendants may file an optional reply in support of any Rule 12 motion by **Tuesday, November 24, 2026**.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge

APPROVED FOR ENTRY:

/s/ Eric C. Lyons
Eric C. Lyons, BPR No. 036105
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3736
elyons@buchalter.com

*Counsel for Defendants Michael Gefteas*

/s/ Peter Robinson w/ perm. ECL
Peter Robison, BPR # 27498
LEWIS THOMASON, P.C.
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Tel: (615) 259-1343
probison@lewisthomason.com

*Counsel for Defendants Michael Bovaird,
Florian Wiegand, Suncoast Audio LLC,
Luxury Hi-Fi Distribution LLC, and
Clarisys Audio Global Distribution LLC*

/s/ Eric G. Osborne w/ perm. ECL
Eric G. Osborne, BPR No. 029719
Amy R. Mohan, BPR No. 031238
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
Tel.: (615) 742-4200
eosborne@srvhlaw.com
amohan@srvhlaw.com

*Counsel for Plaintiffs*