# DECLARATION OF MICHAEL BOVAIRD

COMES Michael Bovaird, who states as follows:

1. My name is Michael Bovaird. I am an owner of Suncoast Audio, LLC ("Suncoast"), Luxury Hi-Fi Distribution LLC ("Luxury"), and Clarisys Audio Global Distribution, LLC ("Clarisys"). I have personal knowledge of the matters set forth in this Declaration and would be competent to testify to these matters if called as a witness.

2. I am a resident of the State of Florida. I have never resided in Tennessee, I do not own property in Tennessee, and I have never signed any contract that subjected me to the laws of Tennessee or the venue/jurisdiction of the courts of Tennessee.

3. Suncoast is a limited liability company formed under the laws of the State of Florida, with its principal place of business in Sarasota, Florida. None of the members of Suncoast reside in Tennessee.

4. Luxury is a limited liability company formed under the laws of the State of Florida, with its principal place of business in Sarasota, Florida. None of the members of Luxury reside in Tennessee.

5. Clarisys is a limited liability company formed under the laws of the State of Florida, with its principal place of business in Sarasota, Florida. None of the members of Clarisys reside in Tennessee.

6. Suncoast, Luxury, and Clarisys do not have any offices or facilities in Tennessee.

7. Suncoast, Luxury, and Clarisys do not have a registered agent for service of process in Tennessee.

8. Suncoast, Luxury, and Clarisys are not businesses registered with the Tennessee Secretary of State.

9. Suncoast, Luxury, and Clarisys do not own or lease any real or personal property in Tennessee.

10. Suncoast, Luxury, and Clarisys do not have any assets or bank accounts in Tennessee.

11. Suncoast, Luxury, and Clarisys do not have any employees who reside in or work out of an office in Tennessee.

12. Suncoast, Luxury, and Clarisys do not store inventory in Tennessee.

13. Suncoast, Luxury, and Clarisys do not have any control over where Veris Home Technology, LLC ("Veris"), Axiss Audio USA LLC ("AAU"), or Axiss Distributor Inc. ("ADI") do business or sell or market their products. Neither I nor any of my companies directed or requested that ADI or any affiliated entity to relocate operations to Tennessee, establish Tennessee banking relationships, or invoice us through any Tennessee entity.

14. Suncoast, Luxury, and Clarisys have never entered into any contract that subjected them to the laws of the State of Tennessee or the jurisdiction of the courts of Tennessee.

15. Suncoast has never entered into any contract with AAU or Veris.

16. I have never personally entered into any contract with AAU or Veris.

17. I did not personally agree to conduct business under Tennessee law or submit to the jurisdiction of Tennessee.

18. The only contract between Suncoast, Luxury, Clarisys or me and any entity related to Veris (including AAU and ADI) is the Authorized Dealer Agreement between Suncoast and ADI dated April 28, 2023, attached to the Amended Complaint as Exhibit 2, which stated in Article

17 that "This Agreement shall be governed and construed in all respects in accordance with the laws of the State of California."

19. The Authorized Dealer Agreement did not require Suncoast to install any of the product sold by Suncoast as a dealer for ADI.

20. Suncoast never sold any product for ADI to any customer in Tennessee.

21. Any payments sent by Suncoast to ADI for purchases of product sold under the Authorized Dealer Agreement were simply following wiring or other payment instructions.

22. Suncoast did not negotiate or request a Tennessee payment destination, and neither I nor Suncoast were ever advised that following those instructions would change the contracting entity.

23. Neither I nor anyone else at Suncoast understood those payments to be placing ourselves under the authority of the laws of Tennessee, particularly since the Authorized Dealer Agreement said California law controlled.

24. Suncoast and I understood that the Soulution products would be coming from Switzerland. If Soulution products were warehoused in Tennessee at any point, it was outside our knowledge.

25. Suncoast never received any communication or notice that the Authorized Dealer Agreement had been assigned to any other entity before the Authorized Dealer Agreement was terminated in December 2025.

26. My involvement in the transaction with California customer PK-LA and the attempted resolutions of his concerns was solely in my capacity as a representative of Suncoast, and all of my actions in that effort were performed in Florida or California.

27. Luxury and Clarisys have no contractual relationship with ADI, AAU, or Veris. Luxury and Clarisys had no involvement in the transaction with California customer PK-LA.

28. Neither I nor Suncoast executed any agreement consenting to the assignment or transfer of the Authorized Dealer Agreement from ADI to AAU, Veris, or any other Tennessee entity. Suncoast was never given notice that its contractual relationship with ADI had been transferred to a different legal entity before ADI terminated the Authorized Dealer Agreement.

29. The sale of Soulution 717 and 727 units to the customer identified as PK-LA occurred pursuant to the Authorized Dealer Agreement between Suncoast and ADI. All actions by Suncoast and me to facilitate the sale and resolve the customer concerns of PK-LA took place in Florida or California.

30. Suncoast and I did not agree with ADI or AAU to install any Soulution products for PK-LA or other customers.

31. Suncoast and I did not agree to any confidentiality provisions of any sort regarding the resolution of PK-LA's customer experience.

32. Dave Weintraub is not an employee or agent of Suncoast, Luxury, Clarisys, or me personally.

33. Mr. Weintraub's company, Luxury Brands Management, was a separate and independent company retained by Luxury and Clarisys solely for marketing and consulting services, without a written contract. Mr. Weintraub was not an employee of Suncoast, Luxury, or Clarisys, and neither he nor Luxury Brands Management was authorized to make statements or representations on behalf of Suncoast, Luxury, Clarisys, or me personally concerning ADI, AAU, Veris, Soulution, or the matters alleged in this lawsuit.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 22 day of October, 2026.

Michael Bovaird
Michael Bovaird

Signature: Michael Bovaird
Michael Bovaird (Oct 22, 2026 12:12:38 EDT)
Email: mbovaird@me.com

Signature:
Email: probison@lewisthomason.com