# DECLARATION OF DAVID WEINTRAUB

COMES David Weintraub, who states as follows:

1. My name is David Weintraub. I am the owner of Luxury Brands Management LLC, a marketing and consulting agency. I have personal knowledge of the matters set forth in this Declaration and would be competent to testify to these matters if called as a witness.

2. Through my company, I preform specialized market consulting for a variety of industries, including audio equipment, jewelry, specialized meat producers, timepiece wholesalers, auto detailing products and clothing manufacturers.

3. Neither I nor my company do any exclusive work for any particular brand.

4. Despite the similar name, Luxury Brands Management LLC is not related to the Florida entity Luxury Hi-Fi Distribution LLC.

5. At no time have I ever been an employee or sales representative of Suncoast Audio LLC ("Suncoast"), Luxury Hi-Fi Distribution LLC ("Luxury"), Clarisys Audio Global Distribution LLC ("Clarisys"), Michael Bovaird, or Florian Wiegand.

6. I do not do any work for Suncoast. My company has done some marketing and consulting work for Luxury and Clarisys, but only as an independent contractor.

7. I am not the head of sales for Clarisys, nor do I have any other title or role with Clarisys.

8. I do not make sales for any of my clients, including Clarisys or Luxury. I do not receive any commissions from Clarisys or Luxury.

9. Neither I nor my company had any involvement in any transaction with a customer in Malibu, California identified as PK-LA or the resolution of any customer complaints that arose from that transaction.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 21 day of October, 2026.

Dave Weintraub
Dave Weintraub (Oct 21, 2026 13:52:34 CDT)
David Weintraub

**Signature:**

**Email:** probison@lewisthomason.com