EXHIBIT C

## DECLARATION OF FLORIAN WIEGAND

COMES Florian Wiegand, who states as follows:

1. My name is Florian Wiegand. I have personal knowledge of the matters set forth in this Declaration and would be competent to testify to these matters if called as a witness.

2. I have no ownership interest in Suncoast Audio, LLC (“Suncoast”), Luxury Hi-Fi Distribution LLC (“Luxury”), or Clarisys Audio Global Distribution, LLC (“Clarisys”).

3. I do design work for Clarysis, but I am not an employee or owner.

4. I am a citizen and resident of Switzerland.

5. I have never visited or resided in Tennessee. I do not own property in Tennessee, and I have never signed any contract that subjected me to the laws of Tennessee or the venue/jurisdiction of the courts of Tennessee.

6. Dave Weintraub is not my employee or representative, and I have never hired him to do work for me personally or to speak for me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 22 day of October, 2026.

Florian Wiegand