IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

**SUPPLEMENTAL DECLARATION OF MICHAEL GEFTEAS**

I, Michael Gefteas, make oath and state as follows:

1. I am a Defendant in the above-captioned action. I am above the age of eighteen (18) years of age and have personal knowledge of the matters herein. I make this Declaration to supplement my September 11, 2026 Declaration (Doc. No. 21-1).

2. I have never performed any services in Tennessee for Veris Home Technology LLC ("Veris"), Spemot AG ("Spemot"), AXISS Audio USA LLC ("AAU"), or AXISS Distribution Incorporated ("ADI"). I am not aware that I have ever contracted to supply services or things in Tennessee, solicited business in Tennessee, or done business in Tennessee. I have never tried to purposefully avail myself of Tennessee's protection or laws.

3. I do not know with absolute certainty where I was geographically at the time I made each of the posts which is the subject of this litigation. I most likely made the majority of the posts from Texas, where I reside. I can say with certainty that I did not make any of the posts from Tennessee.

4. In fact, I do not have any specific recollection of ever visiting Tennessee. While I cannot say with absolutely certainty I have never stepped foot in Tennessee in my entire life, I do not have any specific recollection of ever doing so in recent memory. (For example, it is conceivable that I may have landed in Tennessee during a flight layover, passed through on a road trip, or visited Tennessee years ago.)

5. The Amended Complaint attaches two AAU invoices listing Nashville, Tennessee addresses (Doc. Nos. 25-3, 25-4). However, the invoice I received on May 1, 2024, which was referenced in paragraph 8 of my September 11, 2026 Declaration, listed the California address for AXISS Distribution Inc. A true and correct copy of the May 1, 2024 invoice, with my street address redacted, is attached to this Declaration.

6. To the best of my knowledge, I have never derived substantial revenue from goods used or consumed or services rendered in Tennessee. My internet posts and HiFi audio reviews as the Greek Audio Geek are made for a nationwide and international audience. In my experience, the top markets for high end audio equipment are California, New York, New Jersey, and similar urban centers—not Tennessee.

7. I am not the director or officer of any corporation which conducts business in Tennessee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2026 within the United States of America.

Michael Gefteas
Michael Gefteas (Oct 23, 2026 14:33:13 CDT)

**MICHAEL GEFTEAS**

**AXISS Distribution Inc.**

17800 S Main St Ste 109
Gardena, CA 90248 US
info@axissaudio.com
axissaudio.com

# INVOICE

| BILL TO | SHIP TO | SHIP VIA | Ground Freight | INVOICE | 1234 |
|---|---|---|---|---|---|
| Michael Gefteas | Michael Gefteas | | | DATE | 05/01/2024 |
| [redacted] | [redacted] | | | TERMS | Net 30 |
| Fisco, TX 75034 | Fisco, TX 75034 | | | DUE DATE | 05/31/2024 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Nihon Onkyo Engineering Acoustic Grove System ST1 Standalone Diffusor Panel | Nihon Onkyo Engineering Acoustic Grove System ST1 Standalone Diffusor Panel | 2 | 2,995.00 | 5,990.00 |
| Nihon Onkyo Engineering Acoustic Grove System FS1 Floorstanding Diffusor (L + R Pair) | Nihon Onkyo Engineering Acoustic Grove System FS1 Floorstanding Diffusor (L + R Pair) | 1 | 4,598.00 | 4,598.00 |
| Nihon Onkyo Engineering Acoustic Grove System FL1 Floor Diffusor | Nihon Onkyo Engineering Acoustic Grove System FL1 Floor Diffusor | 2 | 1,895.00 | 3,790.00 |
| Nihon Onkyo Engineering Acoustic Grove System MN1 Wall-mount Diffusor | Nihon Onkyo Engineering Acoustic Grove System MN1 Wall-mount Diffusor | 1 | 1,095.00 | 1,095.00 |

This invoice represents a special arrangement for Michael Gefteas to test these products as part of a review. Michael agrees to return these products to AXISS Audio 30 days from receipt in the same good condition in which they were received. If these products are not returned to AXISS in good condition after 30 days, then Michael Gefteas will owe the balance shown on this invoice. AXISS agrees to cover the cost of shipping both ways. Please contact AXISS Audio to arrange for return shipping once the review is complete.

BALANCE DUE **USD 15,473.00**