IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | ) | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

## DECLARATION OF TJ GOLDSBY

Pursuant to 28 U.S.C. § 1746, I, Timothy John Goldsby, hereby declare as follows:

1. I am over 18 years of age, have knowledge of the matters below personally, and am competent to make this declaration

2. I am the Vice President of Sales and Dealer Relations at AXISS Audio USA, LLC ("AAU").

3. When Cliff Duffey bought AXISS Audio and I joined the AXISS Audio team, I called all of the existing AXISS Audio dealers around the country to tell them that we were moving AXISS from California to Tennessee, relocating to Nashville, and shedding the old AXISS company in order to move to new operations in Tennessee. Also, I told every prospective new



Case 3:26-cv-00918 Document 35-1 Filed 11/13/26 Page 1 of 39 PageID #: 555

EXHIBIT 1

dealer that I talked to the same update and reasons for why we were moving the business to Tennessee.

4. I had multiple conversations with Michael Bovaird about Tennessee and Nashville in particular.

5. Mr. Bovaird and I discussed Nashville and my presence in Nashville repeatedly.

6. Mr. Bovaird told me that he traveled to Nashville repeatedly. He asked for restaurant recommendations, and I provided them.

7. Each sale by AAU is a separate contract.

8. That is essential, because each invoice can have unique payment terms, one-time discounts, special delivery services, and carries a unique warranty agreement with each dealer's end user customer based on the date of purchase and different warranty terms of each manufacturer.

9. AAU reflects its sales in writing via invoices when dealers place orders with AAU in Tennessee. The invoices are sent to dealers after they submit a written or verbal purchase order so that there is a clear written agreement on what products AAU is selling to the dealer, their price, and any special terms. Dealers then execute the invoice agreement by submitting a deposit or full payment to AAU, followed by AAU working to fulfill the order through its warehouse in TN.

10. These contracts for sale of the specialty goods sold by AAU all take place entirely in Tennessee where AAU decides if it will accept the contract and receives payment, and from which it ships the specialty goods purchased.

11. Everything essential to each and every contract for sale takes place in Tennessee, including the majority of phone calls.

12. I explained to Mr. Bovaird that he was now doing business with AAU in Tennessee, and other AXISS employees did so too, including in writing.

13. For example, on February 22, 2024, Margaret Carson, AAU's Director of Operations and Accounting emailed Mr. Bovaird, with me CCed and informed him when she sent an invoice confirming the contract to buy a Soulution 757 that "This invoice is from AXISS Audio USA, the TN location, and it needs to be paid to that entity. I have attached the wire transfer/ACH information for that entity if you wish to pay by wire/ACH." A true and correct copy of that email is attached hereto as Exhibit 1.

14. From that moment onward, Suncoast exclusively ordered products from and paid via wire to AAU.

15. I am aware of the Declaration of Mr. Bovaird in this matter.

16. Mr. Bovaird asserts that neither he nor Suncoast ever entered into any contract with AAU, but that is incorrect. Suncoast entered into a contract with AAU in Tennessee every time it purchased products from AAU.

17. In fact, Mr. Bovaird was aware he was doing business with AAU because each invoice between AAU and Suncoast listed AAU and its Tennessee address from January 4, 2024 to November 6, 2025. True and correct copies of the 11 invoices showing Suncoast was contracting with AAU are attached hereto as Exhibits 2-12.

18. Likewise, Mr. Bovaird made payments to AAU at its bank in Tennessee, each time acknowledging AAU's Tennessee address. True and correct copies of six such payments are attached hereto as Exhibits 13-18.

19. And Mr. Bovaird also entered into other contracts with AAU on top of the purchases of specialty products.

20. Specifically, Mr. Bovaird entered into a contract with AAU over the phone with me when he promised to install the Soulution products that were shipped to PK_LA's house.

21. Because AAU is a pure wholesale business who relies on authorized resellers, it is AAU's standard policy to ship products only to dealer stores and addresses. This is very important for tax compliance, as it is up to the dealer to then deliver the products to their customer and charge the appropriate sales tax to their customer. Under rare situations, AAU will agree to ship directly to the dealer's customer, but only if we have a valid re-sale certificate for that dealer and they agree to go to the customer site to provide install services. When any wholesale distributor of high end Hi-Fi products agrees to ship direct to a customer rather than the dealer, it is common practice that the dealer is required to go to the customer location to perform installation and setup of the products.

22. Mr. Bovaird asked AAU to arrange for Soulution 717s to be shipped directly to PK_LA, and we agreed to do this with expectation that he would go on-site for installation and ensure customer satisfaction.

23. I specifically asked Mr. Bovaird, "What is your plan for getting out there to do the installation?"

24. Mr. Bovaird told me that he would do the installation by responding "we will take care of it."

25. I would never have agreed to ship the 717s directly to PK_LA's home if Mr. Bovaird had not promised me that either he or another Suncoast employee would perform the installation and setup at PK_LA's home.

26. Mr. Bovaird's statement in his declaration that he did not agree with AAU to install Soulution products for PK_LA is false.

27. I was in Tennessee acting in my role as Vice-President of AAU when Mr. Bovaird solicited the contract with AAU to ship the 717s directly to PK_LA in California in exchange for Mr. Bovaird's promise that Suncoast would install the products.

