IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

**DECLARATION OF CLIFF DUFFEY**

Pursuant to 28 U.S.C. § 1746, I, William Clifton Duffey, hereby declare as follows:

1. I am over 18 years of age, have knowledge of the matters below personally, and am competent to make this declaration.

2. I am the ultimate majority owner of Plaintiffs Veris Home Technology, LLC ("Veris"), AXISS Distribution Incorporated, and AXISS Audio USA, LLC ("AAU").

3. I had repeated conversations with Michael Bovaird prior to the PK_LA transactions, then I met with Michael Bovaird in Malibu, CA at PK_LA's home, and then I had subsequent texts and calls. Throughout these conversations we discussed how AXISS Audio had changed since the Veris acquisition, and we specifically discussed how AXISS Audio had moved its headquarters and operations to Nashville, TN and that when Bovaird bought products, asked



EXHIBIT 2

for special shipping arrangements, and sought refunds he was contracting with AAU, a Tennessee-based LLC.

4. During our meeting at PK-LA's house in Malibu in July of 2025, I discussed with Mr. Bovaird that AAU would arrange to ship the PK_LA Soulution products to its service and repair center in Nashville, TN.

5. AAU performed all testing and analysis of the PK_LA Soulution equipment in Nashville, TN.

6. The results of our testing showed conclusively that PK_LA's Soulution 717 amplifier had no defect or fault which could have allowed it to cause speaker damage.

7. On July 31, 2025, I emailed Mr. Bovaird to show him all of the test result details and validation that PK_LA's 717 amplifier was not at fault. A true and correct copy of my July 31, 2025 email to Bovaird is attached hereto as <u>Exhibit 1</u>.

8. The test result email also states why AAU would consider offering a refund to Suncoast and that any refund transaction between Suncoast and PK_LA was an entirely separate agreement. I do not know how I could have made it more clear that the refund from AAU to Suncoast was a contract between AAU and Suncoast.

9. Furthermore, my signature block states AXISS Audio USA—i.e. AAU—yet more proof that Bovaird knew he was dealing with AAU.

10. A few minutes after sending the test result email, I sent another email with three attached videos to both Mr. Bovaird and PK_LA which were taken in our Nashville, TN office. These videos showed PK_LA's 717 amplifier and 727 preamplifier playing with our own pair of Rockport Lyra speakers, which are the same model as PK_LA's which were damaged. These videos include audio which shows the system playing the exact album and song which PK_LA

said was playing when he noticed the speaker damage. They also show the backside of the Soulution products so that the serial numbers of the 717 amplifier and 727 preamplifier can be verified as the units belonging to PK_LA. In my opinion, there is not anything more we could do to prove that PK_LA's Soulution 717 amplifier was not at fault for PK_LA's speaker damage.

11. While I was in Tennessee, I had multiple texts and calls with Mr. Bovaird where we discussed how the events related to PK_LA's experience would be harmful to both of our businesses if made public.

12. On the afternoon of July 31, 2025 and the morning of August 1, 2025, I had multiple phone calls (while in Nashville, TN) with Mr. Bovaird where we negotiated the terms for a refund between AAU and Suncoast. AAU did not owe a refund—in fact, our contract terms make it quite clear that such refunds are not offered—but I offered to help Mr. Bovaird and Suncoast so that they could in turn help PK_LA. I explained that confidentiality was also essential because AAU is neither obligated to nor in the practice of giving refunds for products that are under warranty. So it would be damaging to our business if news of a refund were shared publicly and other customers started to demand similar refunds

13. Although Suncoast did not owe a refund to PK_LA and AAU did not owe a refund to Suncoast, Mr. Bovaird and I both agreed that it was best for both of our businesses to do the refund transaction for two purposes, (1) in order to satisfy PK_LA, and (2) to keep the details of the related events and refund transactions private.

14. I made it very clear to Mr. Bovaird that AAU would provide the refund to Suncoast only if discussion of the related events would be kept private and confidential, and Mr. Bovaird accepted those terms and promised to maintain confidentiality in return for the refund.

15. On the evening of July 31, 2025, Michael Gefteas made a vague posting on his Facebook page as a warning that Audio Distributors need to be mindful of their reputation in how they take care of their customers. Since Mr. Bovaird and Mr. Gefteas had a commonly known close relationship, I interpreted that most likely was posted because Mr. Bovaird had shared parts of the PK_LA story with Mr. Gefteas. This posting was one factor I considered in my negotiations with Mr. Bovaird when I was so specific on the importance of keeping the details of the PK_LA events private.

