IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

---

**DECLARATION OF STEPHEN HUNTLEY**

---

Pursuant to 28 U.S.C. § 1746, I, Stephen Huntley, hereby declare as follows:

1. I am over 18 years of age, have personal knowledge of the matters below, and am competent to make this declaration.

2. I am an employee and the Vice-President of Strategy and Development at AXISS Audio USA, LLC ("AAU").

3. My responsibilities include creating new brand opportunities for AAU.

4. On the morning of Monday, April 6, 2026, I had two phone calls with Dave Weintraub. He reached out to me about an on-line posting where Veris was assisting a partner with the sale of a pair of used Clarisys speakers. When he first called me, Weintraub introduced himself as "Dave Weintraub, Sales Director for Clarisys and Luxury Hi-Fi Distribution." He then



EXHIBIT
3

informed me that he believed there was an error in our posting and he wanted Veris to make the correction. In his interaction with me, he was very clear in representing himself as an authorized employee or agent of Clarisys and Luxury Hi-Fi Distribution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of November, 2026.

Signed by:
Stephen Huntley
2E0689F08DF64E0...

Stephen Huntley