IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

## DECLARATION OF RONALD RESNICK

Pursuant to 28 U.S.C. § 1746, I, Ronald Resnick, hereby declare as follows:

1. I am over 18 years of age, have knowledge of the matters below personally, and am competent to make this declaration.

2. I am co-owner along with Steve Williams of the What's Best Forum ("WBF"), one of the internet's premier online communities dedicated specifically to high-end audio gear, product reviews, and audiophile discussion. As the co-owner of WBF, I have extensive knowledge of the high-end audio market and the audiophile community.

3. I also own and founded Audio Cafe LLC ("Audio Café"), a specialized high-end home dealership based in Beverly Hills.



EXHIBIT 4

4. I founded Audio Café specifically to be the exclusive dealer of Clarisys brand products in Los Angeles County and Orange County, California. For almost three years Audio Café was a Clarisys dealer until Dave Weintraub terminated that relationship on January 15, 2026.

5. In my work with Clarisys I engaged extensively with Florian Wiegand, who identifies himself as the co-founder and owner of Clarisys, and with Dave Weintraub who identifies himself as the Brand Manager of Clarisys.

6. I am aware of the declarations of Florian Wiegand and Dave Weintraub in this case.

7. I am surprised by their testimony because what Wiegand has stated is contrary to what he presents to the audiophile community and what both of them have stated is contrary to what they have said to me.

8. For example, Florian Wiegand is widely known to be the co-founder and owner of Clarisys. As recently as October 12, 2026, just ten days before he submitted his sworn declaration in this case, Wiegand went on a YouTube show with Michael Bovaird that was posted by Clarisys Audio. The post made by Clarisys Audio identified Wiegand as the Founder and Owner of Clarisys. A true and correct copy of that public post is attached to this declaration as Exhibit 1.

9. Mr. Wiegand interacted with me repeatedly and identified himself to me as the co-founder of Clarisys Audio. For example, in a November 7, 2025 email Mr. Wiegand told a potential customer that he is "one of the founders of Clarisys Audio." A true and correct copy of that email is attached as Exhibit 2.

10. Simply stated, I think it will be a great surprise to the audio industry that Mr. Wiegand testified that he is not an owner or employee of Clarisys.

11. Equally surprising to me was the testimony of Dave Weintraub.

12. Mr. Weintraub holds himself out to be the Brand Manager of Clarisys. He also has the apparent authority to terminate Audio Café, which was the dealer responsible for sales of Clarisys products in Los Angeles County and Orange County, California.

13. If Mr. Weintraub is not an employee of Clarisys, then he is at least Clarisys's agent.

14. On January 15, 2026, Mr. Weintraub wrote me and purported to terminate Audio Café's relationship as a dealer of Clarisys. Given that Mr. Weintraub was the person who contacted me and purported to terminate the business relationship with Clarisys, he either was Clarisys's agent or at a minimum acted with apparent authority.

15. I say "purported" because my contract was with Suncoast and signed by Mr. Bovaird, but Mr. Weintraub acted with apparent authority to terminate Audio Café.

16. In the January 15, 2026 email, Mr. Weintraub also told me that I could CC Mr. Wiegand, Mr. Bovaird, and others if I wanted to do so, but that I should direct all correspondence to Mr. Weintraub and he would "head up replies on this matter."

17. A true and correct copy of the January 15, 2026 email from Mr. Weintraub to me is attached to this declaration as Exhibit 3.

18. Five days later, on January 20, 2026, Mr. Weintraub wrote me in response to a proposed post about Clarisys that I had sent Mr. Wiegand. His signature block lists Tennessee. Mr. Weintraub stated that Clarisys "is asking for you to send all correspondence on this matter to me, [t]he brand manager, Dave Weintraub." Later in the email he stated, "If you have further questions (again) please reach out to me, Dave Weintraub, Brand Man[a]ger for Clarisys Global, and I will do my best to answer them."

19. A true and correct copy of the January 20, 2026 email is attached to this declaration as Exhibit 4.

20. In his declaration, Mr. Weintraub testified that he does not have "any other title or role with Clarisys." Weintraub Decl., ¶ 7. But in his email to me he identified himself as the Brand Manager.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November, 2026.

DocuSigned by:

C755790C910C4FE...

Ronald Resnick

https://www.youtube.com/watch?v=nsLdzlErXW4

## What's Next for Clarisys Audio? | Florian Wiegand & Mike Bovaird

**Clarisys Audio**
26 subscribers

Subscribe

42

**2,092 views Oct 12, 2026** #HighEndAudio #Audiophile #ClarisysAudio

What does the future hold for Clarisys Audio?

In this conversation, Mike Bovaird, Co-owner of Clarisys Audio, sits down with Florian Wiegand, Founder and Owner, to discuss the vision behind the brand and what's ahead for the future of high-end audio.

