IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

**DECLARATION OF LEE STROMATT**

Pursuant to 28 U.S.C. § 1746, I, Elliott ("Lee") Stromatt, hereby declare as follows:

1. I am over 18 years of age, have knowledge of the matters below personally, and am competent to make this declaration

2. I am the owner of Creative Audio of Tennessee, a luxury audio business specializing in sales of top high-end and luxury audio brands such as Soulution, Accuphase, Acoustic Grove ("AGS"), and Gauder Akustik, and several non-AXISS audio brands.

3. Creative Audio is an authorized dealer that purchases from AXISS Audio.

4. In my opinion, Cliff Duffey and the AXISS Audio group is one of the most ethical and upstanding organizations in the high-end and luxury audio space.

5. Creative Audio also purchases from other distributors besides AXISS Audio.



EXHIBIT 5

6. Creative Audio has clients throughout Tennessee and surrounding states.

7. I am aware of Micheal Gefteas's statement that Tennessee is not a market for high end and luxury audio equipment.

8. That statement is false. There are many buyers of high-end and luxury audio equipment in Tennessee.

9. I would not be in business if Tennessee were not a viable market.

10. I am aware that Mr. Gefteas made postings about Soulution products and the California customer starting in August of last year.

11. I had a specific case with one of my own Soulution customers where these postings caused losses for my company and AXISS Audio in Tennessee. My customer had bought a Soulution 727 preamp from me in October 2024 and was very happy with it. In November 2025 he damaged it, and it had to be sent to AXISS Audio for repair. AXISS was able to complete the repair within just a few days, but my customer refused to take back the repaired unit. He said that he felt entitled to something more than a repair because he had read postings on-line about AXISS Audio giving a refund to another Soulution customer. So, AXISS Audio was forced to buy a brand new $86,000 Soulution preamp for him so that he did not feel like he had been mistreated or disrespected compared to the other customer. Also, my customer had been interested in buying a 717 amplifier, but the combination of the postings he read and replacement friction caused him to focus on other options, costing me a potential $130,000 sale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of October, 2026.

Signed by:

Lee Stromatt

7C3791977361489...

Lee Stromatt