IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

# DECLARATION OF PATRICK KELLY

Pursuant to 28 U.S.C. § 1746, I, Patrick Kelly, hereby declare as follows:

1. I am over 18 years of age, have knowledge of the matters below personally, and am competent to make this declaration.

2. I am a corporate executive and a connoisseur of high-end and luxury audio products.

3. I am the PK_LA referred to in the Complaint and Amended Complaint in this case. I appreciate AXISS's efforts to protect my privacy by not using my full name in their complaint.

4. I submit this public declaration in support of AXISS in part because I sincerely appreciate all that AXISS Audio did to support me through the purchase and then return of my Soulution products.



EXHIBIT 6

5. Since I received my refund from Suncoast, I have not had any negative feelings or ill will toward AXISS Audio. Any claims that I had anger towards AXISS Audio or that I blame them for anything negative in my experience are categorically false.

6. After a disappointing experience, I asked Suncoast to give me a refund for return of the Soulution products that I purchased from them. I understand that Suncoast then asked AXISS to give them a refund in order to assist Suncoast giving me the refund I requested.

7. AXISS Audio was transparent with me throughout their support process. I received emails and texts with details of their test results, along with videos that showed my Soulution products playing in a system with the same model speaker as mine. I believe that AXISS Audio was truthful and honest with me regarding the details of their sale to Suncoast Audio, their refund to Suncoast, and the technical details they shared with me regarding possible causes of damage to my speakers.

8. On Friday, August 1, 2025, I participated in a call with Cliff Duffey and Michael Bovaird where we discussed final details of a refund between AXISS and Suncoast for one amount and then a separate refund between me and Suncoast for a different amount. The amount of refund that I received was determined through negotiation between me and Suncoast, not AXISS Audio. After the call, AXISS Audio notified me that they had sent a wire transfer to Suncoast to complete their refund. On the next business day, Suncoast sent a wire transfer to me to complete my refund.

9. On Saturday, August 2, 2025, I learned that there had been some public postings that made reference to my personal experience with my Soulution purchase. In these posts were claims that amplifiers had blown up, caused injuries, and that I had been mistreated by the US distributor. Those claims were not true. The Soulution amplifiers did not blow up or cause

injuries. Also, AXISS Audio went to great lengths to make sure I was treated well and satisfied with my outcome.

10. On that same Saturday afternoon Ron Resnick came to visit my house. While at my house and in my direct presence, I verbally witnessed Ron Resnick having a call with Cliff Duffey where they discussed the posts that had been made by The Greek Audio Geek who I now know as Michael Gefteas. After that call, Ron Resnick immediately called Michael Gefteas, and I witnessed Ron explain to him that he did not understand the facts, that he should stand down, and that he should refrain from any further posting on the matter. I also understood from Ron that Gefteas acknowledged his error and agreed to stop.

11. Because of the false narratives that were becoming more widespread, I decided to post the true story of my Soulution purchase and return on What's Best Forum in February 2026. What I stated in that posting is the true and accurate account of my experience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of November, 2026.

Signed by:
Patrick Kelly
F7855262BD974AC...

Patrick Kelly