# Detail by Entity Name

Florida Limited Liability Company
CLARISYS AUDIO GLOBAL DISTRIBUTION, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L24000244026 |
| **FEI/EIN Number** | 99-4343219 |
| **Date Filed** | 06/03/2024 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

8374 MARKET STREET, # 133
BRADENTON, FL 34202

**Mailing Address**

8374 MARKET STREET, # 133
BRADENTON, FL 34202

**Registered Agent Name & Address**

CROSS STREET CORPORATE SERVICES, LLC
50 CENTRAL AVENUE, EIGHTH FLOOR
SARASOTA, FL 34236

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

BOVAIRD, MICHAEL
8374 MARKET STREET, # 133
BRADENTON, FL 34202

Title MGR

Wiegand, Florian
8374 MARKET STREET, # 133
BRADENTON, FL 34202

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2025 | 04/24/2025 |

EXHIBIT 7

| | |
|---|---|
| 2026 | 01/26/2026 |

| | |
|---|---|
| 01/26/2026 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2025 -- ANNUAL REPORT | View image in PDF format |
| 06/03/2024 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations