**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VERIS HOME TECHNOLOGY, LLC, by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),** | ) | **No.: 3:26-cv-00918** |
| **Plaintiffs,** | ) | **District Judge Waverly D. Crenshaw, Jr.** |
| **v.** | ) | **Magistrate Judge Luke A. Evans** |
| **MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO, and GLOBAL DISTRIBUTION, LLC,** | ) | **JURY DEMAND** |
| **Defendant(s).** | ) | |

---

**NOTICE OF APPEARANCE**

---

Notice is hereby given of the appearance of Chase Ford Morgan of the law firm of Lewis Thomason, P.C. as counsel for Defendants Michael Bovaird, Florian Wiegand, Suncoast Audio, LLC, Luxury Hi-Fi Distribution, LLC, and Clarisys Audio Global Distribution, LLC, in the above-styled case. This Notice is given without waiving any objection regarding jurisdiction or venue of this Court and preserving all rights to file motions or otherwise. The clerk is requested to direct all mailings in this case to said Defendants' current counsel of record, Peter Robison, as well as Chase Ford Morgan.

Respectfully submitted,

*/s/ Chase Ford Morgan*

Chase Ford Morgan (MSB #103311)
Peter C. Robison (BPR # 27498)
LEWIS THOMASON, P.C.
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1343
cmorgan@lewisthomason.com
probison@lewisthomason.com
*Counsel for Defendants Michael Bovaird, Florian Wiegand, Suncoast Audio, LLC, Luxury Hi-Fi Distribution, LLC, and Clarisys Audio Global Distribution, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November 2026, a copy of the foregoing has been delivered to all parties in interest via Court's ECF system:

Eric G. Osborne
Amy R. Mohan
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203
eosborne@srvhlaw.com
amohan@srvhlaw.com
*Counsel for Plaintiffs*

Eric C. Lyons
BUCHALTER LLP
1 Music Circle South, Suite 300
Nashville, TN 37203
Tel: (615) 986-3736
elyons@buchalter.com
*Counsel for Defendants Michael Gefteas*

*/s/ Chase Ford Morgan*
Chase Ford Morgan