**STATE OF CALIFORNIA**
*Office of the Secretary of State*
# STATEMENT OF INFORMATION CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20260738394
Date Filed: 4/2/2026

Entity Details

| | |
|---|---|
| Corporation Name | AXISS DISTRIBUTION INC. |
| Entity No. | 1853026 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 624 GRASSMERE PARK<br>SUITE 18<br>NASHVILLE, TN 37211 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 624 GRASSMERE PARK<br>SUITE 18<br>NASHVILLE, TN 37211 |
| Attention | Eric Richter |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 17800 SOUTH MAIN STREET<br>SUITE 205<br>GARDENA, CA 90248 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| William C Duffey | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 | Chief Executive Officer, Chief Financial Officer |
| Jennifer H. Duffey | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 | Secretary |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| + Margaret R Carson | 17800 SOUTH MAIN STREET<br>SUITE 205<br>GARDENA, CA 90248 | Treasurer | |

Directors

| Director Name | Director Address |
|---|---|
| William C. Duffey | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| Agent Name | Margaret R. Carson |
| Agent Address | 17800 SOUTH MAIN STREET<br>SUITE 205<br>GARDENA, CA 90248 |

Type of Business

| | |
|---|---|
| Type of Business | WHOLESALE TRADE |

EXHIBIT A

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Margaret Carson*
Signature

*04/02/2026*
Date

B4558-3119 04/02/2026 11:20 AM Received by California Secretary of State

BA20251188961

# STATE OF CALIFORNIA
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only
**-FILED-**
File No.: BA20251188961
Date Filed: 6/2/2025

B3737-7254 06/02/2025 6:44 AM Received by California Secretary of State

Entity Details

| | |
|---|---|
| Corporation Name | AXISS DISTRIBUTION INC. |
| Entity No. | 1853026 |
| Formed In | CALIFORNIA |

Street Address of Principal Office of Corporation

| | |
|---|---|
| Principal Address | 17800 SOUTH MAIN STREET<br>SUITE 109<br>GARDENA, CA 90248 |

Mailing Address of Corporation

| | |
|---|---|
| Mailing Address | 17800 SOUTH MAIN STREET<br>SUITE 109<br>GARDENA, CA 90248 |
| Attention | Margaret Carson |

Street Address of California Office of Corporation

| | |
|---|---|
| Street Address of California Office | 17800 SOUTH MAIN STREET<br>SUITE 109<br>GARDENA, CA 90248 |

Officers

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| William C Duffey | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 | Chief Executive Officer, Chief Financial Officer |
| Jennifer H. Duffey | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 | Secretary |

Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| Margaret R Carson | 17800 SOUTH MAIN STREET<br>SUITE 109<br>GARDENA, CA 90248 | Treasurer | |

Directors

| Director Name | Director Address |
|---|---|
| William C. Duffey | 5261 GRANNY WHITE TRCE<br>NASHVILLE, TN 37220 |

The number of vacancies on Board of Directors is: 0

Agent for Service of Process

| | |
|---|---|
| Agent Name | Margaret R. Carson |
| Agent Address | 17800 SOUTH MAIN STREET<br>SUITE 109<br>GARDENA, CA 90248 |

Type of Business

| | |
|---|---|
| Type of Business | WHOLESALE TRADE |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

| *Margaret Carson* | *06/02/2025* |
|---|---|
| Signature | Date |

B3737-7255 06/02/2025 6:44 AM Received by California Secretary of State