IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VERIS HOME TECHNOLOGY LLC by itself and as assignee of SPEMOT AG, AXISS AUDIO USA LLC, and AXISS DISTRIBUTION INCORPORATED (together d/b/a AXISS AUDIO),<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL BOVAIRD, MICHAEL GEFTEAS, FLORIAN WIEGAND, SUNCOAST AUDIO LLC, LUXURY HI-FI DISTRIBUTION LLC, CLARISYS AUDIO and GLOBAL DISTRIBUTION, LLC,<br><br>Defendants. | Case No. 3:26-cv-00918<br><br>District Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Luke A. Evans<br><br>JURY DEMAND |

**THIRD DECLARATION OF MICHAEL GEFTEAS**

I, Michael Gefteas, make oath and state as follows:

1. I am a Defendant in the above-captioned action. I am above the age of eighteen (18) years of age and have personal knowledge of the matters herein. I make this Declaration to supplement my prior testimony regarding my request to dismiss for lack of jurisdiction and venue.

2. I did not conspire with any of the other defendants to make negative statements about, defame, or otherwise harm Veris Home Technology LLC ("Veris"), Spemot AG or its Soulution brand ("Spemot"), AXISS Audio USA LLC ("AAU"), or AXISS Distribution Incorporated ("ADI") (collectively, the "Plaintiff Entities"). The other defendants did not pay me to make negative statements about, defame, or otherwise harm the Plaintiff Entities.

3. In further corroboration of my October 23, 2026 Supplemental Declaration, below is a photograph of the shipping label from a box which I believe contained the item I purchased from AXISS Distribution Inc.:




4. Contrary to the Declaration of Elliot "Lee" Stromatt, I did not testify that Tennessee does not have any high-end or luxury audio equipment consumers or that it is not a "viable market." Doc. No. 36-5, ¶¶ 7–9. Rather, I testified that Tennessee is not a "top market[ ]" like California, New York, New Jersey, and similar urban centers and that I have a nationwide and international audience. Doc. No. 33-1, ¶ 6. All of that is to say, Tennessee was not the target audience of my posts which are identified in the Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 24, 2026 within the United States of America.

Michael Gefteas
Michael Gefteas (Nov 24, 2026 14:42:22 CST)
**MICHAEL GEFTEAS**