28. This was a contract between Suncoast and AAU that Mr. Bovaird personally negotiated with me in Tennessee.

29. In my role as Vice-President of AAU, I also engaged repeatedly with Michael Gefteas.

30. Mr. Gefteas called me in Tennessee and solicited a contract with AAU to do a review of AGS products.

31. Because AXISS was still in the process of completing the transition from California to Tennessee and closing ADI as an operating company, the invoice lists ADI and its California address but the products were shipped from Tennessee to Mr. Gefteas with the requirement he then return ship them to AAU in Tennessee.

32. The invoice that Mr. Gefteas references in his paragraph 5 of his declaration therefore lists the ADI address, but it specifically notes at the bottom of that same invoice that the invoice "represents a special arrangement for Michael Gefteas to test these products as part of a review," and that Mr. Gefteas would return the products to AAU in Tennessee.

33. Mr. Gefteas did a positive review of the AGS products, for which AAU compensated him with a 62% reduction off of the purchase price of the products. That compensation is reflected in the invoice attached to AXISS's complaint that shows how Mr. Gefteas bought the products from Veris pursuant to a contract with Veris in Tennessee and was able to do so because AAU contracted with him in Tennessee to give him the discount in exchange for the positive review.

34. But Mr. Gefteas was not satisfied with that and demanded more, including specifically that AAU refund some of the money he had to pay for discounted AGS products he had purchased in the contract with Veris.

35. Throughout the fall of 2024, Mr. Gefteas regularly called me asking for money. He told me, "I will continue posting good reviews, and you want me to stay on your good side."

36. Mr. Gefteas made those calls to me in Tennessee. He knew I was in Tennessee, in part because he invited me to drive products to him for review and visit him personally at his home in Texas.

37. I understood that Mr. Gefteas was soliciting a contract in which he would agree to write positive reviews of AXISS products and not disparage AXISS if AAU would pay him approximately $3,000.

38. Mr. Gefteas proposed that he would continue to do positive reviews for AXISS and speak well of AXISS, and in exchange he asked that AAU send him a cash payment equal to one of the two payments he had made for the (62% discounted) AGS products.

39. After some further negotiation, I agreed to pay Mr. Gefteas half of what he initially requested, and he accepted my offer. I paid him $1479.15, in two installments, in exchange for continuing our relationship, positive reviews, and no disparagement.

40. Because neither Mr. Gefteas nor I had our own Zelle accounts, I made the payments from my wife's Zelle account to Mrs. Gefteas's Zelle account. I made the payments on December 17, 2024 and January 2, 2025.

41. Although the contract was negotiated and agreed to in part via phone, it was also negotiated via texts and emails and is reflected in writing and signed by Mr. Gefteas via an email chain.

42. On November 14, 2024, Mr. Gefteas emailed me and identified the payments he had asked that I refund in exchange for his continued positive reviews and agreement to not disparage AXISS.

43. On December 4, 2024, Mr. Gefteas emailed again and asked if there was an update on his having earned his AGS money back. By earning back he meant our discussion that he would do positive reviews going forward and not disparage AXISS, but at that time AAU had still not agreed to Mr. Gefteas's proposal.

44. Then on December 17 at 6:45 am, Mr. Gefteas emailed me again and asked whether there was any movement. That day I spoke with him and we finalized our contractual agreement via phone.

45. The fact that our agreement was finalized that day is reflected by Mr. Gefteas in his next email, time-stamped 1:01 pm on December 17 in which he sent his wife's Zelle payment details. This shows that he had agreed to continue our relationship, write positive reviews, and not disparage AXISS in exchange for $1479.15.

46. We then had a final exchange confirming his wife's payment details, which ends with me saying the payment was sent. A true and correct copy of this email thread is attached hereto as Exhibit 19.

47. Mr. Gefteas accepted the payment and never sent money back.

48. At that point, I understood that by having made payment in full on behalf of AAU I had fully performed AAU's responsibilities under the contract.

49. I understood the $1479.15 to be a new contract with Mr. Gefteas in which AAU gave him $1479.15 in consideration for his promise to do positive reviews and not disparage AXISS.

50. However the contract is characterized, it was unquestionably a contract Mr. Gefteas solicited from AAU in Tennessee and which AAU agreed to and performed from Tennessee.

51. Mr. Gefteas later breached the contract he and I negotiated and for which I had paid him in full.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of November, 2026.

Signed by:
Timothy J. Goldsby
C2EE53DFF7A345B...

Timothy J. Goldsby

[redacted]

[redacted] [redacted]

**From:** Margaret Carson <info@axissaudio.com>
**Date:** Thursday, February 22, 2024 at 7:06 PM
**To:** Mike Bovaird <mike@suncoastaudio.com>, Matthew Bochicchio <matt@suncoastaudio.com>
**Cc:** "TJ Goldsby (axissaudio.com)" <tj@axissaudio.com>
**Subject:** Invoice for Soulution 757

Dear Mike and Matt,

Here is the invoice for the Soulution 757 with freight shipping. The deposit already made is reflected in the invoice.

This invoice is from AXISS Audio USA, the TN location, and it needs to be paid to that entity. I have attached the wire transfer/ACH information for that entity if you wish to pay by wire/ACH. If you wish to pay by check the check needs to be made out to AXISS Audio. It can be mailed to the CA location or the address on the invoice.