16. On the afternoon of August 1, 2025, we had a video conference call between me, Mr. Bovaird, and PK_LA where we discussed the final details of the refund transactions. The video call also showed me sitting in my AAU office in Nashville, TN. On the call I made it clear exactly how much AAU would refund to Suncoast and Mr. Bovaird made it clear how much he would refund to PK_LA. We agreed to those amounts for the two separate refunds and concluded the call.

17. Immediately after the call, I executed a wire transfer to Suncoast from our AAU TN bank account for the agreed amount, thus providing our consideration in exchange for Mr. Bovaird's promise to keep the entire transaction private. A true and correct copy of an email confirming the wire transfer is attached hereto as Exhibit 2. I then sent a wire transfer confirmation in email to both Mr. Bovaird and PK_LA as evidence that we had done our part of the agreements.

18. On the morning of Saturday, August 2, 2025, I was alerted by several texts and calls that Mr. Gefteas had made a new post late the night of August 1, 2025, which revealed specific details of the PK_LA events and refund transaction. I investigated these postings and found wild false accusations such as the amplifiers blowing up and causing injuries. In these

posts Mr. Gefteas also made statements about having heard the details of the events from someone who was directly involved. Some of the posts also mentioned details of the refund transactions which were only known by me, Mr. Bovaird, and PK_LA. This made it crystal clear to me that Mr. Bovaird broke our agreement on confidentiality and privacy within just a few hours after I sent him the wire transfer confirmation.

19. Worse yet, the postings from Mr. Gefteas portrayed a totally false narrative. There were a number of statements from Mr. Gefteas claiming that the customer's speaker damage was caused directly by the amplifier. Also, there were claims about how the distributor refused to give the customer a refund rather than the dealer who actually sold them the products.

20. Leading up to this, there was a great amount of anticipation about the launch of the Soulution 717 amplifier, and PK_LA was widely known to be receiving one of the very first pairs. Therefore, many customers and others across our industry quickly assumed that these claims likely involved Soulution, AAU, and PK_LA. Throughout the weekend after the August 1, 2025 postings, I received numerous calls from our Dealers and customers asking if these postings were true and what AXISS Audio was going to do about this. Although Mr. Gefteas may not have mentioned Soulution and AXISS Audio by name, he knew about the anticipation in the industry around the first Soulution 717 amplifiers and provided enough information for people to draw conclusions on who he was talking about. Otherwise, how else would all of these dealers and customers have known to call me immediately to ask for my response.

21. As I learned more details on the morning of Saturday August 2, 2025, it became apparent that Mr. Gefteas had received a falsified version of the PK_LA events from Mr. Bovaird. Even though Mr. Bovaird had been provided evidence that PK_LA's Soulution 717 amplifier was not at fault, he provided a narrative to Mr. Gefteas which blamed the speaker damage on the

amplifiers. Additionally, it was clear that Mr. Gefteas had also been provided a false narrative around the terms of the refund deal which was only between AAU and Suncoast. Without Mr. Bovaird providing false details of the refund transaction, it is not possible for Mr. Gefteas to have made his posts just hours after the refund deal was finished.

22. Once I figured out that Mr. Gefteas was posting details that had to have come from Mr. Bovaird, I called Mr. Bovaird from my car in Nashville, TN at around 11:00 AM on Saturday August 2, 2025. On that call I told him that it was apparent that he was talking to Mr. Gefteas and providing him a completely false narrative of events related to PK_LA. I told him that this was in complete breach of what we had agreed to the previous day around privacy and confidentiality as part of the refund transaction. In addition, I also told him that the facts he was providing to Mr. Gefteas were completely false and that I could only interpret it as a form of defamation if he continued to push this false narrative any further. I also made it clear that if he continued this, I would eventually have to consider legal actions in order to defend our reputation.

23. After the call with Mr. Bovaird, I next called PK_LA from my home in Nashville, TN to make sure that he was aware of what happened. PK_LA was disappointed to hear about Mr. Gefteas's postings and asked what he could do to help. At his own recommendation, he said that he would call Ron Resnick to ask for advice.

24. Later in the afternoon, while at my home in Nashville, TN, I had a call with PK_LA and Ron Resnick while Ron was at PK_LA's house. On that call Ron Resnick mentioned that he knew Michael Gefteas and said that he would be happy to call him to tell him that he was publishing a false story in his posts and that this was not his story to tell.