From upcoming developments to the long-term direction of Clarisys Audio, get an inside look at the ideas, innovation, and ambitions shaping the brand's next chapter.

Discover Clarisys Audio and follow along as the next chapter unfolds!

Subscribe for more conversations, product insights, and updates from the world of high-end audio.

#ClarisysAudio #HighEndAudio #Audiophile

**EXHIBIT 1**

[redacted]

Begin forwarded message:

**From:** Florian Wiegand <florian@clarisysaudioglobal.com>
**Date:** November 7, 2025 at 11:00:28 PM PST
**To:** [redacted]
**Cc:** Ron Resnick <info@bhaudiocafe.com>, Daan Clarisys Audio Global <daan@clarisysaudioglobal.com>, Info Clarisys <info@clarisysaudioglobal.com>
**Subject: Re: Clarisys as updated/modern Apogees**

Hi [redacted],

I completely understand your point — a properly restored Duetta can still sound wonderful, and it's easy to see why people remain attached to them. But even the best rebuild is ultimately limited by the original construction: wood frames, hot glue, staples, and ferrite magnets. That approach simply can't achieve the rigidity, precision, or magnetic control of a modern, purpose-built ribbon system.

Even our smallest model is built entirely from **solid modular aluminium**, using **N52 neodymium magnets** instead of ferrite. To put it in perspective, ferrite typically delivers around **0.4 Tesla**, while N52 magnets generate around **1.45 Tesla**— more than **three times the magnetic flux density**. That difference translates directly into control, speed, and dynamic power that older panels simply can't reproduce, no matter how carefully they're rebuilt.

The **drivers are lighter and faster**, the **crossovers more precise**, and the entire structure completely resonance-free. The result is not just refinement, but scale and effortless realism — the kind of presentation that feels alive and physically present in the room.

By the way, my name is **Florian Wiegand**, one of the founders of **Clarisys Audio**. I've owned — and restored — every single Apogee model ever made, so I can give you deep insight into what makes them special, and where their technical limits lie.

I can also put you in touch with two owners who went the rebuild route first. Both eventually upgraded to Clarisys after realizing that the difference isn't about taste or nostalgia — it's about physics, engineering, and what happens when you take



EXHIBIT 2

the ribbon concept to its full potential.

Best regards,

**Florian Wiegand**

Clarisys Audio

> Am 08.11.2025 um 01:37 [redacted]
>
> Thank you for your time run.I much appreciated the conversation.
>
> Still unclear as to whether my ears are worth Clarisys. But we shall see.
>
> There's no question in my mind or my mind's ear.That the original apogee duetta is better than anything I have heard in at or below a 20k price range.
>
> If I spent $20k for an up to date build/rebuild of my Duettas, I trust Rich and others that the updated Duettas, with a good woofer, are better than anything but the $80k Clarisys speakers.
>
> [redacted]
>
> On Wed, Nov 5, 2025, 09:30 Ron Resnick <info@bhaudiocafe.com> wrote:
>
> > Dear Daan,
> >
> > Thank you for your email, and for your introduction to [redacted]
> >
> > Hello [redacted]
> >
> > Thank you for that information on your listening environment and your audio history. I have been a planar dipole person my whole life. I literally have never owned a loudspeaker that was not a planar dipole.
> >
> > I became a dealer for Clarisys because I decided Clarisys was the best planar dipole I have ever heard, and because I decided to select Clarisys as the last loudspeaker of my life.
> >
> > I would be happy to explain and to show you in person why there is

no comparison between vintage or re-conditioned Apogees and Clarisys in terms of sound quality, rigidity, build quality, reliability and machining and finishing quality. But the proof is in the hearing, and I would be happy to play your favorite music on them for you!

I'm looking forward to speaking with you!

Thank you.

Best wishes,

Ron Resnick
Audio Café LLC
1471 Blueridge Drive
Beverly Hills, CA 90210
310-880-9000
info@BHAudioCafe.com www.AudioCafeBeverlyHills.com

On Nov 5, 2025, at 2:33 AM, Daan Clarisys Audio Global <daan@clarisysaudioglobal.com> wrote:

Dear Mr. [redacted],

Thank you very much for your message, and your interest in Clarisys.

Our modern day Duette equivalent is the Minuet, with the addition that the sound quality has improved massively in the last 30 years. At 4 ft. 3", the Minuets are slightly smaller than the Duetta, but they already pack an incredible punch. One model larger, the Studio, is 5 ft. 2", and it is an absolute beast.

Our dealer located closest to you would be Beverly Hill Audio Cafe in California, operated by Ron Resnick, whom I have included in the cc of this message. He has a pair of Studios on demo, which he will be more than happy to show you.

Please don't hesitate to reach out if you have any additional questions.