Sincerely yours,
Margaret Carson
Director of Operations and Accounting
AXISS

EXHIBIT 1

**AXISS Audio USA**
5261 Granny White Trce
Nashville, TN  37220 US
+1 6153975119
tnllc@axissaudio.com

# INVOICE

**BILL TO**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL  34240

**SHIP TO**
[redacted]

**INVOICE #** 1050
**DATE** 02/22/2024
**DUE DATE** 02/29/2024
**TERMS** Due on receipt

**SHIP VIA**
Ground Freight

| ITEM | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| **Soulution 757 De-emphasis EQ Amplifier - MC/Optical/Tape** | Soulution 757 De-emphasis EQ Amplifier - MC/Optical/Tape | 1 | 47,985.00 | 47,985.00 |
| **Dealer Bonus Discount** | Dealer Bonus Discount (10%) | 1 | -4,798.50 | -4,798.50 |

This Invoice is for a Soulution 757 to be built in the first batch of units with committed build dates in the first half of February 2024.  50% down payment is due now, and the other 50% will be due before shipping to Customer.

| | |
|---|---|
| SUBTOTAL | 43,186.50 |
| SHIPPING | 837.54 |
| TOTAL | 44,024.04 |
| PAYMENT | 21,593.25 |
| BALANCE DUE | **USD 22,430.79** |

Direct Wire Transfer/ACH to:

AXISS Audio USA
[redacted]
Acct. [redacted]
ABA/Routing [redacted]
S.W.I.F.T. [redacted]

**AXISS Audio USA**
624 Grassmere Park Suite
18
Nashville, TN 37211 USA
+18662954133
info@axissaudio.com

# INVOICE

**BILL TO**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**SHIP TO**
[redacted]

**INVOICE #** 1037
**DATE** 01/04/2024
**DUE DATE** 01/04/2024
**TERMS** Due on receipt

---

**SHIP VIA**
Ground

| ITEM | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| **Soulution 727 Preamplifier (no Phono)** | Soulution 727 Preamplifier (no Phono)<br>Serial #727-0004 | 1 | 44,985.00 | 44,985.00 |

This is the AXISS Audio USA draft of Invoice for the 727 No Phono sale to Suncoast Audio.

PAID

| | |
|---|---|
| SUBTOTAL | 44,985.00 |
| SHIPPING | 650.00 |
| TOTAL | 45,635.00 |
| PAYMENT | 45,635.00 |
| BALANCE DUE | **USD 0.00** |



**EXHIBIT 2**

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211 USA
+18662954133
info@axissaudio.com

# INVOICE

**BILL TO**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**SHIP TO**
[redacted]

**INVOICE #** 1050
**DATE** 02/22/2024
**DUE DATE** 02/29/2024
**TERMS** Due on receipt

**SHIP VIA**
Ground Freight

| ITEM | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|
| **Soulution 757 De-emphasis EQ Amplifier - MC/Optical/Tape** | Soulution 757 De-emphasis EQ Amplifier - MC/Optical/Tape<br>Serial #757-0003 or 0008 | 1 | 47,985.00 | 47,985.00 |
| **Dealer Bonus Discount** | Dealer Bonus Discount (10%) | 1 | -4,798.50 | -4,798.50 |

PAID

This Invoice is for a Soulution 757 to be built in the first batch of units with committed build dates in the first half of February 2024. 50% down payment is due now, and the other 50% will be due before shipping to Customer.

| | |
|---|---|
| SUBTOTAL | 43,186.50 |
| SHIPPING | 837.54 |
| TOTAL | 44,024.04 |
| PAYMENT | 44,024.04 |
| BALANCE DUE | **USD 0.00** |

**EXHIBIT 3**

# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295-4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
Drop Ship to Customer Address TBD

**Invoice details**
Invoice no.: 1210-SUNC
Terms: Net 30
Invoice date: 12/01/2024
Due date: 12/31/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Soulution 727 Preamplifier (no Phono)** | Soulution 727 Preamplifier (no Phono)<br>Serial #727-0068 | 1 | $44,835.63 | $44,835.63 |

| | |
|---|---|
| **Total** | **$44,835.63** |
| Payment | -$44,835.63 |
| **Balance due** | **$0.00** |

**Paid in Full**

To pay by ACH or CC click this link: https://bit.ly/AAUSApaylink

A credit card surcharge of up to 3% may be applied to invoices paid by credit card. This surcharge is not greater than our cost of acceptance and does not apply to debit or prepaid cards.

## Note to customer

This Invoice is for purchase of a Soulution 727 with a target delivery date in December 2024. The final delivery should be shortly before or coincide with the delivery of a pair of 717 power amps ordered by this same Customer's end user client. To lock in this future sale, Customer will provide a $20,000 deposit to secure the delivery date on this 727. Because this is a straight Customer sale at standard pricing, AXISS will cover the costs of drop shipping directly to Customer's end user client.

EXHIBIT 4

# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295 4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
[redacted]

**Invoice details**
Invoice no.: 1211 SUNC
Terms: Due on receipt
Invoice date: 06/12/2025
Due date: 06/12/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Soulution 717 Reference Power Amplifier** | Soulution 717 Reference Power Amplifier Serial #s 717-0003 and 717-0004 | 2 | $63,235.63 | $126,471.26 |

For ACH or Wire Payments:

Bank Name: [redacted]
Address: [redacted]
ABA/Routing # [redacted]
Account # [redacted]
Account Name: AXISS Audio USA, LLC

| | |
|---|---|
| **Total** | **$126,471.26** |
| Payment | -$126,471.26 |
| **Balance due** | **$0.00** |

**Paid in Full**

## Note to customer

This Invoice is for purchase of a pair of Soulution 717 power amplifiers. AXISS acknowledges that Customer has an aggressive delivery date and AXISS commits to reserve 2x 717 units from the first delivery batch for this Customer's end user client. To lock in this first batch commitment, Customer will provide a deposit of $20,000 per amplifier, $40,000 total for both amplifiers. The remaining balance will then become due once the amplifiers are ready to ship to Customer or their end user client. Because this is a straight Customer sale at standard pricing, AXISS will cover the costs of drop shipping directly to Customer's end user client.