25. Shortly after that call, PK_LA and Ron Resnick called me to say that Ron had talked to Michael Gefteas and explained that he should not be posting a false story that was not his

business. Thus, at that point, I had told Mr. Bovaird and Ron Resnick had told Mr. Gefteas that they were portraying a false story on-line. Mr. Bovaird in particular knew all of these facts were false because he was involved firsthand in all of the related events. Considering that I had explained to Mr. Bovaird that he was in breach of the privacy and confidentiality we had agreed to, Mr. Bovaird knew that the facts he was portraying were false, and now that Mr. Gefteas knew he had been given incorrect information, I expected that Mr. Gefteas would stop his false postings.

26. Unfortunately, Mr. Gefteas did not stop. He continued the posts, reiterated the same false statements again and again, and caused significant damage to my business in Tennessee..

27. From the time I purchased AXISS and moved operations to Tennessee until Mr. Gefteas's posts in August of 2025, our business increased annual sales of Soulution products by over 500%. After Mr. Gefteas's posts began, AAU's overall Soulution sales suddenly dropped by approximately 50% and sales of the Soulution 717 amplifier dropped by approximately 80%. This is significant economic damage that occurred in Tennessee to AAU, our Tennessee LLC, that began and can be tracked to Mr. Gefteas's false statements rather than any Soulution reputation which existed before moving the sale of Soulution products from ADI in California to AAU in Tennessee.

28. I have also engaged with Dave Weintraub.

29. In April of 2026 Mr. Weintraub called me and left a voicemail. In the voicemail he acknowledged his presence in Nashville by stating "it's a little early here in Nashville." He then stated that he is "with Clericis" [sic]. Then he noted having receipts and records of Clarisys products and that he wished for me to change a post we had made about some Clarisys speakers we were selling. A true and correct copy of a screenshot of my phone's transcription of this voicemail is attached hereto as <u>Exhibit 3</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of November, 2026.

Signed by:
W. Clifton Duffey
7CBEDEC3B8664B4...

W. Clifton Duffey

[redacted]

[redacted] [redacted]

---

**From:** Cliff Duffey <cliff@axissaudio.com>
**Date:** Thursday, July 31, 2025 at 9:46 AM
**To:** [redacted], Michael Bovaird <mike@suncoastaudio.com>
**Cc:** TJ Goldsby <tj.goldsby@axissaudio.com>, Steve Huntley <steve@axissaudio.com>, [redacted]
**Subject:** [redacted] Soulution 717 Power Amp Testing and Update

Hello [redacted] and Michael,

Thank you for reaching out yesterday for an update. I figured it would be best to respond a bit more broadly just to make sure that there is full transparency and everyone can be on the same page.

As we mentioned when we visited with [redacted] at his home, we are planning to work with Suncoast and assist them with [redacted] desire to return his Soulution equipment. For AXISS to do that without an opportunity to identify any product faults and provide remedy means that we would have to consider an arrangement that is outside the scope of product warranty. So, we have to approach this request as a customer courtesy credit to Suncoast since they are our customer of record.

Also, from the concerns and questions that [redacted] raised, it is very important for AXISS and Soulution to determine if there is a product fault and whether that could have caused damage to [redacted] speakers. So, we arranged to have [redacted] pair of 717 amplifiers and 727 preamplifier shipped to our Nashville HQ office for testing. We received [redacted] equipment here late last Thursday (7/24/25) and began testing. At this point we have done enough testing to draw some conclusions and share them here in summary.

<u>**717 Unit with Serial # 717-0003:**</u>

On this unit the left channel positive speaker binding post is physically broken off. From inspection of the remaining piece of post and the portion that broke off we can see that the metal around the bare wire hole was stretched to a point where it broke (please notice curve at the break point in the picture below). Whether that occurred in shipping or after being received by [redacted] cannot be determined. All we know for sure is that at some point after this unit left Dulliken a very large force of some kind was applied to this speaker terminal which caused it to break.



Because this terminal is broken we are not able to properly connect speakers and test the amp's performance. Also, if there was a large force applied in shipping or any other point in time, we want to make sure that there is not any other physical damage to this amplifier. So, our best course of action is for this unit to be returned to Dulliken for repair and a deep inspection/test to make sure that there are not any other issues from the force that broke this post. That may not matter with regard to a customer courtesy credit to Suncoast, but it is important to establish that this binding post did not break due to product defect.

**717 Unit with Serial # 717-0004:**

This is the 717 unit which [redacted] played in Stereo mode for a few days since the speaker binding post was broken on the other unit. Based on [redacted] description of issues, there are several things we wanted to test here in Nashville. We also had discussions with Rockport to better understand what could possibly have caused damage to the tweeters on [redacted] Lyras.