Best regards,

Daan Vreeswijk
VP of Global Sales
Clarisys Audio Global

tel.: +31 6 48 077 066
www.clarisysaudioglobal.com

On Nov 5, 2025 6:05:46 AM, "[redacted]" [redacted]> wrote:

> I have a couple of Apogee Duettas that would need total rebuild from [redacted] in Nevada. Then I heard about you guys.
>
> I have provided a bit of personal sketch of me at the bottom, but the core question is:
>
> - What is modern day comparable in my sound space to Appogee Duettas? Guessing the Clarisys Studio? Or the Auditorium?
> - Is there anyone in the San Francisco Bay Area that has your speakers that I can audition? Thinking less individual, possibly an audio store?
>
> Who am I, what are the skeletons in my ancient clossets?
>
> I am not cutting edge audiophyle nor a perfectionist. I am 74, cursed with perfect pitch, and cursed with sensitivity to phase distortion, but at 74 I and my ears ain't cutting edge either
>
> My sound spaces are two rooms which are 11.5' x 20' by 40', fair number of windows on two walls, Both have the the planars 2' inset from the 20' foot corners. Walls, floors, ceilings are wood. Fairly good damping, although one of the floors does resonate a bit.
>
> I have the Duettas (now dead) in one room

and Magnepan MP-3's in another. MP-3's powered by Carver's, Duettas powered by Haffler 500. Both are high slew rate amps. Preamps are Lexicons of various vintage. Both room's preamps provide 125hz low pass to powered Velodyne 10" active (accelerometer) subwoofers.

I have swapped my tall Klipch (horn tweeter) speakers, in for the Duettas, so decent sound but I miss the Duettas.

I have listened to the Apogee Centaur, Centaur Minor, and Centaur Major. Mediocre because the various owners did not have fast slew rate amps I suspect but that is a guess.

.

*Arthur C. Clarke famously said that "technology sufficiently advanced is indistinguishable from magic." Magic is coming, and it's coming for all of us ...*

[redacted]

[redacted]

Begin forwarded message:

**From:** David Weintraub <Dave@luxurybrandsmanagement.com>
**Date:** January 15, 2026 at 9:39:43 AM PST
**To:** Ron Resnick <info@bhaudiocafe.com>
**Cc:** Michael Bovaird <mike@luxuryhifidistribution.com>, Daan Vreeswijk <daan@clarisysaudioglobal.com>, florian@clarisysaudioglobal.com
**Subject: Clarisys**

Ron,

There's no easy way to say this; Due to circumstances including but not limited to lack of performance throughout the last 3 years, the team has made the difficult decision to discontinue the status of Audio Café as west coast dealer. This decision was partly due to the need for Clarisys to have a network that aligns with its needs to succeed with 100% supportive partners actively selling and supporting the current models and ethos. No public announcement will be made as to this. We are asking you to take down any "authorized dealer" mention from the Audio Cafe web page by next week at the latest. We would prefer for this to be quiet as I assume you would too. I will be following up to this email with a phone call to you today so we can discuss this further. If you have any questions about this please format the email correspondence to me (Dave) and feel free to BCC Mike, Florian and Daan but I will head up replies on this matter.

Kindest Regards,
Dave Weintraub

EXHIBIT 3

[redacted]

Begin forwarded message:

**From:** David Weintraub <Dave@luxurybrandsmanagement.com>
**Date:** January 20, 2026 at 9:36:28 AM PST
**To:** Ron Resnick <info@bhaudiocafe.com>
**Cc:** Michael Bovaird <mike@luxuryhifidistribution.com>, florian@clarisysaudioglobal.com, Daan Vreeswijk <daan@clarisysaudioglobal.com>
**Subject: Concerning Clarisys in response to your request.**

Ron,
I'm writing in response to your proposed post about Clarisys you sent to Florian. As stated previously the company is asking for you to send all correspondence on this matter to me, The brand manager, Dave Weintraub. The SOLE REASONS for your termination as a dealer was the lack of any sales (zero sales) in the 3 year duration as "West Coast" dealer/showroom. This in turn created the second reason, which was the prevention of adding other west coast dealers, including heavy interest in both LA and Orange Counties. These are the only two (2) reasons for the termination, full stop! No other reason should be implied or assumed as they are NOT factual. We would ask you to respect the privacy of Clarisys and all involved as this is NOT a public matter and we deny your request to publish the proposed letter. Confidentiality of all business practices of Clarisys Global, Luxury Brands Management, and Luxury Hifi Distribution is protected under dealer agreement (verbal or otherwise). If you have further questions (again) please reach out to me, Dave Weintraub, Brand Manger for Clarisys Global, and I will do the best to answer them.
Kindest Regards,
Dave Weintraub

EXHIBIT
4