EXHIBIT 5

# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295-4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Invoice details**
Invoice no.: 1243
Terms: Net 30
Invoice date: 11/13/2024
Due date: 12/13/2024

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Soulution 331 Integrated Amplifier** | Soulution 331 Integrated Amplifier | 1 | $19,535.63 | $19,535.63 |
| 2. | **Dealer Demo Discount** | Dealer Demo Discount (10%) | 1 | –$1,953.56 | –$1,953.56 |

| | |
|---|---|
| **Total** | **$17,582.07** |
| Payment | -$17,582.07 |
| **Balance due** | **$0.00** |

**Paid in Full**

## Ways to pay

BANK

## Note to customer

Customer to also receive trade-in credit of $14,582.07 for trade of their Soulution 330 demo unit.

EXHIBIT 6

# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295-4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
[redacted]

**Shipping info**
Ship via: Ground Freight
Ship date: 01/28/2025

**Invoice details**
Invoice no.: 1306-LOAN
Terms: Special Trial Terms
Invoice date: 07/07/2025
Due date: 08/06/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Soulution 711+ Stereo Power Amp** | Soulution 711+ (Factory Resto-Mod) Serial #711-1040 | 0 | | $0.00 |

**Total** **$0.00**

VOID

## Note to customer

The product on this invoice is being loaned to [redacted] for use while his Soulution 717 is being built.

One 717 is available, the product on this invoice must be returned to and received by AXISS within 7 business days. If the loaned product is not received by AXISS within 7 business days, the transaction will be considered a purchase and the full amount of the invoice will be immediately due and payable.

Once AXISS receives the returned product, a detailed inspection will be performed to ensure that the product is not damaged and is in proper working order. If AXISS determines that the product is damaged or not in proper working order, the amount of this invoice will become immediately due and payable.

EXHIBIT 7

# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295-4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Shipping info**
Ship via: Freight

**Invoice details**
Invoice no.: 1348
Terms: Pay Prior to Shipping
Invoice date: 04/07/2025
Due date: 04/07/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Soulution 701+ Power Amps** | Soulution 701+ Reference Monoblock Power Amplifiers<br>- Soulution Factory Re-built and Restored (March 2025)<br>- New Soulution Factory Warranty (March 2029)<br>- Factory Installed 701 "+" Upgrade Package<br>- Replaced Both Amp Channel Modules in each 701 with new 701+ Modules<br>- All Components Tested and Re-Calibrated<br>- $125,000 MSRP for factory restored pair of 701+ | 1 | $74,985.00 | $74,985.00 |

## Ways to pay

BANK

| | |
|---|---|
| Subtotal | $74,985.00 |
| Shipping | $788.60 |
| **Total** | **$75,773.60** |
| Payment | -$75,773.60 |
| **Balance due** | **$0.00** |

**Paid in Full**

EXHIBIT
8

## INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295 4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
[redacted]

**Invoice details**
Invoice no.: 1443
Terms: Pay Prior to Shipping
Invoice date: 05/14/2025
Due date: 05/14/2025

Purchase Order Number: TsoTsos6312

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Koetsu Rosewood Signature MC Cartridge** | Koetsu Rosewood Signature MC Cartridge<br>Serial #85800<br>- $6,950 Retail Price<br>- $4,170 Dealer Cost | 1 | $4,170.00 | $4,170.00 |
| 2. | **Dealer Shipping/Freight** | FedEx Express Saver | 1 | $42.95 | $42.95 |
| 3. | **AXISS Managed Shipping Insurance** | Shipping Insurance | 1 | $42.53 | $42.53 |

| | |
|---|---|
| **Total** | **$4,255.48** |
| Payment | -$4,255.48 |
| **Balance due** | **$0.00** |

**Paid in Full**

For ACH or Wire Payments:

Bank Name: [redacted]
Address: [redacted]
ABA/Routing # [redacted]
Account # [redacted]
Account Name: AXISS Audio USA, LLC

### Note to customer

Product is in stock and ready to ship with payment.

EXHIBIT 9

# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295 4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
[redacted]

**Invoice details**
Invoice no.: 1507
Terms: Pay Prior to Shipping
Invoice date: 07/24/2025
Due date: 07/24/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **NOE AGS FL1 in Black Finish** | Nihon Onkyo Engineering Acoustic Grove System FL1 Floor Broad Wave Diffusor in Black Stain Finish (Single Unit)<br>- $1,995.00 Retail Price<br>- $1,197.00 Dealer Price | 1 | $1,197.00 | $1,197.00 |
| 2. | **NOE AGS ST1 Black (Single Unit)** | Nihon Onkyo Engineering Acoustic Grove System ST1 Floorstanding Large Flat Panel Direct Wave Diffusor in Black Staing Finish (Single Unit)<br>$2,995.00 Retail Price<br>$1,797.00 Dealer Price | 1 | $1,797.00 | $1,797.00 |
| 3. | **Dealer Shipping/Freight** | Palletized Freight | 1 | $1,141.47 | $1,141.47 |
| 4. | **AXISS Managed Shipping Insurance** | Shipping Insurance | 1 | $32.22 | $32.22 |

For ACH or Wire Payments:

Bank Name: [redacted]
Address: [redacted]
ABA/Routing # [redacted]
Account # [redacted]
Account Name: AXISS Audio USA, LLC

| | |
|---|---|
| **Total** | **$4,167.69** |
| Payment | $4,167.69 |
| **Balance due** | **$0.00** |