Since Friday 7/25/25 we have had 717-0004 installed in one of our reference systems using [redacted] 727 preamp, a few different source components, and 3 different pairs of speakers. Other than short periods where we changed cables and components or performed some testing, 717-0004 has been powered on and playing music (streaming on digital loop) at moderate volume from Friday (7/25/25) at around 9:30 AM CT on 7/25/25 until 4:00 PM yesterday (7/30/25). That is more than 120 hours of music play, which is a significant period of performance testing.

Over all of that time we have not been able to get 717-0004 to exhibit any errors or faults. With digital and phono content of all types, we have not been able to trigger the 717 to show a High Frequency Error or go into any kind of protect mode. Most of the test time was using our own Rockport Lyra speakers, so this is a near identical replication of [redacted] 727, 717, and speaker setup. In listening, the amp sounds great and does not show any signs of issues with sonic performance. We will send video verification of this system in separate emails since those files are fairly large.

We also tested the voltage bias on each output transistor and found them all to be operating exactly as they were set at the factory. Additionally, we measured the voltage supplies from each of the 4 power supplies and found that they are all supplying DC at the correct voltages with no signs of noise. Soulution also asked us to send them several high-resolution photos of different sections of amplifier boards so that they could visually inspect all components and soldering points. Neither Soulution nor AXISS can find any visual sign of damage or defect. Also,

if there were any kind of fluctuation in power supply voltage, high frequency noise, DC input/output, or thermal issues, the 717's internal sensors would have triggered a notification. From all of our measured testing and inspection we cannot find any signs of product fault or defect.

On a separate point we had some conversations with the Rockport team about the Lyra's tweeter and crossover. Rockport advised that the tweeter's frequency response begins to roll off at around 30KHz. As it rolls off, the tweeter's impedance increases rapidly to a level where even a very high voltage output from the 717 would not be able to push enough current to damage the tweeter. To create that level of damage to the Lyra tweeters, the 717 would have to output a very high voltage signal at a frequency below a maximum of around 40KHz. Soulution designed the 717's frequency response to be linear from 0Hz to over 2MHz, which means it has been tested and confirmed to be stable at all frequencies up to more than 50 times the operating range of the Lyra's tweeters. Because the Lyra tweeters have an extremely high impedance at 2MHz and above, it would not have been possible for the 717 become unstable and oscillate when connected to [redacted] Rockport Lyra speakers.

From all of our investigation and discussions with Rockport the only cause we can find for this type of tweeter failure in both channels simultaneously is that 717 amplifier was being fed a high-volume input signal in the audio range of 0Hz to around 40Hz. That input was then amplified by 26dB which resulted in a high-volume output to the speakers as intended. High frequency drivers (like tweeters) in any speaker have to convert an incredibly high amount of electrical energy into mechanical energy to produce sound. If they are exposed to excessive signal volume, it is unfortunately common for them to be damaged in the way that we see with [redacted] Rockport Lyras.

Regarding the temperature concern that [redacted] raised, we found that 717-0004 does feel warmer to the touch than most amplifiers, but well within its intended range. In the 717's design, the output transistors are mounted on a copper bus bar that is thermally coupled to the top edge of the side plates. This design is very effective at transferring heat energy from the transistors and copper bus bar to the 717's side and top plates. As designed, the top and side plates operate as heat sinks which is why they feel hot to the touch. However, the temperature of the output transistors is not very high relative to their thermal range or what is common for the same transistors in similar amplifiers from other brands.

Also, [redacted] raised another concern that shortly after the Lyras tweeters stopped functioning the 717-0004 unit alerted to a HF Output Error and then shut down. Considering what we know about the damage to [redacted] tweeters, this makes sense. The specific monitor for this error is based on monitoring the entire electrical circuit through the speaker's crossover and drivers. If the tweeters become damaged like [redacted], its electrical impedance curve above 40KHz would change substantially. That means these tweeter would present as a very unpredictable load back to the 717 at high frequencies above 100KHz, making it a source of noise. The 717's high frequency sensors would see that the speaker was not behaving as it should at high frequencies so the HF protection would be tripped in order to prevent further damage.

We could continue to add more technical details on the performance of 717-0004, but we hope that the explanations above are enough to address [redacted] questions and concerns. If there is any interest in further discussions, we would be happy to have another Zoom call. For the integrity of the Soulution brand, it is essential to know whether there was a product defect or fault with [redacted] 717 amplifiers. All of our testing has confirmed that the amplifiers are operating as they should and we have not found any issues to remedy under warranty.