**Paid in Full**

EXHIBIT 10

# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295 4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Invoice details**
Invoice no.: 1601
Terms: Pay Prior to Shipping
Invoice date: 09/09/2025
Due date: 09/09/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **NOE AGS ST1 Large Flat Panel Direct Wave Diffusor** | Nihon Onkyo Engineering Aclustic Grove System ST1 Floorstanding Large Flat Panel Direct Wave Diffusor (Natural Finish)<br>- $3,195.00 Retail Price<br>- $1,917.00 Dealer Price | 2 | $1,917.00 | $3,834.00 |
| 2. | **NOE AGS Floor Standing Curved Diffusor (L + R Pair)** | Nihon Onkyo Engineering Acoustic Grove System FS1 Floorstanding Curved Broad Wave Diffusor(L + R Pair)<br>$4,795.00 Retail Price<br>$2,877.00 Dealer Price | 1 | $2,877.00 | $2,877.00 |
| 3. | **NOE AGS FL1 Floor Diffusor (Natural Finish** | Nihon Onkyo Engineering Acoustic Grove System FL1 Floor Broad Wave Diffusor (Natural Finish)<br>- $1,895.00 Retail Price<br>- $1,137.00 Dealer Price | 2 | $1,137.00 | $2,274.00 |
| 4. | **NOE AGS MN1 Small Wave Diffusor** | Nihon Onkyo Engineering Acoustic Grove System MN1 Small Curved Wave Diffusor (Natural Finish)<br>$995.00 Retail Price<br>$597.00 Dealer Price | 1 | $597.00 | $597.00 |

**Total** **$9,582.00**

Payment

Pay by ACH or CC: https://app02.us.bill.com/p/axissaudiousa

Pay by Wire:
Bank Name: [redacted]
Address: [redacted]



EXHIBIT
11

ABA/Routing # [redacted]
Account # [redacted]
Account Name: AXISS Audio USA, LLC

**Balance due** **$0.00**

**Paid in Full**

# INVOICE

**AXISS Audio USA**
624 Grassmere Park Suite 18
Nashville, TN 37211

info@axissaudio.com
+1 (866) 295-4133
www.axissaudio.com

**Bill to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Ship to**
Michael Bovaird
Suncoast Audio
7353 International Place
Unit 309
Sarasota, FL 34240

**Invoice details**
Invoice no.: 1699
Terms: Pay Prior to Shipping
Invoice date: 11/06/2025
Due date: 11/06/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Soulution Remote** | Soulution Remote Control<br>- $199.00 Retail Price<br>- $139.30 Dealer Price | 1 | $139.30 | $139.30 |
| 2. | **Dealer Shipping/Freight** | AXISS Managed Shipping Service (To Dealer Only)<br>- Rate Code SP | 1 | $25.00 | $25.00 |
| 3. | **AXISS Managed Shipping Insurance** | AXISS Managed Shipping Insurance<br>- Covers Claims Management and Incidental Damage | 1 | $3.34 | $3.34 |

To pay by ACH or CC click this link: https://bit.ly/AAUSApaylink

A credit card surcharge of up to 3% may be applied to invoices paid by credit card. This surcharge is not greater than our cost of acceptance and does not apply to debit or prepaid cards.

| | |
|---|---|
| **Total** | **$167.64** |
| Payment | -$167.64 |
| **Balance due** | **$0.00** |

**Paid in Full**

EXHIBIT
12

**From:** Wire Transfer
**To:** CLIFF@AXISSAUDIO.COM
**Subject:** Notification of Wire Transfer Credit
**Date:** Wednesday, February 28, 2024 3:19:58 PM

# WIRE TRANSFER NOTIFICATION CREDIT

Please save this email as confirmation of your recent wire transfer. If you believe this transaction to be in error or fraudulent, please contact (866) 340-9473 immediately.

| | |
|---|---|
| TRANSACTION NUMBER: | 2024022800006324 |
| STATUS: | COMPLETE |

| | |
|---|---|
| REPORT DATE: | 2024/02/28 |
| COMPLETION TIME: | 2024/02/28 16:18:26 |
| CREDIT: | 22,430.79 USD |

CREDIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | AXISS AUDIO USA LLC |
| ADDRESS: | DBA AXISS DISTRIBUTION<br>5261 GRANNY WHITE TRCE<br>NASHVILLE TN 37220 US |

DEBIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | [redacted] |
| ADDRESS: | CHARLOTTE, NC |

ORDERING PARTY

| | |
|---|---|
| ORDERING CUSTOMER ACCOUNT: | [redacted] |
| ORDERING CUSTOMER: | SUNCOAST AUDIO LLC |
| ORDERING CUSTOMER ADDRESS: | 8374 MARKET ST # 133<br>LAKEWOOD RANCH FL 34202-5137 |
| ORDERING BANK ACCOUNT: | |
| ORDERING BANK: | |
| ORDERING BANK | |

SENDING PARTY

| | |
|---|---|
| SENDER NAME: | |
| SENDER BANK: | |
| SENDER BANK ADDRESS: | |
| SENDER REFERENCE #: | 2024022800026179 |

EXHIBIT 13

ADDRESS:

ORDERING REFERENCE #:

RECEIVING PARTY (BENEFICIARY CUSTOMER)

| | |
|---|---|
| RECEIVER NAME: | AXISS AUDIO USA |
| RECEIVER ADDRESS: | 5261 GRANNY WHITE TRCE |
| | NASHVILLE, TN, 37220 |
| ACCOUNT ID: | XXXX4912 |
| RECEIVING BANK: | |

ORIGINATOR TO BENEFICIARY INFORMATION:
INVOICE # 1050

BANK TO BANK INFORMATION:

CONFIDENTIALITY NOTICE – The information transmitted by this email is intended only for the person or entity to whom it is addressed. It contains information that is privileged, confidential, and protected by law from use or disclosure. If you received this in error, notify the sender by email at WireTransferDepartment@firsthorizon.com, and delete this email from your computer. Any action in reliance on its content, is strictly prohibited.