Setting that aside, AXISS and Soulution want end user customers to enjoy their Soulution products. From discussions with [redacted], it seems that he is not happy with his purchase and does not want to own the Soulution products that he purchased from Suncoast. Considering this, AXISS will work with Suncoast to assist with [redacted] ask. We do not know any details of [redacted] purchase from Suncoast and we were not involved in that transaction. Although we can provide credits and buy products back from Suncoast, we have to leave it to Suncoast to work out a deal with [redacted]. We are prepared to have those discussions now with Suncoast and then defer to them to communicate with [redacted].

We hate to see any Soulution end user be disappointed with their purchase and we wish that we could have had an opportunity to address [redacted] concerns through the normal warranty investigation process. However, we also understand [redacted] feelings and are not going to stand in the way of his desire to go in a different direction. If there are any other questions or thoughts, please let us know.

Sincerely,
Cliff

----------------------------------------------

Cliff Duffey
President and Chief Audiophile
AXISS Audio USA
Mobile: +1 615 397 5119
http://axissaudio.com
cliff@axissaudio.com

----------------------------------------------

[redacted]

[redacted]

**From:** Wire Transfer <WireTransfer@firsthorizon.com>
**Date:** Monday, August 4, 2025 at 6:04 AM
**To:** Cliff Duffey <cliff@axissaudio.com>
**Subject:** Notification of Wire Transfer Debit

FIRST HORIZON.

# WIRE TRANSFER NOTIFICATION DEBIT

Please save this email as confirmation of your recent wire transfer. If you believe this transaction to be in error or fraudulent, please contact (866) 340-9473 immediately.

| | | | |
|---|---|---|---|
| TRANSACTION NUMBER: | 2025080400000089 | REPORT DATE: | 2025/08/04 |
| STATUS: | COMPLETE | COMPLETION TIME: | 2025/08/04 06:51:15 |
| | | DEBIT: | 154,000.00 USD |

DEBIT PARTY

ACCOUNT NUMBER: [redacted]

NAME: AXISS AUDIO USA LLC

ADDRESS: DBA AXISS DISTRIBUTION
5261 GRANNY WHITE TRCE
NASHVILLE TN 37220 US

CREDIT PARTY

ACCOUNT NUMBER: [redacted]

NAME: TRUIST BANK

ADDRESS: CHARLOTTE, NC

ORDERING PARTY

ORDERING CUSTOMER ACCOUNT: [redacted]

ORDERING CUSTOMER: AXISS AUDIO USA LLC

ORDERING CUSTOMER ADDRESS: 5261 GRANNY WHITE TRCE
NASHVILLE TN 37220-1718

ORDERING BANK ACCOUNT:

ORDERING BANK:

SENDING PARTY

SENDER NAME:

SENDER BANK:

SENDER BANK ADDRESS:

SENDER REFERENCE #: 2025080400000089



EXHIBIT 2

ORDERING BANK
ADDRESS:

ORDERING REFERENCE #:

RECEIVING PARTY (BENEFICIARY CUSTOMER)

| | |
|---|---|
| RECEIVER NAME: | Suncoast Audio LLC |
| RECEIVER ADDRESS: | 8374 Market Street #133<br>Bradenton, FL 34202 |
| ACCOUNT ID: | [redacted] |
| RECEIVING BANK: | |

ORIGINATOR TO BENEFICIARY INFORMATION:

BANK TO BANK INFORMATION:

CONFIDENTIALITY NOTICE – The information transmitted by this email is intended only for the person or entity to whom it is addressed. It contains information that is privileged, confidential, and protected by law from use or disclosure. If you received this in error, notify the sender by email at WireTransferDepartment@firsthorizon.com, and delete this email from your computer. Any action in reliance on its content, is strictly prohibited.


8:28
Unknown - Ap
26 at 8:48 AM
[redacted]
00:00
-00:33
Add Contact
Report Spam
Transcript
"Cliff, Dave Weintraub, how are you? Uh, give me a call at your earliest convenience. I know it's a little early here in Nashville. I'm up to, but on a weekend, but it's got, we, um, I'm with uh, Clericis, and I just want to know that, uh, yeah, that your description is incorrect on there, and I just need you to correct that, because uh, I have the receipts to back up the sale dates and all that. So, uh, give me a shout when you're available, [redacted] We talk then. Have yourself a good day. Bye...."
Google Maps
Open
Dave Weintraub
[redacted]
Nashville
1
31
Favorites
Recents
Contacts
Keypad
Voicemail

EXHIBIT 3