**From:** Wire Transfer
**To:** CLIFF@AXISSAUDIO.COM
**Subject:** Notification of Wire Transfer Credit
**Date:** Thursday, October 10, 2024 9:21:13 AM

# WIRE TRANSFER NOTIFICATION CREDIT

Please save this email as confirmation of your recent wire transfer. If you believe this transaction to be in error or fraudulent, please contact (866) 340-9473 immediately.

| | |
|---|---|
| TRANSACTION NUMBER: | 2024101000001508 |
| STATUS: | COMPLETE |

| | |
|---|---|
| REPORT DATE: | 2024/10/10 |
| COMPLETION TIME: | 2024/10/10 10:19:51 |
| CREDIT: | 60,000.00 USD |

CREDIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | AXISS AUDIO USA LLC |
| ADDRESS: | DBA AXISS DISTRIBUTION<br>5261 GRANNY WHITE TRCE<br>NASHVILLE TN 37220 US |

DEBIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | [redacted] |
| ADDRESS: | CHARLOTTE, NC |

ORDERING PARTY

| | |
|---|---|
| ORDERING CUSTOMER ACCOUNT: | [redacted] |
| ORDERING CUSTOMER: | SUNCOAST AUDIO LLC |
| ORDERING CUSTOMER ADDRESS: | 8374 MARKET ST # 133<br>LAKEWOOD RANCH FL 34202-5137 |
| ORDERING BANK ACCOUNT: | |
| ORDERING BANK: | |
| ORDERING BANK | |

SENDING PARTY

| | |
|---|---|
| SENDER NAME: | |
| SENDER BANK: | |
| SENDER BANK ADDRESS: | |
| SENDER REFERENCE #: | 2024101000008373 |



EXHIBIT 14

ADDRESS:

ORDERING REFERENCE
#:

RECEIVING PARTY (BENEFICIARY CUSTOMER)

| | |
|---|---|
| RECEIVER NAME: | AXISS AUDIO USA |
| RECEIVER ADDRESS: | 5261 GRANNY WHITE TRCE |
| | NASHVILLE, TN 37220 |
| ACCOUNT ID: | XXXX4912 |
| RECEIVING BANK: | |

ORIGINATOR TO BENEFICIARY INFORMATION:
INV. 1210-SUNC/INV. 1211-SUNC (DEP)

BANK TO BANK INFORMATION:

CONFIDENTIALITY NOTICE – The information transmitted by this email is intended only for the person or entity to whom it is addressed. It contains information that is privileged, confidential, and protected by law from use or disclosure. If you received this in error, notify the sender by email at WireTransferDepartment@firsthorizon.com, and delete this email from your computer. Any action in reliance on its content, is strictly prohibited.

**From:** Wire Transfer
**To:** CLIFF@AXISSAUDIO.COM
**Subject:** Notification of Wire Transfer Credit
**Date:** Monday, December 9, 2024 12:38:35 PM

# WIRE TRANSFER NOTIFICATION CREDIT

Please save this email as confirmation of your recent wire transfer. If you believe this transaction to be in error or fraudulent, please contact (866) 340-9473 immediately.

TRANSACTION NUMBER: 20241209000039 21

STATUS: COMPLETE

REPORT DATE: 2024/12/09

COMPLETION TIME: 2024/12/09 13:36:58

CREDIT: 24,835.63 USD

CREDIT PARTY

ACCOUNT NUMBER: [redacted]

NAME: AXISS AUDIO USA LLC

ADDRESS: DBA AXISS DISTRIBUTION
5261 GRANNY WHITE TRCE
NASHVILLE TN 37220 US

DEBIT PARTY

ACCOUNT NUMBER: [redacted]

NAME: [redacted]

ADDRESS: CHARLOTTE, NC

ORDERING PARTY

ORDERING CUSTOMER ACCOUNT: [redacted]

ORDERING CUSTOMER: SUNCOAST AUDIO LLC

ORDERING CUSTOMER ADDRESS: 8374 MARKET ST # 133
LAKEWOOD RANCH FL 34202-5137

ORDERING BANK ACCOUNT:

ORDERING BANK:

ORDERING BANK

SENDING PARTY

SENDER NAME:

SENDER BANK:

SENDER BANK ADDRESS:

SENDER REFERENCE #: 20241209000017097

EXHIBIT 15

ADDRESS:

ORDERING REFERENCE #:

RECEIVING PARTY (BENEFICIARY CUSTOMER)

RECEIVER NAME: AXISS AUDIO USA

RECEIVER ADDRESS: 5261 GRANNY WHITE TRCE
NASHVILLE, TN 37220

ACCOUNT ID: XXXX4912

RECEIVING BANK:

ORIGINATOR TO BENEFICIARY INFORMATION:
INVOICE 1210-SUNC

BANK TO BANK INFORMATION:

CONFIDENTIALITY NOTICE – The information transmitted by this email is intended only for the person or entity to whom it is addressed. It contains information that is privileged, confidential, and protected by law from use or disclosure. If you received this in error, notify the sender by email at WireTransferDepartment@firsthorizon.com, and delete this email from your computer. Any action in reliance on its content, is strictly prohibited.

**From:** Wire Transfer
**To:** CLIFF@AXISSAUDIO.COM
**Subject:** Notification of Wire Transfer Credit
**Date:** Thursday, April 3, 2025 12:04:00 PM

# WIRE TRANSFER NOTIFICATION CREDIT

Please save this email as confirmation of your recent wire transfer. If you believe this transaction to be in error or fraudulent, please contact (866) 340-9473 immediately.

| | |
|---|---|
| TRANSACTION NUMBER: | 20250403000040002 |
| STATUS: | COMPLETE |

| | |
|---|---|
| REPORT DATE: | 2025/04/03 |
| COMPLETION TIME: | 2025/04/03 13:01:55 |
| CREDIT: | 75,773.60 USD |

CREDIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | AXISS AUDIO USA LLC |
| ADDRESS: | DBA AXISS DISTRIBUTION<br>5261 GRANNY WHITE TRCE<br>NASHVILLE TN 37220 US |

DEBIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | [redacted] |
| ADDRESS: | CHARLOTTE, NC |

ORDERING PARTY

| | |
|---|---|
| ORDERING CUSTOMER ACCOUNT: | [redacted] |
| ORDERING CUSTOMER: | SUNCOAST AUDIO LLC |
| ORDERING CUSTOMER ADDRESS: | 8374 MARKET ST # 133<br>LAKEWOOD RANCH, FL 34202-5137 |
| ORDERING BANK ACCOUNT: | |
| ORDERING BANK: | |
| ORDERING BANK | |

SENDING PARTY

| | |
|---|---|
| SENDER NAME: | |
| SENDER BANK: | |
| SENDER BANK ADDRESS: | |
| SENDER REFERENCE #: | 2025040300017790 |

EXHIBIT
16

ADDRESS:

ORDERING REFERENCE #:

<u>RECEIVING PARTY (BENEFICIARY CUSTOMER)</u>

| | |
|---|---|
| RECEIVER NAME: | AXISS AUDIO USA |
| RECEIVER ADDRESS: | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 |
| ACCOUNT ID: | XXXX4912 |
| RECEIVING BANK: | |

ORIGINATOR TO BENEFICIARY INFORMATION:
INVOICE 1348

BANK TO BANK INFORMATION:

CONFIDENTIALITY NOTICE – The information transmitted by this email is intended only for the person or entity to whom it is addressed. It contains information that is privileged, confidential, and protected by law from use or disclosure. If you received this in error, notify the sender by email at WireTransferDepartment@firsthorizon.com, and delete this email from your computer. Any action in reliance on its content, is strictly prohibited.

**From:** Wire Transfer
**To:** CLIFF@AXISSAUDIO.COM
**Subject:** Notification of Wire Transfer Credit
**Date:** Thursday, June 12, 2025 6:52:23 AM

# WIRE TRANSFER NOTIFICATION CREDIT

Please save this email as confirmation of your recent wire transfer. If you believe this transaction to be in error or fraudulent, please contact (866) 340-9473 immediately.

| | |
|---|---|
| TRANSACTION NUMBER: | 2025061200000581 |
| STATUS: | COMPLETE |

| | |
|---|---|
| REPORT DATE: | 2025/06/12 |
| COMPLETION TIME: | 2025/06/12 07:50:58 |
| CREDIT: | 3,396.12 USD |

CREDIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | AXISS AUDIO USA LLC |
| ADDRESS: | DBA AXISS DISTRIBUTION<br>5261 GRANNY WHITE TRCE<br>NASHVILLE TN 37220 US |

DEBIT PARTY

| | |
|---|---|
| ACCOUNT NUMBER: | [redacted] |
| NAME: | [redacted] |
| ADDRESS: | CHARLOTTE, NC |

ORDERING PARTY

| | |
|---|---|
| ORDERING CUSTOMER ACCOUNT: | [redacted] |
| ORDERING CUSTOMER: | SUNCOAST AUDIO LLC |
| ORDERING CUSTOMER ADDRESS: | 8374 MARKET ST # 133<br>LAKEWOOD RANCH, FL 34202-5137 |
| ORDERING BANK ACCOUNT: | |
| ORDERING BANK: | |
| ORDERING BANK | |

SENDING PARTY

| | |
|---|---|
| SENDER NAME: | |
| SENDER BANK: | |
| SENDER BANK ADDRESS: | |
| SENDER REFERENCE #: | 2025061200004410 |

EXHIBIT 17

ADDRESS:

ORDERING REFERENCE #:

RECEIVING PARTY (BENEFICIARY CUSTOMER)

| | |
|---|---|
| RECEIVER NAME: | AXISS AUDIO USA |
| RECEIVER ADDRESS: | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 |
| ACCOUNT ID: | XXXX4912 |
| RECEIVING BANK: | |

ORIGINATOR TO BENEFICIARY INFORMATION:
INVOICE 1481

BANK TO BANK INFORMATION:

CONFIDENTIALITY NOTICE – The information transmitted by this email is intended only for the person or entity to whom it is addressed. It contains information that is privileged, confidential, and protected by law from use or disclosure. If you received this in error, notify the sender by email at WireTransferDepartment@firsthorizon.com, and delete this email from your computer. Any action in reliance on its content, is strictly prohibited.

**From:** Wire Transfer
**To:** CLIFF@AXISSAUDIO.COM
**Subject:** Notification of Wire Transfer Credit
**Date:** Friday, June 13, 2025 9:35:36 AM

# WIRE TRANSFER NOTIFICATION CREDIT

Please save this email as confirmation of your recent wire transfer. If you believe this transaction to be in error or fraudulent, please contact (866) 340-9473 immediately.

TRANSACTION NUMBER: 2025061300002605
STATUS: COMPLETE

REPORT DATE: 2025/06/13
COMPLETION TIME: 2025/06/13 10:34:11
CREDIT: 86,471.26 USD

CREDIT PARTY
ACCOUNT NUMBER: [redacted]
NAME: AXISS AUDIO USA LLC
ADDRESS: DBA AXISS DISTRIBUTION
5261 GRANNY WHITE TRCE
NASHVILLE TN 37220 US

DEBIT PARTY
ACCOUNT NUMBER: [redacted]
NAME: [redacted]
ADDRESS: CHARLOTTE, NC

ORDERING PARTY
ORDERING CUSTOMER ACCOUNT: [redacted]
ORDERING CUSTOMER: SUNCOAST AUDIO LLC
ORDERING CUSTOMER ADDRESS: 8374 MARKET ST # 133
LAKEWOOD RANCH, FL 34202-5137
ORDERING BANK ACCOUNT:
ORDERING BANK:
ORDERING BANK

SENDING PARTY
SENDER NAME:
SENDER BANK:
SENDER BANK ADDRESS:
SENDER REFERENCE #: 2025061300012648

EXHIBIT 18

ADDRESS:

ORDERING REFERENCE #:

RECEIVING PARTY (BENEFICIARY CUSTOMER)

RECEIVER NAME: AXISS AUDIO USA

RECEIVER ADDRESS: 5261 GRANNY WHITE TRCE
NASHVILLE, TN 37220

ACCOUNT ID: XXXX4912

RECEIVING BANK:

ORIGINATOR TO BENEFICIARY INFORMATION:
INVOICE NO. 1211-SUNC

BANK TO BANK INFORMATION:

CONFIDENTIALITY NOTICE – The information transmitted by this email is intended only for the person or entity to whom it is addressed. It contains information that is privileged, confidential, and protected by law from use or disclosure. If you received this in error, notify the sender by email at WireTransferDepartment@firsthorizon.com, and delete this email from your computer. Any action in reliance on its content, is strictly prohibited.

[redacted]

[redacted] [redacted]

**From:** "TJ Goldsby (axissaudio.com)" <tj@axissaudio.com>
**Date:** Tuesday, December 17, 2024 at 12:29 PM
**To:** Michael The Greek <greekaudiogeek@icloud.com>
**Subject:** Re: Zelle

Just sent my friend!
Thank you!

TJ Goldsby
VP of Sales and Dealer Relations
AXISS Audio
Mobile: 615-419-1522

On Dec 17, 2024, at 1:21 PM, Michael The Greek <greekaudiogeek@icloud.com> wrote:

[redacted] Gefteas

On Dec 17, 2024, at 1:19 PM, TJ Goldsby (axissaudio.com) <tj@axissaudio.com> wrote:

Hey sir!

I need her full name.

Thanks!!

TJ Goldsby
VP of Sales & Dealer Relations
2190 Nolensville Pike, Ste C
Nashville, TN 37211
+1 615.419.1522 tel
axissaudio.com
<image001.png> <image002.png> <image003.png>

<image004.png>

---

**From:** Michael The Greek <greekaudiogeek@icloud.com>
**Date:** Tuesday, December 17, 2024 at 1:01 PM



EXHIBIT
19

**To:** TJ Goldsby (axissaudio.com) <tj@axissaudio.com>
**Subject:** Zelle

Please send it to my wife [redacted] (she has our Zelle account).

It should be under her email which is [redacted].

Call me if you need other info to find her.

Thanks!

Michael

On Dec 17, 2024, at 6:45 AM, Michael The Greek <greekaudiogeek@icloud.com> wrote:

Howdy!

Any movement on adjusting the second payment I made?

Thanks!

Michael

On Dec 4, 2024, at 2:46 PM, TJ Goldsby (axissaudio.com) <tj@axissaudio.com> wrote:

Hey buddy!

Hope you had a great Thanksgiving.
Sorry for the delay on this. We have all been traveling and it's been chaotic.
We should have this resolved by the end of the week.
Again sorry for the delay.

Thanks man!!

**TJ Goldsby**
VP of Sales & Dealer Relations
2190 Nolensville Pike, Ste C
Nashville, TN 37211
+1 615.419.1522 tel
axissaudio.com
<image001.png> <image002.png> <image003.png>

<image004.png>

**From:** Michael The Greek <greekaudiogeek@icloud.com>
**Date:** Wednesday, December 4, 2024 at 2:38 PM
**To:** TJ Goldsby (axissaudio.com) <tj@axissaudio.com>
**Subject:** Re: AGS payments

Howdy!

Any update on me having earned my AGS money back? :)

Michael

On Nov 14, 2024, at 10:27 AM, Michael The Greek <greekaudiogeek@icloud.com> wrote:

Hey TJ,

Thanks again so much for taking care of one of these payments.

Here are print outs from the two emails you sent me for payment at a 50/50 split.

The August one shows I paid ~3K, and the June one shows I paid ~3K (paid July 5th) for the full price of ~6K. <FW Invoice August from Veris Audio AGS Invoice.pdf><June AGS Invoice Split Payment.pdf>